| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Steven J. Nataupsky (SBN 155913) <br> Lynda J. Zadra-Symes (SBN 156511) <br> Matthew S. Bellinger (SBN 222228) <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 2040 Main Street, Fourteenth Floor <br> Irvine, CA 92614 <br> Phone: (949) 760-0404; Facsimile: (949) 760-9502 | |
| ATTORNEY(S) FOR: Plaintiff Monster Energy Company | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware Corporation, <br><br> Plaintiff(s), <br> v. <br> THUNDER BEAST LLC, a District of Columbia limited liability company; <br> STEPHEN NORBERG, an individual, <br><br> Defendant(s). | CASE NUMBER: <br> 5:18-cv-1367 <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff MONSTER ENERGY COMPANY
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| MONSTER ENERGY COMPANY | Plaintiff |
| MONSTER BEVERAGE CORPORATION | Parent Corporation of Monster Energy Company |
| THE COCA-COLA COMPANY | Shareholder owning approximately 16.7% of common stock of Monster Beverage Corporation |
| THUNDER BEAST LLC | Defendant |
| STEPHEN NORBERG | Defendant |

| | |
|---|---|
| June 26, 2018 <br> Date | /s/ Matthew S. Bellinger <br> Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Monster Energy Company