Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Daniel C. Kiang (SBN 307961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>**MONSTER ENERGY COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

**TO THE CLERK OF THE COURT:**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company hereby requests that the Clerk of the Court enter default against Defendants Thunder Beast LLC and Stephen Norberg (collectively, "Defendants"). The Declaration of Matthew S. Bellinger filed herewith supports the facts set forth below.

On June 26, 2018, Plaintiff filed its Complaint against Defendants. *See* Docket No. 1. Plaintiff served Defendants with the Complaint and Summons on July 10, 2018. *See* Bellinger Decl. ¶ 4; Docket Nos. 10 and 11. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' deadline to answer or otherwise respond to the Complaint was July 31, 2018. However, Defendants have not answered or otherwise responded to the Complaint. Bellinger Decl. ¶ 5.

Fed. R. Civ. P. 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Because Defendants have failed to answer or otherwise defend against the affirmative relief sought in Plaintiff's Complaint, Plaintiff requests that the Clerk enter default pursuant to Rule 55(a) against Defendants.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 2, 2018     By: */s/ Matthew S. Bellinger*
                                 Steven J. Nataupsky
                                 Lynda J. Zadra-Symes
                                 Matthew S. Bellinger
                                 Daniel C. Kiang

                                 Attorneys for Plaintiff,
                                 MONSTER ENERGY COMPANY

28783047

-1-

## PROOF OF SERVICE

I declare that I am over the age of 18 and that I am not a party to the above-captioned action. My business address is 2040 Main Street, Irvine, CA 92614. On August 2, 2018, I served by United States mail, the following document, described as: **MONSTER ENERGY COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS.**

I am readily familiar with my firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid in Irvine, California. I enclosed the document listed above in sealed envelopes addressed to the persons listed below, and I placed the envelopes for collection and mailing following my firm's ordinary business practices, addressed as follows:

Stephen Norberg
1403 Waterloo Trail, Unit A
Austin, TX 78704

Thunder Beast LLC
c/o Stephen Norberg
1403 Waterloo Trail, Unit A
Austin, TX 78704

Stephen Norberg
712 H St NE Ste 1261,
Washington DC 20002

Thunder Beast LLC
c/o Stephen Norberg
712 H St NE Ste 1261,
Washington DC 20002

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 2, 2018, at Irvine, California.

_Karina Villanueva_
Karina Villanueva