Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Daniel C. Kiang (SBN 307961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>**DECLARATION OF MATTHEW S. BELLINGER IN SUPPORT OF MONSTER ENERGY COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS** |

I, Matthew S. Bellinger, hereby declare as follows:

1. I am an attorney licensed to practice in the State of California and am admitted to practice in the United States District Court for the Central District of California. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and am counsel of record for Plaintiff Monster Energy Company in the above-captioned action. I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would testify competently thereto.

2. I am providing this declaration in support of Plaintiff's Request for Entry of Default against Defendants Thunder Beast LLC and Stephen Norberg (collectively, "Defendants").

3. Plaintiff filed its Complaint in this action against on June 26, 2018. *See* Docket No. 1.

4. Plaintiff served Defendants with the Complaint and Summons on July 10, 2018, as evidenced by the Proof of Service Summons and Complaint that Plaintiff filed with the Court on July 18, 2018. *See* Exs. 1 and 2 (Docket Nos. 10 and 11).

5. Defendants' deadline to answer or otherwise respond to the Complaint was July 31, 2018 pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this declaration, Defendants have not answered or otherwise responded to the Complaint.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 2, 2018 at Irvine, California.

                                 */s/ Matthew S. Bellinger*
                                 Matthew S. Bellinger

28784323

## PROOF OF SERVICE

I declare that I am over the age of 18 and that I am not a party to the above-captioned action. My business address is 2040 Main Street, Irvine, CA 92614. On August 2, 2018, I served by United States mail, the following document, described as: **DECLARATION OF MATTHEW S. BELLINGER IN SUPPORT OF MONSTER ENERGY COMPANY'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS.**

I am readily familiar with my firm's practice of collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, on the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid in Irvine, California. I enclosed the document listed above in sealed envelopes addressed to the persons listed below, and I placed the envelopes for collection and mailing following my firm's ordinary business practices, addressed as follows:

Stephen Norberg
1403 Waterloo Trail, Unit A
Austin, TX 78704

Thunder Beast LLC
c/o Stephen Norberg
1403 Waterloo Trail, Unit A
Austin, TX 78704

Stephen Norberg
712 H St NE Ste 1261,
Washington DC 20002

Thunder Beast LLC
c/o Stephen Norberg
712 H St NE Ste 1261,
Washington DC 20002

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 2, 2018, at Irvine, California.

_Karina Villanueva_
Karina Villanueva