Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Daniel C. Kiang (SBN 307961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>**PLAINTIFF MONSTER ENERGY COMPANY'S NOTICE OF ANTI-SLAPP MOTION TO STRIKE DEFENDANTS' COUNTERCLAIM PURSUANT TO CAL. CIV. PROC. CODE § 425.16, MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES, AND MOTION FOR ATTORNEYS' FEES**<br><br>Date:     October 19, 2018<br>Time:    10:00 a.m.<br>Ctrm.:    7B<br><br>Hon. André Birotte Jr. |

PLEASE TAKE NOTICE that on October 19, 2018 at 10:00 a.m., before the Honorable André Birotte Jr. in Courtroom 7B of the United States District Court for the Central District of California located at 350 West First Street, Los Angeles, CA 90012, Plaintiff Monster Energy Company ("Monster") will, and hereby does, move this Court for an order to strike Defendants' unfair competition counterclaim, for an order to strike Defendants' affirmative defenses of unclean hands and trademark misuse, and for an order awarding to Monster its reasonable attorneys' fees and costs incurred in bringing the motion to strike Defendants' unfair competition counterclaim.

This Motion is based upon this Notice of Motion, as well as the accompanying Memorandum and [Proposed] Order granting this Motion.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on August 31, 2018. During the conference, counsel for Defendants indicated that they would oppose this motion but did not provide any legal authority in support of their opposition.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 10, 2018   By: */s/ Matthew S. Bellinger*
Steven J. Nataupsky
Lynda J. Zadra-Symes
Matthew S. Bellinger
Daniel C. Kiang

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY