Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Daniel C. Kiang (SBN 307961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**PLAINTIFF MONSTER ENERGY COMPANY'S APPLICATION TO FILE UNDER SEAL** |

Pursuant to Local Rule 79-5.2.2, Plaintiff Monster Energy Company ("Monster") respectfully seeks leave to file under seal portions of Plaintiff's and Defendants' Joint Brief Regarding Plaintiff's Request for Attorneys' Fees ("Joint Brief") and portions of Exhibit A attached to the Declaration of Eve J. Brown.

As set forth in the Declaration of Paul A. Stewart in Support of Monster's Application to File Under Seal, Defendants' portion of the Joint Brief and Exhibit A attached to the declaration of Defendants' counsel, Eve J. Brown, contain confidential and trade secret information belonging to Knobbe Martens and Monster, in particular, the billing arrangements between Knobbe Martens and Monster in this case.

Good cause exists to seal portions of these documents because of the sensitive nature of the information therein.  This information reflects Knobbe Martens' confidential billing arrangement in this case, which is otherwise generally unavailable to anyone except Monster.  In addition, disclosure of the information is likely to cause harm to at least Knobbe Martens' competitive position in that it could negatively impact the law firm's relationships with other firm clients or harm the law firm's competitive position with respect to other law firms, as other firms would have access to information about Knobbe Martens' financial arrangements that are not otherwise publicly known.

Defendants have informed Monster that they do not oppose this application to file under seal.

Accordingly, and for good cause shown, Monster respectfully requests an order permitting the concurrently-lodged documents to be filed under seal.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  November 28, 2018     By:  */s/ Paul A. Stewart*
Steven J. Nataupsky
Lynda J. Zadra-Symes
Paul A. Stewart
Matthew S. Bellinger
Daniel C. Kiang

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY