1  Steven J. Nataupsky (SBN 155913*)*
   steven.nataupsky@knobbe.com
2  Lynda J. Zadra-Symes (SBN 156511)
   lynda.zadrasymes@knobbe.com
3  Matthew S. Bellinger (SBN 222228)
   matt.bellinger@knobbe.com
4  Paul A. Stewart (SBN 153467)
   paul.stewart@knobbe.com
5  Daniel C. Kiang (SBN 307961)
   daniel.kiang@knobbe.com
6  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
7  Irvine, CA  92614
   Phone: (949) 760-0404
8  Facsimile: (949) 760-9502

9  Attorneys for Plaintiff
   MONSTER ENERGY COMPANY

10

11

12

13                IN THE UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15

16  MONSTER ENERGY COMPANY,        ) Case No. 5:18-cv-01367-AB-AS
    a Delaware corporation,        )
    
17                                 ) **DECLARATION OF PAUL A.**
               Plaintiff,          ) **STEWART IN RESPONSE TO**
18                                 ) **COURT'S ORDER GRANTING**
          v.                       ) **PLAINTIFF ITS ATTORNEYS'**
19                                 ) **FEES IN CONNECTION WITH**
    THUNDER BEAST LLC, a District   ) **PLAINTIFF'S ANTI-SLAPP**
20  of Columbia limited liability   ) **MOTION**
    company, and                   )
21                                 )
    STEPHEN NORBERG, an            )
22  individual,                    )
                                   )
23           Defendants.           )
                                   )
24

25

26

27

28

1    I, Paul A. Stewart, hereby declare as follows:

2    1.    I am an attorney licensed to practice in the State of California and
3    am admitted to practice in the United States District Court for the Central
4    District of California.  I am a partner in the law firm Knobbe, Martens, Olson &
5    Bear LLP, and counsel of record for Plaintiff Monster Energy Company
6    ("Monster") in the above captioned matter.  I have personal knowledge of the
7    matters set forth herein and, if called upon to testify, I could and would testify
8    competently thereto.

9    2.    I am providing this declaration in response to the Court's October
10    22, 2018 Order Granting Anti-SLAPP Motion to Strike and Granting in Part and
11    Denying in Part Motion to Strike Under Rule 12(f) (Dkt. No. 31).

12    3.    The Order granted Plaintiff's request for attorneys' fees and
13    expenses in connection with the Anti-SLAPP portion of this motion and as
14    further determined by the Court.

15    4.    Because I knew there was a possibility of attorneys' fees being
16    awarded in connection with the Anti-SLAPP portion of this motion, I instructed
17    the attorneys working on the motion to segregate time entries to the extent
18    possible for the Anti-SLAPP portion of this motion.

19    5.    Monster is billed hourly for work performed by my firm on
20    litigation cases.

21    6.    Monster has been a client of my firm since 2001 (at the time,
22    Monster was called Hansen Beverage Company).  We are frequently retained by
23    Monster for its intellectual property matters before the USPTO and district
24    courts.

25    / / /

26    / / /

27    / / /

28    / / /

-1-

7.    Attached hereto as Exhibit A is a chart that accurately lists the time entries for each attorney for work on the Anti-SLAPP portion of the motion, including each attorney's name, date worked, description of work, time worked, and amount billed to client.  Time spent working on the Rule 12(f) Motion to Strike portion of the motion was excluded from Exhibit A to the extent possible.

8.    As shown in Exhibit A, Monster was billed at least $20,985.52 between the months of August 2018 to October 2018 for work performed by myself and one of the firm's associates, Daniel Kiang, relating to the Anti-SLAPP portion of this motion.  Copies of redacted client invoices for August and September and a redacted draft invoice for October showing the time entries in Exhibit A were provided to Defendants' counsel on November 15, 2018.  To the extent that the Court requires these redacted invoices, we will file the invoices under seal.

9.    I graduated from Pomona College with a Bachelor of Arts in Mathematics in 1987.  I obtained my juris doctorate degree from the University of Virginia School of Law in 1990.  From 1990 to 1991, I clerked for the Honorable James Browning on the U.S. Court of Appeals for the Ninth Circuit.  I joined Knobbe Martens in 1991 and became a partner in 1996.  I specialize in intellectual property litigation including patents, trademarks, trade dress, trade secrets, and copyright.  Attached hereto as Exhibit B are printouts of my attorney profiles from the California State Bar website and my firm's website.

10.    Daniel Kiang graduated from the University of California, Berkeley in 2012 with a Bachelor of Arts in physics and a Bachelor of Arts in applied mathematics.  Mr. Kiang obtained his juris doctorate degree from the UCLA School of Law in 2015 and joined our firm the same year.  Since then, Mr. Kiang has been practicing intellectual property litigation, including trademark and patent litigation.  Attached hereto as Exhibit C are printouts of Mr. Kiang's attorney profiles from the California State Bar website and my

1  firm's website.

2  11.  Attached hereto as Exhibit D is a true and correct copy of excerpts

3  of the American Intellectual Property Law Association 2017 Report of the

4  Economic Survey, which is a biennial survey conducted on members of the

5  AIPLA.

6  12.  My firm also subscribes to Peer Monitor, a Thomson Reuters

7  service that collects information on attorney billing rates.  Peer Monitor does

8  not appear to publish surveys, but a subscriber may search for billing rates using

9  certain criteria such as location and practice group.  Attached hereto as Exhibit

10  E is a true and correct copy of an email sent by Mr. Kiang to Defendants'

11  counsel explaining that Peer Monitor provided the following 2018 billing rate

12  data for firms in the California Group (consisting of Allen Matkins, Fenwick &

13  West, Gibson Dunn, Irell & Manella, Jeffer Mangels, Manatt, Munger Tolles &

14  Olson, Pillsbury Winthrop, Sheppard Mullin, and Wilson Sonsini):

**4th Year Associates:**

Mean Billing Rate: $618

Median Billing Rate: $620

**Partners (26-29 Years):**

Mean Billing Rate: $941

Median Billing Rate: $895

22  I declare under penalty of perjury under the laws of the United States that

23  the foregoing is true and correct.

24  Executed this 28th day of November 2018 at Irvine, California.

By:  */s/ Paul A. Stewart*
Paul A. Stewart

-3-