# EXHIBIT A

| Attorney | Date Worked | Description of Work | Time Billed (Hours) | Amount Billed to Client (Dollars) |
|---|---|---|---|---|
| Paul Stewart | 8/9/18 | BEGIN PREPARATION OF ANTI-SLAPP MOTION / MOTION TO DISMISS COUNTERCLAIM | 3.3 | $2,064.15 |
| Daniel Kiang | 8/10/18 | LEGAL RESEARCH IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS | 0.3* | ($113.40) $56.70 |
| Daniel Kiang | 8/13/18 | LEGAL RESEARCH REGARDING MOTION TO STRIKE AFFIRMATIVE DEFENSES/MOTION TO DISMISS COUNTERCLAIM OF UNFAIR COMPETITION | 2.30* | ($869.40) $434.70 |
| Daniel Kiang | 8/21/18 | LEGAL RESEARCH IN SUPPORT OF MOTION TO DISMISS | 1.80 | $680.40 |
| Paul Stewart | 8/21/18 | REVIEW UNFAIR COMPETITION CASE LAW | 0.7 | $437.85 |
| Daniel Kiang | 8/23/18 | RESEARCH IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS AND AFFIRMATIVE DEFENSES; PREPARE EMAIL MEMO SUMMARIZING RESEARCH | 2.1* | ($793.80) $396.90 |
| Paul Stewart | 8/23/18 | PREPARE MEET AND CONFER LETTER REGARDING ANTI-SLAPP MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES (0.9); REVIEW LEGAL RESEARCH REGARDING UNFAIR COMPETITION CLAIMS (0.8) | 0.9* 0.8 | ($1,063.35) $781.87 |
| Daniel Kiang | 8/29/18 | RESEARCH AND DRAFT ANTI-SLAPP MOTION TO STRIKE | 5.3 | $2,003.4 |
| Daniel Kiang | 8/30/18 | CONTINUE DRAFTING ANTI-SLAPP PORTION OF MOTION TO STRIKE | 4.6 | $1,738.8 |
| Paul Stewart | 8/31/18 | PREPARE FOR AND PARTICIPATE IN LOCAL RULE 7-3 CALL TO OPPOSING | 0.3 | $187.65 |

| Attorney | Date Worked | Description of Work | Time Billed (Hours) | Amount Billed to Client (Dollars) |
|---|---|---|---|---|
| | | COUNSEL REGARDING ANTI-SLAPP MOTION | | |
| Daniel Kiang | 9/4/18 | REVISE ANTI-SLAPP PORTION OF MOTION AND CASE LAW RESEARCH | 3.0 | $1,134 |
| Paul Stewart | 9/4/18 | CONFER WITH DANIEL KIANG REGARDING ANTI-SLAPP MOTION | 0.3 | $187.65 |
| Daniel Kiang | 9/5/18 | REVIEW DRAFT MOTION WITH PAUL STEWART (ANTI-SLAPP PORTION); REVISE DRAFT MOTION (ANTI-SLAPP PORTION) | 3.3 | $1,247.4 |
| Paul Stewart | 9/5/18 | REVIEW AND REVISE ANTI-SLAPP MOTION (1.6); DISCUSS ANTI-SLAPP MOTION WITH DANIEL KIANG (.3) | 1.9 | $1,188.45 |
| Daniel Kiang | 9/6/18 | REVIEW CORRESPONDENCE FROM CLIENT AND EDITS TO ANTI-SLAPP MOTION | 0.2 | $75.6 |
| Paul Stewart | 9/6/18 | REVIEW ANTI-SLAPP MOTION TO STRIKE UNFAIR COMPETITION COUNTERCLAIM | 1.9 | $1,188.45 |
| Daniel Kiang | 9/10/18 | FINAL PROOFREAD OF ANTI-SLAPP MOTION | 0.3 | $113.4 |
| Paul Stewart | 10/1/18 | REVIEW THUNDER BEAST'S OPPOSITION TO ANTI-SLAPP MOTION AND BEGIN PREPARATION OF REPLY BRIEF | 3.4 | $2,126.7 |
| Paul Stewart | 10/2/18 | PREPARE REPLY BRIEF IN SUPPORT OF ANTI-SLAPP MOTION | 4.4 | $2752.2 |
| Paul Stewart | 10/3/18 | COMPLETE DRAFT OF ANTI-SLAPP PORTION OF REPLY BRIEF | 2.6 | $1,626.3 |
| Paul Stewart | 10/4/18 | REVIEW CLIENT COMMENTS TO REPLY BRIEF ON ANTI-SLAPP MOTION; CALL TO CLIENT; REVIEW AND REVISE REPLY BRIEF | 0.9 | $562.95 |

| Attorney | Date Worked | Description of Work | Time Billed (Hours) | Amount Billed to Client (Dollars) |
|---|---|---|---|---|
| Total | | | | $20,985.52 |

\* - Indicates a time entry that was not segregated for the Anti-SLAPP portion of the motion.  The portion attributable to the Anti-SLAPP portion of the motion was determined by halving the originally billed amount (shown in parentheses).