# EXHIBIT C



Select Language ▼

**Daniel C. Kiang #307961**

**License Status:** Active

Address: Knobbe Martens Olson & Bear LLP, 2040 Main St Fl 14, Irvine, CA 92614

County: Orange County

Phone Number: (949) 760-0404

Fax Number: (949) 760-9502

Email: daniel.kiang@knobbe.com

Law School: UCLA SOL; Los Angeles CA

**Below you will find all changes of license status due to both non-disciplinary administrative matters and disciplinary actions.**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| Present | Active | | |
| 12/9/2015 | Admitted to The State Bar of California | | |

**CLA Sections:** None

California Lawyers Association (CLA) is an independent organization and is not part of The State Bar of California.

**Additional Information:**
- Explanation of licensee status
- Explanation of disciplinary system
- Explanation of disciplinary actions
- Copies of official licensee discipline records are available upon request

© 2018 The State Bar of California

# Knobbe Martens





# Daniel Kiang

Associate
Orange County
949-760-0404
daniel.kiang@knobbe.com

## Education

UCLA School of Law (J.D. 2015), *Top Brief Writer, Moot Court Honors Program*, Founding Member, Intellectual Property Law Association at UCLA Member, Asian Pacific Islander Law Students Association
University of California - Berkeley (B.A. Physics 2012), *High Honors*, Thesis: Improving the Energy Resolution of the NEXT-DBDM in Simulation with 29 keV X-Rays and Silicon Photomultipliers
University of California - Berkeley (B.A. Applied Mathematics 2012)

## Bar Admissions

State Bar of California
U.S. Court of Appeals for the Federal Circuit
U.S. District Court - Central District of California
U.S. District Court - Southern District of California

## Practice Areas

Litigation
Patents

## Industry Experience

Automotive, Transportation & Power Sports
Clean Technology
Communications Technology
Electronics & Semiconductors
Optics
Software & Information Technology
Sporting Goods & Recreation

## Professional Profile

Daniel Kiang is an associate in the firm's Orange County office, with a focus on patent litigation.  Daniel earned his J.D. from the UCLA School of Law in 2015, where he was a founding member of the Intellectual Property Law Association at UCLA and a problem developer and judge for the UCLA Moot Court Honors Program.

Prior to law school, Daniel earned his dual degree in physics and applied mathematics from the University of California, Berkeley.  Daniel has research experience at the NASA Jet Propulsion Laboratory and the Lawrence Berkeley National Lab.

Exhibit C
Page 11

# Cases, Articles, Speeches & Seminars

**Articles**

Author, Knobbe Martens Litigation Blog

- WORLDS INC. V. BUNGIE, INC.

- M-I DRILLING FLUIDS UK LTD. V. DYNAMIC AIR LTDA
- FINJAN, INC. V. BLUE COAT SYSTEMS, INC.
- Patent Infringement Judgment Against ION Geophysical for its Sales of Seismic Survey Devices Reduced to $26 Million from Original $124 Million Damages Award
- Jury Awards $10.4 Million in Damages to Philips for ZOLL's Infringement of Defibrillator Patents

Publication

- "Federal Circuit Report | IP Litigator Issue May/June 2018, Volume 24 Number 3," Co-Author, *IP Litigator*

# Professional Memberships

Member, Orange County Asian American Bar Association

© 2018 Knobbe, Martens, Olson & Bear, LLP, a California limited liability partnership including professional corporations

2040 Main Street, 14th Floor
Irvine, CA 92614

Exhibit C
Page 12