# EXHIBIT D



# AIPLA

# 2017 Report of the Economic Survey

Prepared Under Direction of
Law Practice Management Committee

American Intellectual Property Law Association
1400 Crystal Drive, Suite 600
Arlington, Virginia 22202
www.aipla.org



**American Intellectual Property Law Association**
Serving America's Legal and Creative Community

# Report of the Economic Survey 2017

Prepared Under Direction of the
American Intellectual Property Law Association
Law Practice Management Committee

Donika P. Pentcheva, Chair
Frank L. Gerratana, Vice Chair

June 2017

Prepared by:



ARI Association Research, Inc.

910 Clopper Road, Suite 210N ■ Gaithersburg, Maryland 20878
TEL: (240) 268-1262 ■ ARI@associationresearch.com

# AIPLA Law Practice Management 2017 Economic Survey Participants

We would like to thank those who helped put together and review
this year's AIPLA Economic Survey:

**Donika Pentcheva**: PayPal – Chair of LPM Committee

**Frank Gerratana**: Fish & Richardson, PC – Vice Chair of LPM Committee and Chair of Economic Survey Subcommittee

## Economic Survey Subcommittee Members:

| | |
|---|---|
| **Ashraf Abdul-Mohsen**: ARI | **Ariana Fleishman**: PiVerse Inc. |
| **Rey Barceló**: Barceló, Harrison & Walker | **Megan Kirkegaard**: ARI |
| **Kristin Cleveland**: Klarquist Sparkman, LLP | **Steven Petkovsek**: Fish & Richardson, PC |
| **Meghan Donohoe**: AIPLA | |

©2017 AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION

ALL RIGHTS RESERVED. NO PART OF THIS BOOK MAY BE REPRODUCED OR TRANSMITTED IN ANY FORM OR BY ANY MEANS, ELECTRONIC OR MECHANICAL, INCLUDING PHOTOCOPYING, RECORDING, OR BY AN INFORMATION STORAGE AND RETRIEVAL SYSTEM, WITHOUT PERMISSION IN WRITING FROM THE PUBLISHER.

COPIES OF THIS REPORT ARE AVAILABLE FROM AIPLA AT A COST OF $45 PER COPY FOR MEMBERS AND $495 PER COPY FOR NON-MEMBERS.

AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION
1400 CRYSTAL DRIVE, SUITE 600
ARLINGTON VA 22202
(703) 415-0780
WWW.AIPLA.ORG

## INTRODUCTION

The AIPLA Economic Survey, developed and directed by the Law Practice Management Committee of the American Intellectual Property Law Association (AIPLA), reports the annual incomes and related professional and demographic characteristics of intellectual property (IP) law attorneys and associated patent agents. Conducted every other year by AIPLA, this survey also examines the economic aspects of intellectual property law practice, including individual billing rates and typical charges for representative IP law services. All AIPLA members were invited to participate.

The Law Practice Management Committee took an active role in reviewing the Economic Survey with a goal of improving the usefulness and value of the data that are collected and analyzed.

## DATA COLLECTION

An e-mail invitation to participate in the 2017 AIPLA Economic Survey was sent to a list of 11,698 AIPLA members; accounting for bounces and requests to be removed from the database, the actual sample surveyed was 10,806. The e-mail included an individualized direct link to the Web-based questionnaire along with an attached letter requesting additional participation in the Firm portion of the Economic Survey. The initial e-mail was followed up by several e-mail reminders. Similar to 2015, additional efforts were made to collect the Firm Survey data. Contact information was collected directly from the Individual Survey respondents that was then used for distributing Firm Survey links directly to the appropriate people identified at each firm by the Individual Survey respondents.

A total of 1,160 individuals responded by completing some or all of the Individual questionnaire, yielding a 10.7% response rate, lower than in 2015. This is the sixth time the survey has been conducted online. The additional efforts to gather data for the Firm portion of the survey garnered 205 responses—slightly lower than in 2015.

All data submitted by respondents were reviewed and evaluated for reasonableness and consistency; data anomalies and outliers were analyzed and corrected or deleted.

In many cases, respondents did not answer every question, so the total counts for each table may vary.

## CHANGES TO THE SURVEY

A number of enhancements were made to the 2017 Individual Survey instrument. The committee worked to refine the survey and include new questions that covered important areas of interest to the profession. In Part I, the question previously pertaining to the major technical undergraduate degree was changed to cover the field that best represents the majority of the respondent's academic study – the list of choices was edited and enhanced to cover more areas of study. A question asking for the amount of year-end cash bonus was added as well.

The question about the percentage of time devoted to various types of work was revised slightly to change wording from *inter partes* proceedings to post-grant proceedings. Respondents were also asked if they were familiar with the Global Dossier, and if they responded "yes" then they were given a follow-up question asking how they use the Global Dossier.

In Part II (Corporate Practitioners), the question that asked respondents to estimate the percentage of the annual corporate IP budget by types of work was tweaked to address the change in wording from *inter partes* proceedings to post-grant proceedings. Part III (Private Practitioners) was not revised at all this year.

In Part IV (Typical Charges), four new charges were added to the section covering Foreign Origin and Foreign Patents. These items covered various patent application amendment/arguments where the foreign counsel or the client provides detailed response instructions.

Most of the litigation cost questions are broken out differently this year, specifically if the litigation costs were broken out by amount at risk. The previous cost data were reported by End of Discovery; Inclusive, all costs; and Mediation. The new breakouts include Initial case management; Inclusive of discovery, motions, and claim construction; Inclusive of pre-trial, trial, post-trial, and appeal (when applicable); and Cost of mediation. Historical information was aligned accordingly.

The 2017 Firm Survey instrument added a clarifying question – to report the zip code(s) of any office (if there is more than one office) that is similar in size to the principal office location. Also, wording for the question about summer associates was modified to be specific to the practice of IP law.

In the data tables in the report, a minimum of three responses was required to show composite values. **The term "ISD" is used in the tables to show insufficient data.** Similar to the past two reports, table rows with one or two respondents have been omitted to protect the anonymity of respondents, and tables with no valid rows have likewise been omitted. Also, tables with less than 20 respondents overall were not shown in order to maintain statistical reliability of the data; however, the Corporate IP, Agent had only 19 respondents overall, so an exception was made in this case. Additionally, for applicable tables, the 10th and 90th percentiles could only be shown if there were 10 or more respondents.

## DESCRIPTION OF STATISTICS AND FORMATTING CONVENTIONS

**Quartiles:** Quartiles are used to show distributions of real numbers. Responses are described by three quartiles: the first quartile, the median, and the third quartile. Quartiles identify interpolated locations on a distribution of values and do not necessarily represent actual reported values. Another label for quartiles is percentiles; the first quartile is the same as the 25th percentile, the median is the 50th percentile, and the third quartile is the 75th percentile. For example, when all reported values are listed from highest to lowest, the third quartile identifies the point on the list that is equal to or greater than 75 percent (three-quarters) of the reported values and the first quartile identifies the point on the list that is equal to or less than 25 percent (one-quarter).

**10th Percentile:** Also used to show distributions of real numbers, ninety percent of respondents reported this amount or more.

**90th Percentile:** Ten percent reported this amount or more. If there are fewer than 10 values, the 90th percentile cannot be calculated.

**Median (midpoint):** The median identifies the point in the distribution of reported values that is equal to or larger than one-half of reported values and equal to or smaller than one-half—that is, the mid-point.

A median is shown when three or more values were reported by respondents. The first and third quartiles are shown when five or more values were reported by respondents. Quartiles and medians based on values reported by survey respondents are estimates of the quartiles and medians that could be determined if the characteristics of the entire population represented by survey respondents were known. In general, the more values that are reported, the more accurately quartiles estimate the distribution of values among all AIPLA members.

**Mean (average):** The sum of all values divided by the number of values.

It should be noted that if the mean exceeds the median, it is because high values affect the calculations. It is also possible, especially with a small number of values, for the mean to exceed the third quartile. A mean is reported when three or more values were reported by respondents.

Percentages in some tables and some graphs may not sum to exactly 100% due to rounding.

Other definitions useful in understanding tabular information presented in this report are:

**Income:** Defined as *"total gross income in calendar year 2016 from your primary practice...including any partnership income, cash bonus, share of profits, and similar income you received, and any deferred compensation in which you vested in 2016."*

**Typical Charges:** Respondents were instructed to respond *"only if you have been personally responsible for a representative sample of the type of work to which the question pertains, either as a service provider (an attorney in private practice) or as a purchaser of such services (corporate counsel)."* In thinking of a typical charge, respondents were directed to assume *"a typical case with no unusual complications,"* and asked *"what did you charge (or would have charged, e.g., based on a fixed fee rate schedule) or what were you charged (or would have expected to be charged, e.g., on a fixed fee rate schedule), in 2016, for legal services only (including search fees, but not including copy costs, drawing fees or government fees) in each of the following types of US matters?"* Respondents were also asked to indicate the type of fee primarily used in 2016 (i.e., fixed fee, hourly, other).

**Estimated Litigation Costs:** Respondents were instructed to respond to these questions *"only if you have personal knowledge either as a service provider (attorney in private practice) or as a purchaser of such services (corporate counsel) of the costs incurred within the relatively recent past, for the type of work to which the question pertains. In each of the questions, 'total cost' is all costs, including outside legal and paralegal services, local counsel, associates, paralegals, travel and living expenses, fees and costs for court reporters, photocopies, courier services, exhibit preparation, analytical testing, expert witnesses, translators, surveys, jury advisors, and similar expenses."* Respondents were further instructed to estimate these based on a single IP asset, such as one patent at issue or one trademark, etc.

**Location:** The metropolitan areas of Boston, New York City, Philadelphia, Washington (DC-MD-VA), Chicago, and Minneapolis–St. Paul include all localities—central city and surrounding areas—within the primary metropolitan statistical area. Texas is the one state reported separately. There were sufficient responses to breakout Los Angeles and San Francisco separately; California firms outside of those metro areas were included in "Other West." Other categories exclude those named metropolitan areas. Non-US is also included this year in some tables, however, no dollar data for these respondents were included in this report.

Exhibit D
Page 18

AIPLA Report of the Economic Survey 2017

## BILLING RATES AND PRACTICES

- Median total firm billings for professional legal services in 2016 were $4,916,245 – continuing to rise compared to previous survey waves—$3,914,712 in 2015, and $3,272,000 in 2013. The median amount billed by firms whose practice was 75% or more IP was $3,600,000. An increase over that reported for 2014 or 2012 (both were $2,800,000).
- Responding firms reported median total billings per attorney of $402,089 for 2016 – higher than that reported for 2014 ($374,810). Firms with 101 or more attorneys reported median total billings per attorney of $636,724 – almost 2.5 times more than firms with one attorney.
- The 2016 median average billing rate for IP work was $375 – up from the $350 reported for 2014. In general, larger firms report higher average billing rates for IP work. Respondents at the largest firms reported a median average billing rate for IP work of $483 compared to $315 for firms with only one attorney.
- The median average billing rate for non-IP work was $375 – lower than the $395 reported for 2014, but still higher than that reported for 2012 ($339). Respondents at the largest firms reported the highest median average billing rate for non-IP work ($486).
- The average ratio of the firm's collections (to the firm's billings) in 2016 was 94.7%, essentially the same as in 2014 and 2012.
- Overhead as a percent of total 2016 collections for all firms was 36.8%.
- The average percent change in billings for IP legal services was 9.1% from 2015 to 2016 and 13.2% from 2014 to 2015.



**TOTAL 2016 BILLINGS PER ATTORNEY (P. F-19, Q24)**
*By Number of Attorneys in Firm in 2016*

AIPLA Report of the Economic Survey 2017







## AVERAGE BILLING RATE FOR NON-IP WORK (P. F-22, Q29)
### By Number of Attorneys in Firm in 2016

## Private Firm, Partner

### Average hourly billing rate in 2016 (Q30)

*Private Firm, Partner*

| | | | | Average hourly billing rate in 2016 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Number of Individuals | Mean (Average) | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 331 | $503 | $301 | $373 | $450 | $580 | $799 |
| Years of Intellectual Property Law Experience | 5-6 | 6 | $327 | ISD | $250 | $330 | $375 | ISD |
| | 7-9 | 11 | $382 | $256 | $300 | $350 | $445 | $690 |
| | 10-14 | 43 | $381 | $297 | $315 | $365 | $421 | $517 |
| | 15-24 | 131 | $498 | $321 | $375 | $450 | $600 | $750 |
| | 25-34 | 85 | $553 | $348 | $400 | $490 | $675 | $900 |
| | 35 or More | 55 | $575 | $348 | $420 | $525 | $700 | $962 |
| Location | Boston CMSA | 13 | $632 | $295 | $410 | $700 | $800 | $994 |
| | NYC CMSA | 26 | $582 | $386 | $433 | $540 | $705 | $930 |
| | Philadelphia CMSA | 13 | $578 | $328 | $450 | $550 | $738 | $884 |
| | Washington, DC CMSA | 52 | $535 | $346 | $400 | $470 | $681 | $818 |
| | Other East | 12 | $397 | $250 | $350 | $390 | $483 | $528 |
| | Metro Southeast | 12 | $481 | $268 | $365 | $438 | $510 | $950 |
| | Other Southeast | 12 | $384 | $305 | $341 | $363 | $424 | $525 |
| | Chicago CMSA | 24 | $562 | $380 | $453 | $522 | $640 | $895 |
| | Minne.-St. Paul PMSA | 13 | $484 | $280 | $358 | $425 | $598 | $763 |
| | Other Central | 70 | $398 | $290 | $320 | $378 | $446 | $593 |
| | Texas | 32 | $606 | $334 | $413 | $528 | $819 | $900 |
| | Los Angeles CMSA | 7 | $575 | ISD | $400 | $525 | $770 | ISD |
| | San Francisco CMSA | 13 | $634 | $401 | $478 | $525 | $798 | $1,022 |
| | Other West | 32 | $417 | $300 | $318 | $390 | $469 | $578 |
| IP Technical Specialization (>=50%) | Biotechnology | 19 | $551 | $285 | $370 | $420 | $750 | $950 |
| | Chemical | 28 | $433 | $299 | $350 | $420 | $500 | $630 |
| | Computer Hardware | 5 | $669 | ISD | $413 | $700 | $910 | ISD |
| | Computer Software | 33 | $493 | $309 | $353 | $450 | $535 | $783 |
| | Electrical | 25 | $518 | $318 | $350 | $450 | $673 | $840 |
| | Mechanical | 71 | $446 | $303 | $350 | $400 | $513 | $634 |
| | Medical/ Health Care | 15 | $450 | $298 | $380 | $400 | $550 | $564 |
| | Pharmaceutical | 9 | $786 | ISD | $500 | $900 | $1,025 | ISD |
| Age | Younger than 35 | 3 | $367 | ISD | ISD | $350 | ISD | ISD |
| | 35-39 | 22 | $354 | $250 | $300 | $348 | $405 | $457 |
| | 40-44 | 37 | $471 | $299 | $335 | $390 | $600 | $750 |
| | 45-49 | 52 | $474 | $300 | $350 | $423 | $528 | $791 |
| | 50-54 | 84 | $490 | $315 | $390 | $450 | $550 | $785 |
| | 55-59 | 52 | $535 | $344 | $389 | $478 | $593 | $900 |
| | 60 or Older | 79 | $573 | $373 | $420 | $525 | $700 | $950 |
| Gender | Male | 284 | $504 | $315 | $375 | $450 | $575 | $790 |
| | Female | 43 | $485 | $300 | $330 | $425 | $605 | $846 |
| Highest Non-Law Degree | Bachelor's Degree | 219 | $495 | $310 | $365 | $440 | $565 | $795 |
| | Master's Degree | 69 | $542 | $300 | $398 | $500 | $690 | $850 |
| | Doctorate Degree | 29 | $481 | $300 | $340 | $450 | $600 | $785 |
| Ethnicity | White/Caucasian | 293 | $503 | $300 | $374 | $450 | $578 | $800 |
| | Hispanic/Latino | 6 | $486 | ISD | $303 | $483 | $668 | ISD |
| | Asian/Pacific Islander | 14 | $533 | $325 | $393 | $505 | $620 | $848 |
| | Other | 5 | $516 | ISD | $333 | $375 | $770 | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 33 | $380 | $250 | $300 | $350 | $410 | $530 |
| | 3-5 | 59 | $414 | $300 | $360 | $390 | $450 | $535 |
| | 6-10 | 46 | $446 | $300 | $350 | $425 | $531 | $604 |
| | 11-25 | 67 | $447 | $300 | $350 | $400 | $500 | $604 |
| | 26-50 | 38 | $517 | $314 | $418 | $495 | $568 | $754 |
| | 51-100 | 46 | $622 | $379 | $450 | $568 | $789 | $950 |
| | 101-150 | 18 | $634 | $401 | $475 | $615 | $756 | $853 |
| | More than 150 | 20 | $837 | $603 | $669 | $825 | $984 | $1,095 |

## Private Firm, Associate

**Average hourly billing rate in 2016 (Q30)**
*Private Firm, Associate*

| | | Number of Individuals | Mean (Average) | Average hourly billing rate in 2016 | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | 10th Percentile 10% | First Quartile 25% | Median (Midpoint) | Third Quartile 75% | 90th Percentile 90% |
| All Individuals | | 186 | $386 | $225 | $274 | $340 | $475 | $606 |
| Years of Intellectual Property Law Experience | Fewer than 5 | 39 | $314 | $205 | $250 | $280 | $360 | $525 |
| | 5-6 | 32 | $312 | $220 | $246 | $278 | $339 | $509 |
| | 7-9 | 36 | $442 | $273 | $325 | $378 | $578 | $685 |
| | 10-14 | 30 | $377 | $250 | $274 | $343 | $424 | $618 |
| | 15-24 | 29 | $439 | $300 | $323 | $450 | $498 | $650 |
| | 25-34 | 11 | $485 | $269 | $375 | $480 | $575 | $800 |
| | 35 or More | 5 | $601 | ISD | $418 | $640 | $765 | ISD |
| Location | Boston CMSA | 14 | $479 | $235 | $321 | $505 | $593 | $738 |
| | NYC CMSA | 14 | $461 | $205 | $316 | $413 | $610 | $775 |
| | Philadelphia CMSA | 3 | $338 | ISD | ISD | $340 | ISD | ISD |
| | Washington, DC CMSA | 37 | $452 | $278 | $323 | $400 | $555 | $700 |
| | Other East | 10 | $334 | $205 | $288 | $325 | $389 | $487 |
| | Metro Southeast | 8 | $343 | ISD | $269 | $343 | $369 | ISD |
| | Other Southeast | 4 | $300 | ISD | $228 | $316 | $358 | ISD |
| | Chicago CMSA | 7 | $351 | ISD | $275 | $310 | $475 | ISD |
| | Minne.-St. Paul PMSA | 10 | $294 | $165 | $239 | $270 | $351 | $466 |
| | Other Central | 33 | $283 | $215 | $233 | $260 | $316 | $387 |
| | Texas | 12 | $435 | $253 | $328 | $415 | $565 | $682 |
| | Los Angeles CMSA | 5 | $412 | ISD | $320 | $370 | $525 | ISD |
| | San Francisco CMSA | 4 | $476 | ISD | $413 | $488 | $529 | ISD |
| | Other West | 25 | $385 | $223 | $250 | $365 | $475 | $632 |
| IP Technical Specialization (>=50%) | Biotechnology | 8 | $496 | ISD | $364 | $468 | $656 | ISD |
| | Chemical | 16 | $326 | $216 | $231 | $313 | $344 | $516 |
| | Computer Hardware | 4 | $366 | ISD | $249 | $310 | $540 | ISD |
| | Computer Software | 30 | $385 | $223 | $271 | $358 | $464 | $569 |
| | Electrical | 15 | $355 | $209 | $260 | $325 | $400 | $560 |
| | Mechanical | 48 | $334 | $220 | $250 | $333 | $400 | $475 |
| | Medical/ Health Care | 5 | $379 | ISD | $250 | $375 | $510 | ISD |
| | Pharmaceutical | 9 | $424 | ISD | $283 | $380 | $570 | ISD |
| Age | Younger than 35 | 41 | $317 | $201 | $243 | $300 | $355 | $519 |
| | 35-39 | 55 | $387 | $226 | $260 | $335 | $505 | $632 |
| | 40-44 | 27 | $374 | $222 | $260 | $325 | $470 | $650 |
| | 45-49 | 24 | $397 | $225 | $311 | $393 | $490 | $575 |
| | 50-54 | 11 | $421 | $317 | $325 | $340 | $455 | $792 |
| | 55-59 | 11 | $439 | $242 | $300 | $450 | $575 | $670 |
| | 60 or Older | 15 | $506 | $307 | $375 | $475 | $640 | $788 |
| Gender | Male | 146 | $385 | $240 | $275 | $340 | $463 | $600 |
| | Female | 38 | $388 | $200 | $250 | $350 | $504 | $651 |
| Highest Non-Law Degree | Bachelor's Degree | 115 | $380 | $220 | $260 | $325 | $475 | $608 |
| | Master's Degree | 52 | $387 | $240 | $285 | $350 | $450 | $629 |
| | Doctorate Degree | 15 | $425 | $238 | $315 | $375 | $565 | $663 |
| Ethnicity | White/Caucasian | 157 | $379 | $240 | $275 | $335 | $458 | $600 |
| | Asian/Pacific Islander | 13 | $454 | $205 | $298 | $460 | $593 | $665 |
| | Blended | 3 | $498 | ISD | ISD | $400 | ISD | ISD |
| | Other | 3 | $258 | ISD | ISD | $225 | ISD | ISD |
| Full-time Intellectual Property lawyers and agents in the firm or corporation | 1-2 | 5 | $241 | ISD | $197 | $225 | $293 | ISD |
| | 3-5 | 13 | $377 | $220 | $250 | $380 | $475 | $552 |
| | 6-10 | 22 | $314 | $210 | $250 | $313 | $353 | $435 |
| | 11-25 | 36 | $350 | $224 | $253 | $318 | $400 | $551 |
| | 26-50 | 35 | $381 | $240 | $290 | $340 | $425 | $605 |
| | 51-100 | 30 | $440 | $260 | $314 | $430 | $516 | $673 |
| | 101-150 | 22 | $360 | $263 | $275 | $333 | $419 | $558 |
| | More than 150 | 18 | $554 | $318 | $449 | $583 | $658 | $733 |

Exhibit D
Page 23