# EXHIBIT E

| | |
|---|---|
| **From:** | Daniel.Kiang |
| **To:** | "Eve Brown" |
| **Cc:** | Matt.Bellinger; Steven.Nataupsky; Lynda.Zadra-Symes; C. Alexander Chiulli; Vanessa.Lantin; Paul.Stewart |
| **Subject:** | RE: Attorneys" Fees Request | Monster Energy Co. v. Thunder Beast LLC et al. (Our. Ref.: HANBEVL.4155L) |
| **Date:** | Wednesday, November 21, 2018 12:03:00 PM |

Hi Eve,

At your request raised during our last call, we looked into the PWC survey. That survey is available only to the survey participants and contains a confidentiality agreement prohibiting recipients from disclosing the contents to any third parties or even other survey recipients.

We also learned of another survey-type service called Peer Monitor, which is part of Thomson Reuters. The Peer Monitor data includes billing rate information for the following two groups for 2018:

- CA Firm Group (includes the following firms: Allen Matkins, Fenwick & West, Gibson Dunn, Irell & Manella, Jeffer Mangels, Manatt, Munger Tolles & Olson, Pillsbury Winthrop, Sheppard Mullin, and Wilson Sonsini)
- IP Litigation Group (Baker Botts, Fish & Richardson, Foley & Lardner, K&L Gates, Kilpatrick Townsend, Morgan Lewis, Orrick, Perkins Coie, Wilson Sonsini)

The following is data from the CA Group:

**4th Year Associates:**
Mean Billing Rate: $618
Median Billing Rate: $620

**Partners (26-29 Years):**
Mean Billing Rate: $941
Median Billing Rate: $895

The following is data from the IP Group:

**4th Year Associates:**
Mean Billing Rate: $558
Median Billing Rate: $587

**Partners (26-29 Years):**
Mean Billing Rate: $915
Median Billing Rate: $950

As you can see, the rates for myself and Paul Stewart in this case are both below the mean and median rates listed above. Our understanding is that Peer Monitor is not a published survey, but a website that outputs results based on certain search criteria.

On the subject of the joint brief, we propose exchanging our portions of the joint brief on Tuesday,

Nov. 27 at 3 pm Pacific.  Please let us know if that works for you.

Best regards,
Daniel

**Daniel Kiang**
Associate
Daniel.Kiang@knobbe.com

949-721-5205  Direct

**Knobbe** Martens

2040 Main St., 14th Fl.
Irvine, CA 92614
www.knobbe.com/daniel-kiang

---

**From:** Eve Brown <ebrown@bglaw.com>
**Sent:** Friday, November 16, 2018 8:53 AM
**To:** Daniel.Kiang <Daniel.Kiang@knobbe.com>; Paul.Stewart <Paul.Stewart@knobbe.com>
**Cc:** Matt.Bellinger <Matt.Bellinger@knobbe.com>; Steven.Nataupsky <Steven.Nataupsky@knobbe.com>; Lynda.Zadra-Symes <Lynda.ZadraSymes@knobbe.com>; C. Alexander Chiulli <achiulli@bglaw.com>; Vanessa.Lantin <Vanessa.Lantin@knobbe.com>
**Subject:** RE: Attorneys' Fees Request | Monster Energy Co. v. Thunder Beast LLC et al. (Our. Ref.: HANBEVL.4155L)

Thank you, Daniel. We will take a look through everything and respond substantively either Monday or right after the Thanksgiving holiday. In the meantime, you have my approval to file the stipulation to extent the deadline.

Best,
Eve

---

**From:** Daniel.Kiang <Daniel.Kiang@knobbe.com>
**Sent:** Thursday, November 15, 2018 2:28 PM
**To:** Paul.Stewart <Paul.Stewart@knobbe.com>; Eve Brown <ebrown@bglaw.com>
**Cc:** Matt.Bellinger <Matt.Bellinger@knobbe.com>; Steven.Nataupsky <Steven.Nataupsky@knobbe.com>; Lynda.Zadra-Symes <Lynda.ZadraSymes@knobbe.com>; C. Alexander Chiulli <achiulli@bglaw.com>; Vanessa.Lantin <Vanessa.Lantin@knobbe.com>
**Subject:** RE: Attorneys' Fees Request | Monster Energy Co. v. Thunder Beast LLC et al. (Our. Ref.: HANBEVL.4155L)

Hi Eve,

As we discussed on the phone yesterday, I am attaching a revised Declaration of Paul Stewart in support of the fee request.  Additionally, Exhibits B and C to the declaration show our CA State Bar and firm website bios.  We are still looking into the issue of other potential surveys.