Eve J. Brown (SBN 247051)
ebrown@bglaw.com
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, R.I. 02903
Phone: (401) 271-7171
Facsimile: (401) 273-2904

Attorneys for Defendants
THUNDER BEAST LLC and
STEPHEN NORBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**DECLARATION OF EVE J. BROWN** |

I, Eve J. Brown, declare as follows:

1. I am Of Counsel at the law firm of Barton Gilman, LLP, which has office

in Boston, Massachusetts, Providence, Rhode Island, and New York, New

York. I am the attorney representing Defendants Thunder Beast LLP and

Stephen Norberg in this proceeding.

2. I have personal knowledge of the matters set forth herein and if called

upon to testify, I could and would competently testify as to the same.

1

3. I have twelve years of relevant experience as a practicing attorney and as a professor of intellectual property law, having taught at various universities including the Massachusetts Institute of Technology, Boston University School of Law, Boston College, Northeastern University, Suffolk University Law School, Indiana University, and Roger Williams University. I have litigated numerous trademark cases before federal courts and before the United States Trademark Trial and Appeal Board.

4. The rate that I charge to Defendants in the instant matter is $350 per hour. This rate is reflective of the market, and is identical or comparable to my rate in similar litigation matters.

5. Attached to this Declaration as Exhibit A is a spreadsheet that I created, using Plaintiff's data and my observations and calculations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this day, November 28, 2018, in Providence, Rhode Island.

/s/ Eve J. Brown_____
Eve J. Brown

2