# EXHIBIT A

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Attorney | Date Worked | Description of Work | | Adjusted Hourly Rate | Time Billed (Hours) | Amount Billed to Client (Dollars) | Time Eligible for Reimbursement on Atty Fee Award | Reason for Reduction | Market-Supported Hourly Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul Stewart | 8/9/18 | BEGIN PREPARATION OF ANTI-SLAPP MOTION / MOTION TO DISMISS COUNTERCLAIM | | $625.50 | 3.3 | $2,064.15 | 0 | "Begin preparation" is vague and does not provide information necessary to ascertain the work actually performed or to justify an award of attorneys' fees. Three hours spent in "beginning" preparation appears excessive and unsupported. | $360.00 | $0.00 |
| Daniel Kiang | 8/10/18 | LEGAL RESEARCH IN SUPPORT OF MOTION TO DISMISS AFFIRMATIVE DEFENSES AND COUNTERCLAIMS | | $378.00 | 0.3* | ($113.40) $56.70 | 0.1 | Entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3 to avoid including portions of work not entitled to an attorney fee award. | $270.00 | $27.00 |
| Daniel Kiang | 8/13/18 | LEGAL RESEARCH REGARDING MOTION TO STRIKE AFFIRMATIVE DEFENSES/MOTION TO DISMISS COUNTERCLAIM OF UNFAIR COMPETITION | | $378.00 | 2.30* | ($869.40) $434.70 | 0.8 | Entry is duplicative of prior entry; entry is vague with respect to how it differs from or was required in addition to the prior entry; entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $270.00 | $216.00 |
| Daniel Kiang | 8/21/18 | LEGAL RESEARCH IN SUPPORT OF MOTION TO DISMISS | | $378.00 | 1.80 | $680.40 | 0.6 | Entry is duplicative of prior entry; entry is vague with respect to how it differs from or was required in addition to the prior entry; entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $270.00 | $162.00 |
| Paul Stewart | 8/21/18 | REVIEW UNFAIR COMPETITION CASE LAW | | $625.50 | 0.7 | $437.85 | 0 | "Review" is vague and does not provide information necessary to ascertain the work actually performed or to justify an award of attorneys' fees; entry is unclear as to whether it applies solely to anti-SLAPP claims. Unclear whether partner with stated experience and expertise is justified in billing for a review of basic law. | $360.00 | $0.00 |
| Daniel Kiang | 8/23/18 | RESEARCH IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMS AND AFFIRMATIVE DEFENSES; PREPARE EMAIL MEMO SUMMARIZING RESEARCH | | $378.00 | 2.1* | ($793.80) $396.90 | 0.7 | Block billing; entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $270.00 | $189.00 |
| Paul Stewart | 8/23/18 | PREPARE MEET AND CONFER LETTER REGARDING ANTI- SLAPP MOTION AND MOTION TO STRIKE AFFIRMATIVE DEFENSES (0.9); REVIEW LEGAL RESEARCH REGARDING UNFAIR COMPETITION CLAIMS (0.8) | | $625.50 | 0.9* 0.8 | ($1,063.35) $781.87 | 0.6 | Block billing; entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $360.00 | $216.00 |
| Daniel Kiang | 8/29/18 | RESEARCH AND DRAFT ANTI- SLAPP MOTION TO STRIKE | | $378.00 | 5.3 | $2,003.40 | 1.8 | Entry conflates and combines other subject matter considerations, e.g., motion to dismiss two separate affirmative defenses that were included in Plaintiff's motion to strike. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces non-segregated entries by 1/3. | $270.00 | $486.00 |
| Daniel Kiang | 8/30/18 | CONTINUE DRAFTING ANTI- SLAPP PORTION OF MOTION TO STRIKE | | $378.00 | 4.6 | $1,738.80 | 1.5 | Entry is duplicative of prior entry; entry is vague with respect to how it differs from or was required in addition to the prior entry; entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $270.00 | $405.00 |

**Exhibit A**
**Page 3**

| Attorney | Date Worked | Description of Work | | Adjusted Hourly Rate | Time Billed (Hours) | Amount Billed to Client (Dollars) | Time Eligible for Reimbursement on Atty Fee Award | Reason for Reduction | Market-Supported Hourly Rate | Amount Due |
|---|---|---|---|---|---|---|---|---|---|---|
| Paul Stewart | 8/31/18 | PREPARE FOR AND PARTICIPATE IN LOCAL RULE 7-3 CALL TO OPPOSING COUNSEL REGARDING ANTI- SLAPP MOTION | ■ | $625.50 | 0.3 | $187.65 | 0.3 | n/a | $360.00 | $108.00 |
| Daniel Kiang | 9/4/18 | REVISE ANTI-SLAPP PORTION OF MOTION AND CASE LAW RESEARCH | ■ | $378.00 | 3.0 | $1,134 | 3 | n/a | $270.00 | $810.00 |
| Paul Stewart | 9/4/18 | CONFER WITH DANIEL KIANG REGARDING ANTI- SLAPP MOTION | ■ | $625.50 | 0.3 | $187.65 | 0.1 | Entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3 | $360.00 | $108.00 |
| Daniel Kiang | 9/5/18 | REVIEW DRAFT MOTION WITH PAUL STEWART (ANTI- SLAPP PORTION); REVISE DRAFT MOTION (ANTI-SLAPP PORTION) | ■ | $378.00 | 3.3 | $1,247.40 | 1.1 | Entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3 | $270.00 | $297.00 |
| **Attorney** | **Date Worked** | **Description of Work** | ■ | **Adjusted Hourly Rate** | **Time Billed (Hours)** | **Amount Billed to Client (Dollars)** | **Time Eligible for Reimbursement on Atty Fee Award** | **Reason for Reduction** | **Market-Supported Hourly Rate** | **Amount Due** |
| Daniel Kiang | 9/6/18 | REVIEW CORRESPONDENCE FROM CLIENT AND EDITS TO ANTI-SLAPP MOTION | ■ | $378.00 | 0.2 | $75.60 | 0.07 | Entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3 | $270.00 | $19.00 |
| Paul Stewart | 9/6/18 | REVIEW ANTI-SLAPP MOTION TO STRIKE UNFAIR COMPETITION COUNTERCLAIM | ■ | $625.50 | 1.9 | $1,188.45 | 1.9 | n/a; *note that segregation of time to only anti-SLAPP portion of motion in this entry expressly indicates intentional non-segregation in other entries. | $360.00 | $684.00 |
| Daniel Kiang | 9/10/18 | FINAL PROOFREAD OF ANTI- SLAPP MOTION | ■ | $378.00 | 0.3 | $113.40 | 0.1 | Entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3 | $270.00 | $27.00 |
| Paul Stewart | 10/1/18 | REVIEW THUNDER BEAST'S OPPOSITION TO ANTI-SLAPP MOTION AND BEGIN PREPARATION OF REPLY BRIEF | ■ | $625.50 | 3.4 | $2,126.70 | 1.1 | "Begin preparation" is vague and does not provide information necessary to ascertain the work actually performed or to justify an award of attorneys' fees. "Review" of defendant's memorandum (ie, reading defendant's motion) should not require 3.4 hours of partner time. Entry conflates portions of motion unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's motion directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $360.00 | $396.00 |
| Paul Stewart | 10/2/18 | PREPARE REPLY BRIEF IN SUPPORT OF ANTI-SLAPP MOTION | ■ | $625.50 | 4.4 | $2752.20 | 1.5 | Entry conflates portions of brief unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's reply directly related to anti-SLAPP, Defendant reduces all non-segregated entries by 1/3. | $360.00 | $540.00 |
| Paul Stewart | 10/3/18 | COMPLETE DRAFT OF ANTI- SLAPP PORTION OF REPLY BRIEF | ■ | $625.50 | 2.6 | $1,626.30 | 0.9 | Entry is duplicative of prior entry; entry is vague with respect to how it differs from or was required in addition to the prior entry; entry conflates portions of reply brief unrelated to anti-SLAPP claims. Because less than 1/3 of Plaintiff's reply directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3. | $360.00 | $324.00 |
| Paul Stewart | 10/4/18 | REVIEW CLIENT COMMENTS TO REPLY BRIEF ON ANTI- SLAPP MOTION; CALL TO CLIENT; REVIEW AND REVISE REPLY BRIEF | ■ | $625.50 | 0.9 | $562.95 | 0.3 | Entry conflates work related to anti-SLAPP claims with other subject matter, i.e. motion to strike affirmative defenses that were included in Plaintiff's reply brief. Because less than 1/3 of Plaintiff's reply directly related to anti-SLAPP claims, Defendant reduces all non-segregated entries by 1/3 | $360.00 | $108.00 |

\* - Indicates a time entry that was not segregated for the Anti-SLAPP portion of the motion.  Plaintiff determined the portion attributable to the Anti-SLAPP portion of the motion by arbitrarily halving the originally billed amount (shown in parentheses).

| Amount Sought by Plaintiff: | $19,797.07 |
|---|---|

**Exhibit A**
**Page 4**

| Amount Calculated by Defendant: | $5,122.00 |
|---|---|