Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
Daniel C. Kiang (SBN 307961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404  Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Eve J. Brown (SBN 247051)
ebrown@bglaw.com
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, R.I. 02903
Phone: (401) 271-7171  Facsimile: (401) 273-2904

Attorneys for Defendants
THUNDER BEAST LLC
and STEPHEN NORBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Plaintiff Monster Energy Company ("Monster") and Defendants Thunder Beast LLC and Stephen Norberg (collectively "Thunder Beast"), by and through their undersigned counsel, jointly stipulate and respectfully request that the Court modify the current case schedule by extending the current dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Trial | 10/29/2019 at 8:30 a.m. | 1/28/2020 at 8:30 a.m. |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 10/11/2019 at 11:00 a.m. | 1/10/2020 at 11:00 a.m. |
| Non-Expert Discovery Cut-Off | 4/19/2019 | 5/31/2019 |
| Expert Disclosure (Initial) | 4/26/2019 | 6/7/2019 |
| Expert Disclosure (Rebuttal) | 5/24/2019 | 7/12/2019 |
| Expert Discovery Cut-Off | 6/7/2019 | 7/26/2019 |
| Last Date to **_Hear_** Motions [Friday] • Rule 56 Motion due at least 5 weeks before hearing • Opposition due 2 weeks after Motion is filed • Reply due 1 week after Opposition is filed | 7/19/2019 | 9/6/2019 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 8/2/2019 | 8/2/2019 |
| **Trial Filings (first round)** • Motions In Limine • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only) • Declarations containing Direct Testimony, if ordered (court trial only) | 9/20/2019 | 11/8/2019 |

| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (court trial only) | 9/27/2019 | 11/15/2019 |
|---|---|---|

Good cause exists to extend the deadlines. Defendant Stephen Norberg, an individual and the owner of Defendant Thunder Beast LLC, is in South Africa this month officiating a friend's wedding. As a result, Defendants are not able to timely respond to Monster's Second Set of Interrogatories, Second Set of Document Requests, and Second Set of Requests for Admission served on February 21, 2019, and are unavailable to testify for previously noticed depositions set for March 28 and 29, 2019. The requested extension is necessary to allow Defendants time to respond to the outstanding discovery requests and sufficiently in advance of previously noticed depositions, to be rescheduled. Further, the parties are currently working to schedule a mediation, which may dispose of this action in its entirety.

Still further, Plaintiff and its counsel are unavailable for trial in December because they are scheduled to be at trial starting on December 10, 2019, before this Court, in the matter *Monster Energy Company v. Teespring, Inc.* Case No. E.D. CV 18-01486 AB (KKx). The requested extension to beyond December 2019 is necessary so that Plaintiff and its counsel are available for trial.

-2-

1    This extension is not sought for the purpose of delay. There have been no

2    prior requests to extend the deadlines.

3

4    **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

5

6                          Respectfully submitted,

7                          KNOBBE, MARTENS, OLSON & BEAR, LLP

8

9

10   Dated:  April 2, 2019        By:  */s/ Marko R. Zoretic*

11                                Steven J. Nataupsky
                                  Lynda J. Zadra-Symes
12                                Paul A. Stewart
                                  Matthew S. Bellinger
13                                Marko R. Zoretic
                                  Daniel C. Kiang
14

15                                Attorneys for Plaintiff,
16                                MONSTER ENERGY COMPANY

17

18                                BARTON GILMAN LLP

19

20

21   Dated:  April 2, 2019        By:  */s/ Eve J. Brown (with permission)*
                                  Eve J. Brown
22

23                                Attorneys for Defendants,
                                  THUNDER BEAST LLC and
24                                STEPHEN NORBERG
     30246716
25

26

27

28

                                    -3-