1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Having reviewed the parties' Stipulation to Modify the Scheduling Order, and good cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

The below schedule shall govern to this case:

| Event | Date |
|---|---|
| Trial | 1/28/2020 at 8:30 a.m. |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 1/10/2020 at 11:00 a.m. |
| Non-Expert Discovery Cut-Off | 5/31/2019 |
| Expert Disclosure (Initial) | 6/7/2019 |
| Expert Disclosure (Rebuttal) | 7/12/2019 |
| Expert Discovery Cut-Off | 7/26/2019 |
| Last Date to *Hear* Motions [Friday]<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 9/6/2019 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | 8/2/2019 |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 11/8/2019 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only) | 11/15/2019 |

| |
|---|
| • Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Decls. of Direct Testimony (court trial only) |

**IT IS SO ORDERED.**

Dated: April 08, 2019

Honorable André Birotte Jr.
United States Magistrate Judge

30246721

-2-