Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404  Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Eve J. Brown (SBN 247051)
ebrown@bglaw.com
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, R.I. 02903
Phone: (401) 271-7171  Facsimile: (401) 273-2904

Attorneys for Defendants
THUNDER BEAST LLC
and STEPHEN NORBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**JOINT STATUS REPORT REGARDING MEDIATION** |

1    Pursuant to this Court's November 1, 2018 Order (Dkt. No. 33), Plaintiff Monster Energy Company and Defendants Thunder Beast LLC and Stephen Norberg, by and through their undersigned counsel, jointly submit this Joint Status Report regarding the progress of their settlement discussions.

A mediation took place on May 22, 2019, in Boston, Massachusetts with Jerry Cohen, Esq. of JAMS acting as the mediator. The mediation started at 9:30 a.m. and ended at about 8:00 p.m. The parties were not able to agree on settlement terms, and there have been no further settlement discussions between the parties. Both parties remain open to resuming settlement discussions.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 17, 2019        By: /s/ Marko R. Zoretic
                                Steven J. Nataupsky
                                Lynda J. Zadra-Symes
                                Matthew S. Bellinger
                                Marko R. Zoretic

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

BARTON GILMAN LLP

Dated: June 17, 2019        By: /s/ Eve J. Brown (with permission)
                                Eve J. Brown

Attorneys for Defendants,
THUNDER BEAST LLC and
STEPHEN NORBERG

30748298