Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404  Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Eve J. Brown (SBN 247051)
ebrown@bglaw.com
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, R.I. 02903
Phone: (401) 271-7171  Facsimile: (401) 273-2904

Attorneys for Defendants
THUNDER BEAST LLC
and STEPHEN NORBERG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, | Case No. 5:18-cv-01367-AB-AS |
| Plaintiff, | Hon. André Birotte Jr. |
| v. | **STIPULATION REGARDING WITHDRAWAL OF AFFIRMATIVE DEFENSE NOS. I, II, III, AND IV** |
| THUNDER BEAST LLC, a District of Columbia limited liability company, and | |
| STEPHEN NORBERG, an individual, | |
| Defendants. | |

Plaintiff Monster Energy Company ("Monster") and Defendants Thunder Beast LLC and Stephen Norberg (collectively "Thunder Beast"), by and through their undersigned counsel, and subject to the Court's approval, hereby stipulate and agree as follows:

Defendants hereby withdraw their First ("Statute of Limitations"), Second ("Laches"), Third ("Lack of Harm of Injury"), and Fourth ("Trademark Misuse") affirmative defenses (Dkt. No. 21).[1]  A Proposed Order is submitted herewith.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 12, 2019        By:  */s/ Marko R. Zoretic*
                                  Steven J. Nataupsky
                                  Lynda J. Zadra-Symes
                                  Matthew S. Bellinger
                                  Marko R. Zoretic

                             Attorneys for Plaintiff,
                             MONSTER ENERGY COMPANY

                             BARTON GILMAN LLP

Dated:  July 12, 2019        By:  */s/ Eve J. Brown (with permission)*
                                  Eve J. Brown

                             Attorneys for Defendants,
                             THUNDER BEAST LLC and
                             STEPHEN NORBERG

30911661

---

[1] Defendants' Fifth ("Unclean Hands") affirmative defense was stricken on October 22, 2018.  Dkt. No. 31.

-1-