1
2
3
4
5
6
7
8

### IN THE UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation, | Case No. 5:18-cv-01367-AB-AS |
| Plaintiff, | Hon. André Birotte Jr. |
| v. | **[PROPOSED] ORDER GRANTING STIPULATION REGARDING WITHDRAWAL OF AFFIRMATIVE DEFENSE NOS. I, II, III, AND IV** |
| THUNDER BEAST LLC, a District of Columbia limited liability company, and | |
| STEPHEN NORBERG, an individual, | |
| Defendants. | |

1    This Court, having considered the parties' Stipulation Regarding
2  Withdrawal of Defendants Thunder Beast LLC's and Stephen Norberg's
3  Affirmative Defense Nos. I, II, III, and IV, hereby **ORDERS** that Defendants'
4  First ("Statute of Limitations"), Second ("Laches"), Third ("Lack of Harm of
5  Injury"), and Fourth ("Trademark Misuse") affirmative defenses are
6  **STRICKEN**.
7        **IT IS SO ORDERED.**
8
9
10  Dated: July 16, 2019    _____
11                            Honorable André Birotte Jr.
                            United States District Court Judge
12
13  30911659
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-