Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>**PLAINTIFF MONSTER ENERGY COMPANY'S NOTICE OF MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' FAIR USE AFFIRMATIVE DEFENSE**<br><br>Date:    August 30, 2019<br>Time:    10:00 a.m.<br>Ctrm.:    7B<br><br>Hon. André Birotte Jr. |

PLEASE TAKE NOTICE that on August 30, 2019 at 10:00 a.m., before the Honorable André Birotte Jr. in Courtroom 7B of the United States District Court for the Central District of California located at 350 West First Street, Los Angeles, CA 90012, Plaintiff Monster Energy Company ("Monster") will, and hereby does, move this Court for an order entering summary judgment in favor of Monster and against Defendants Thunder Beast LLC and Stephen Norberg (collectively "Defendants") on Defendants' fair use affirmative defense raised in Defendants' First Amended Answer (Dkt. No. 21).

This Motion is based upon this Notice of Motion, as well as the accompanying Memorandum, the Declaration of Marko Zoretic and the exhibits thereto, and the [Proposed] Order granting this Motion filed herewith.

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on July 10, 2019.  During the conference, counsel for Defendants indicated that Defendants would oppose this Motion.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  July 26, 2019     By: */s/ Marko R. Zoretic*
                              Steven J. Nataupsky
                              Lynda J. Zadra-Symes
                              Matthew S. Bellinger
                              Marko R. Zoretic

                              Attorneys for Plaintiff,
                              MONSTER ENERGY COMPANY

30653308