Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>**DECLARATION OF MARKO R. ZORETIC IN SUPPORT OF PLAINTIFF MONSTER ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' FAIR USE AFFIRMATIVE DEFENSE**<br><br>Date: August 30, 2018<br>Time: 10:00 a.m.<br>Ctrm: 7B<br><br>Hon. André Birotte Jr. |

I, Marko R. Zoretic, declare and state as follows:

1. I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and I am licensed to practice law in the State of California. I am a member of the bar of this Court, and counsel of record for Plaintiff Monster Energy Company ("Monster") in the above-captioned action. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a compilation of U.S. Trademark Registration Nos. 3,044,315, 3,057,061, 3,044,314, 3,134,842, 4,036,680, 4,036,681, 3,134,841, 4,865,702, 3,959,457, 4,716,750, 3,852,118, 4,634,053, 5,013,706, 4,030,735, 5,281,559, 4,111,964, 4,129,288, 4,376,796, 4,604,556, and 4,234,456.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Defendants' U.S. Trademark Registration No. 4,772,758 for the mark THUNDER BEAST, which was marked as deposition Exhibit 2 to the March 30, 2017 30(b)(6) Deposition of Thunder Beast (Mr. Stephen Norberg).

4. Attached hereto as **Exhibit 3** is a true and correct copy of a compilation of images of beverages in Monster's MONSTER product line, produced by Monster in this case bearing production numbers MEC038259–MEC038263 and MEC038266–MEC038267. Page 1 of Exhibit 3 is a true and correct copy of images of Monster's original MONSTER ENERGY® drink, which bears the MONSTER ENERGY® and UNLEASH THE BEAST!® marks.

5. Attached hereto as **Exhibit 4** is a true and correct copy of U.S. Trademark Registration Nos. 2,769,364, 4,394,044, 4,336,329, 4,292,502, 4,371,544, 4,482,659, 4,482,660, 4,542,107, and 4,546,402.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the March 30, 2017 Rule 30(b)(6) deposition transcript of Thunder Beast

-1-

(Stephen Norberg) in connection with Cancellation No. 92063037 pending before the United States Trademark Trial and Appeal Board.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the May 23, 2019 Rule 30(b)(6) deposition transcript of Thunder Beast (Stephen Norberg).

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the May 24, 2019 deposition transcript of Stephen Norberg.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts the Petition for Cancellation filed in Cancellation No. 92063037 (exhibits omitted).

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of Defendants' January 29, 2019 Second Supplemental Responses to Monster's First Set of Interrogatories, including supplemental response to Interrogatory Nos. 5 and 13.

11. Attached hereto as **Exhibit 10** is a true and correct copy of Defendants' April 26, 2019 Responses to Plaintiff's Second Set of Requests for Admissions.

12. Knobbe Martens subscribes to a web-based trademark research platform known as SAEGIS, which allows for customized searching of trademark databases. In preparing the present motion, I directed staff at Knobbe Martens to conduct a search using SAEGIS of active U.S. trademark registrations in Class 32 that include the word MONSTER in connection with goods including sodas and soft drinks. The search strategy and "Hits Overview" result of this search is shown in **Exhibit 11**.

13. Attached hereto as **Exhibit 12** is a true and correct copy of printouts of Monster's product listings on Monster's website for PUNCH MONSTER® beverages, produced by Monster in this case bearing production numbers MEC000589–MEC000590.

1. 14. Attached hereto as **Exhibit 13** is a true and correct copy of Monster's website and social media relating to Monster's sponsorship of the Ultimate Fighting Championship, produced by Monster in this case bearing production numbers MEC030713–MEC030716 and MEC030757–MEC030758.

2. 15. Attached hereto as **Exhibit 49** is a true and correct copy of images of Deposition Exhibit 49 (Thunder Beast American Root Beer bottle), marked during the May 23, 2019 30(b)(6) Deposition of Thunder Beast (Stephen Norberg).

3. 16. Attached hereto as **Exhibit 50** is a true and correct copy of images of Deposition Exhibit 50 (Thunder Beast American Root Beer bottle), marked during the May 23, 2019 30(b)(6) Deposition of Thunder Beast (Stephen Norberg).

4. 17. Attached hereto as **Exhibit 51** is a true and correct copy of images of Deposition Exhibit 51 (Thunder Beast American Root Beer, Texas Edition bottle), marked during the May 23, 2019 30(b)(6) Deposition of Thunder Beast (Stephen Norberg).

5. 18. Attached hereto as **Exhibit 52** is a true and correct copy of images of Deposition Exhibit 52 (Thunder Beast American Cream Soda bottle), marked during the May 23, 2019 30(b)(6) Deposition of Thunder Beast (Stephen Norberg).

6. 19. Attached hereto as **Exhibit 82** is a true and correct copy of Deposition Exhibit 82 marked during the May 23, 2019 Rule 30(b)(6) deposition of Thunder Beast (Stephen Norberg).

/ / /

/ / /

/ / /

/ / /

1 | 20. Attached hereto as **Exhibit 97** is a true and correct copy of Deposition Exhibit 97 marked during the May 24, 2019 deposition of Stephen Norberg.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 26, 2019, in Irvine, California.

                         /s/ *Marko R. Zoretic*
                         Marko R. Zoretic

30653617