# United States of America
## United States Patent and Trademark Office

# Thunder Beast

**Reg. No. 4,772,758**  
**Registered July 14, 2015**  
**Int. Cl.: 32**  
**TRADEMARK**  
**PRINCIPAL REGISTER**

THUNDER BEAST LLC (D.C. LIMITED LIABILITY COMPANY)  
1110 CONGRESS ST NE  
WASHINGTON, DC 20002

FOR: NON-ALCOHOLIC BEVERAGES, NAMELY, CARBONATED BEVERAGES, IN CLAS 32 (U.S. CLS. 45, 46 AND 48).

FIRST USE 4-9-2012; IN COMMERCE 9-14-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAI TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-459,276, FILED 11-19-2014.

MATTHEW CUCCIAS, EXAMINING ATTORNEY



Michelle K. Lee  
Director of the United States  
Patent and Trademark Office  
Cancellation No. 92063037


EXHIBIT 2  
DL 3/30/17

TB00001MEC

**Exhibit 2**  
**-39-**