


Exhibit 3
-40-
MEC038259





Exhibit 3
-41-
MEC038260




Exhibit 3
-42-
MEC038261




**Exhibit 3**
**-43-**
MEC038262





**Exhibit 3**
**-44-**
MEC038263



Exhibit 3
-45-
MEC038266



Exhibit 3
-46-
MEC038267