Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____

MONSTER ENERGY COMPANY,
a Delaware corporation,

        Plaintiff,        Case No.

 v.                   5:18-cv-01367-AB-AS

THUNDER BEAST LLC, a
District of Columbia
limited liability company,
and STEPHEN NORBERG,
an individual,

        Defendants.

_____


 Rule 30(b)(6) VIDEO DEPOSITION of THUNDER BEAST LLC,
STEPHEN T. NORBERG, Designee
Boston, Massachusetts
Thursday, May 23, 2019 at 9:10 a.m.


Reported by:
Dana Welch, CSR, RPR, CRR, CRC


      Video deposition of THUNDER BEAST LLC,
STEPHEN T. NORBERG, Designee, held at the offices
of Barton Gilman, LLP, 160 Federal Street, Boston,
Massachusetts 02110, before Dana Welch, Certified
Shorthand Reporter, Registered Professional
Reporter, Certified Realtime Reporter and Notary
Public of the Commonwealth of Massachusetts.

_____

DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

Exhibit 6
-79-

Page 2

1    APPEARANCES:

2

3    FOR THE PLAINTIFF:

4    KNOBBE MARTENS

5    BY:  MARKO R. ZORETIC, ESQ.

6    2040 Main Street, 14th Floor

7    Irvine, CA  92614

8    marko.zoretic@knobbe.com

9

10   FOR THE DEFENDANT:

11   BARTON GILMAN LLP

12   BY:  EVE J. BROWN, ESQ.

13   10 Dorrance Street, Suite 800

14   Providence, RI  02903

15   ebrown@bglaw.com

16

17

18   Also Present:

19        Bob Giannini, Videographer

20        Amelia DeMelo (Summer Intern)

21

22

**Exhibit 6**
**-80-**

Page 3

1                          I N D E X

2   WITNESS:

        STEPHEN NORBERG

3

    EXAMINATION:                                PAGE:

4     BY MR. ZORETIC                             7

5

    EXHIBITS MARKED:

6    NO.   DESCRIPTION                          PAGE:

7    Exhibit 45, Amended Notice of Thunder      14

8    Beast

9    Exhibit 46, Transcript Stephen Norberg     20

10   taken March 30, 2017

11   Exhibit 47, Transcript Stephen Norberg     21

12   March 31, 2017

13   Exhibit 48, TB074FED - 075FED              35

14   Exhibit 49, American Root Beer Bottle      66

15   Exhibit 50, Appalachian Brewing Company's  67

16   rendition of American Root Beer bottle,

17   Exhibit 51, American Root Beer Texas       71

18   Edition bottle

19   Exhibit 52, American Cream Soda bottle     73

20   Exhibit 53, TB156FED                       79

21   Exhibit 54, TB181FED                       83

22   Exhibit 55, TB182FED                       84

**Exhibit 6**
**-81-**

Page 6

```
 1                   P R O C E E D I N G S

 2          THE VIDEOGRAPHER:  Good morning.  We are

 3   on the record.  This is the videographer speaking,

 4   Bob Giannini, with court reporter Dana Welch, with

 5   Digital Evidence Group.

 6          Today's date is May 23rd, 2019, and the

 7   time is 9:10 a.m.  We are here at the offices of

 8   Barton Gilman, LLP, located at 160 Federal Street,

 9   Boston, Massachusetts, to take the videotaped

10   deposition of Stephen Norberg in the matter of

11   Monster Energy Company versus Thunder Beast LLC,

12   Case Number 5:18-cv-01367-AB-AS.

13          Will counsel please introduce themselves

14   for the record.

15          MR. ZORETIC:  Marko Zoretic of Knobbe

16   Martens, representing Monster Energy Company.

17          MS. BROWN:  Eve Brown of Barton Gilman,

18   representing Thunder Beast and Stephen Norberg.

19          THE VIDEOGRAPHER:  Thank you.

20          Will the court reporter please swear in

21   the witness.

22                        STEPHEN NORBERG,
```

Exhibit 6
-82-

Page 7

1          having been first duly sworn on oath,

2     was examined and testified as follows:

3                         EXAMINATION

4     BY MR. ZORETIC:

5          Q.  Good morning.

6          A.  Good morning.

7          Q.  Can you please state your full name for

8     the record.

9          A.  Yes.  My name is Stephen Timothy Norberg.

10         Q.  And you are the owner of Thunder Beast,

11    correct?

12         A.  Yes.

13         Q.  And where is Thunder Beast located?

14         A.  We're registered in Washington, D.C., and

15    I live in Austin, Texas; so we're a foreign entity

16    in Austin, Texas as well.

17         Q.  So where are your headquarters?

18         A.  The headquarters are wherever I am.  So we

19    don't have an office.  So probably my house would

20    be headquarters.

21         Q.  And what are your responsibilities at

22    Thunder Beast?

**Exhibit 6**
-83-

Page 8

1    A.  My responsibilities are essentially doing

2    everything to keep the business going to achieve

3    the objectives that I have for it.

4    Q.  Does anybody else work for you?

5    A.  No.

6    Q.  Does anyone else work at Thunder Beast?

7    A.  No.

8    Q.  Does your -- you're married, correct?

9    A.  Yes.

10    Q.  Does your wife have any responsibilities

11    in connection with Thunder Beast?

12    A.  No.

13    Q.  Do you ever e-mail your wife about

14    anything related to Thunder Beast?

15    A.  No.  We talk about it sometimes in person,

16    but I don't e-mail her.

17    Q.  Do you ever send text messages to your

18    wife about Thunder Beast?

19    A.  Yes.  I've texted her before about Thunder

20    Beast.

21    Q.  How many times?

22    A.  I'm not sure of the number.  I don't keep

**Exhibit 6**
**-84-**

Page 65

1   for the time and a few other small things included.

2       Q.  In Austin do you have any of your

3   equipment to produce Thunder Beast product?

4       A.  I do.  I sold my largest tank before I

5   moved to Austin to pay for my legal bills.  So I

6   have a small tank, but I don't have a commercial

7   production facility currently to produce anything

8   there.

9           I've done a lot of experimenting at home

10  creating new recipes, but it's -- it's like I have

11  a home lab, if you will, but all the production is

12  outsourced.

13      Q.  Okay.  Do you have a business address in

14  the Cambridge area?

15      A.  No.

16      Q.  Or Massachusetts at all?

17      A.  No.

18      Q.  Does any Thunder Beast work take place in

19  Massachusetts?

20      A.  No.

21      Q.  So what trademarks does Thunder Beast use

22  in connection with its goods and services?

**Exhibit 6**
**-85-**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 66

1      A.  We trademarked the name Thunder Beast.

2      Q.  Any other marks that you use?

3      A.  No.

4      Q.  You use Fight Monsters on your labels?

5      A.  Correct.

6      Q.  Does Thunder Beast offer any services?

7      A.  If you consider delivering products to

8  clients, then I suppose the delivery service might

9  be involved; but other than that, no.

10     Q.  Have you ever used Unleash the Beast in

11  connection with Thunder Beast goods?

12     A.  No.

13     Q.  Are you sure?

14     A.  Yes.

15     Q.  Okay.  So what are the current products of

16  Thunder Beast?

17     A.  American Root Beer in 12-ounce form.  All

18  of them are in 12-ounce form.  Cream soda.  The

19  label is called American Cream Soda.  And then

20  there's the American Root Beer Texas Edition, also.

21          (Exhibit 49, American Root Beer Bottle,

22          marked for identification.)

**Exhibit 6**
**-86-**

Page 67

1      Q.  Okay.  So I've marked a bottle as

2   Exhibit 49.  Can you describe what the bottle is in

3   Exhibit 49?

4      A.  This is the American Root Beer.

5      Q.  If you could turn the label.

6      A.  (Indicating).

7      Q.  Is this your current product?

8      A.  Yes.

9      Q.  This is a current product of yours?

10     A.  Yes.

11     Q.  Okay.  So this label says, "Thunder Beast,

12  Drink Thunder, Fight Monsters," correct?

13     A.  Correct.

14     Q.  Okay.

15         (Exhibit 50, Appalachian Brewing Company's

16         rendition of American Root Beer bottle, marked

17         for identification.)

18     Q.  Okay.  I've marked as Exhibit 50 another

19  bottle.

20         Do you recognize that bottle?

21     A.  Yes.

22     Q.  What is Exhibit 50?

**Exhibit 6**
-87-

Page 68

1      A.   This is American Root Beer.  This is the

2   Appalachian Brewing Company's rendition that I

3   stopped producing when I switched to CSD Copackers.

4      Q.   Okay.  So Exhibit 49, the first bottle we

5   looked at --

6      A.   Yeah.

7      Q.   -- that's the current product?

8      A.   Correct.

9      Q.   Okay.  And that's been in production since

10   what time?

11      A.   Summer of 2018.

12      Q.   And since CSD has been producing Thunder

13   Beast root beer, it appears as the bottle in

14   Exhibit 49?

15      A.   Correct.

16      Q.   Okay.  So then you mentioned Exhibit 50

17   was the bottle that was produced by Appalachian?

18      A.   Yes.

19      Q.   So that was between around 2016 to '18 and

20   prior to CSD producing?

21      A.   Yes.

22      Q.   Okay.  So the label is slightly different,

Exhibit 6
-88-

Page 69

1    correct?

2        A.  Yes.

3        Q.  That label also says -- sorry -- it also

4    says, "Drink Thunder, Fight Monsters" above Thunder

5    Beast, correct?

6        A.  Yes.

7        Q.  Okay.  So the label appears slightly

8    different in terms of just the -- I guess the

9    curvature of the words "Fight Monster" and "Thunder

10   Beast."

11       A.  Right.

12       Q.  Is there any other difference within the

13   label?

14       A.  Yes.  The new product has a front and back

15   label and the old one just had one long one.  I

16   changed the colors and the font slightly, also,

17   and, you know, the size of the font and the size of

18   the label, obviously.  And then on the back of the

19   product, I added some new information.

20       Q.  Okay.  Was there a reason why you changed

21   the font?

22       A.  Yes.  I thought -- the font may be the

Exhibit 6
-89-

Page 70

1    same, I'm not sure.  I changed the color

2    specifically because I thought it was more readable

3    on this background with these colors.  I tried

4    to --

5        Q.  So how did you change the color?

6        A.  The red on American Root Beer is -- looks

7    a little bit more orange on the Appalachian Brewing

8    Company bottle, and it looks more red on the most

9    recent CSD Copackers bottle.  And the same for the

10   Thunder Beast name, it's a little bit darker red.

11       Q.  And when Appalachian was brewing your

12   product, you were also brewing some product as

13   well, right?

14       A.  Yes.

15       Q.  And you were using the same bottles as

16   Appalachian?

17       A.  The bottles were slightly different.

18   Appalachian provided their own bottles and I bought

19   my bottles from a bottle wholesaler.

20       Q.  Okay.  So in terms of the label, was the

21   label any different from Appalachian's label?

22       A.  I believe it was slightly different.  I

Exhibit 6
-90-

Page 71

1    have done a number of very minor renditions on my

2    labels over the last few years.  I believe I

3    shipped Appalachian a slightly separate batch of

4    labels than the ones that I used until I exhausted

5    my old inventory.

6        Q.  What were the differences in the labels?

7        A.  Originally, I believe the top half stayed

8    pretty much the same the entire time, and I think

9    the back did.  It was mostly the wording at the

10   bottom.

11        Originally, I believe it said Classic Root

12   Beer; for a while it said Fire Brewed Root Beer;

13   and then I changed it to American Root Beer.

14        And then the other change was I put Fight

15   Monsters on the label after Drink Thunder in two

16   thousand and -- I believe 2016.  And prior to that,

17   it only said Drink Thunder on the top over Thunder

18   Beast.

19        Q.  So when Appalachian produced your product,

20   did it always have the Fight Monsters on the label?

21        A.  I believe so.

22            (Exhibit 51, American Root Beer Texas

**Exhibit 6**
**-91-**

Page 72

1      Edition bottle, marked for identification.)

2      Q.  Okay.  I marked another bottle Exhibit 51.

3      A.  Thank you.

4      Q.  Do you recognize the bottle, Exhibit 51?

5      A.  Yes.

6      Q.  And what is that?

7      A.  This is the American Root Beer Texas

8   Edition bottle.

9      Q.  Is that currently in production?

10      A.  Yes.

11      Q.  And that's made by CSD?

12      A.  Correct.

13      Q.  Did Appalachian ever brew that product?

14      A.  No.

15      Q.  Did you ever brew that product?

16      A.  No.

17      Q.  So this has only been produced by App --

18   sorry, CSD?

19      A.  Correct.

20      Q.  So there was only one production run at

21   CSD, correct?

22      A.  Correct.

Exhibit 6
-92-

5/23/2019         Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 73

1     Q.  Okay.  So this would have been produced at

2     the same time as the other ones?

3     A.  Yes.

4     Q.  So what is Texas Edition Root Beer?

5     A.  Texas Edition Root Beer has a slightly

6     different flavor profile.  I would characterize my

7     primary root beer, the regular American Root Beer,

8     as a root beer with notes of maple and

9     butterscotch; and that recipe has slightly evolved,

10    but the flavor profile has remained the same.

11         And the Texas Edition has a flavor profile

12    of root beer with notes of coffee and caramel.

13    Q.  So then the front of the Texas Edition

14    product, Exhibit 51, that also says "Thunder Beast"

15    and then under that it says "Drink Thunder, Fight

16    Monsters," correct?

17    A.  Yes.

18    Q.  And that's just like your standard

19    American Root Beer?

20    A.  Yes.

21         (Exhibit 52, American Cream Soda bottle,

22         marked for identification.)

Exhibit 6
-93-

Page 74

1      Q.  Okay.  I've marked as Exhibit 52 another

2    bottle.

3          Do you recognize that?

4      A.  Yes.

5      Q.  And what is it that?

6      A.  This is the American Cream Soda product.

7      Q.  And you currently sell this product?

8      A.  Yes.

9      Q.  And that was produced by CSD?

10     A.  Yes.

11     Q.  And only CSD has produced that product?

12     A.  Yes.

13     Q.  Okay.  So on that label it also says

14   "Thunder Beast, Drink Thunder, Fight Monsters,"

15   correct?

16     A.  Yes.

17     Q.  Okay.  Has that cream soda label ever been

18   changed?

19     A.  No.  The cream soda and the Texas Edition

20   are new products I launched last summer with CSD

21   only in a single run.

22     Q.  Okay.  So they've always had the same

Exhibit 6
-94-

Page 75

1    label?

2         A.   Yes.

3         Q.   Front and back?

4         A.   Yes.

5         Q.   Okay.  So then other than the bottles that

6    were marked Exhibits 49, 50, 51, and 52, there are

7    no other current Thunder Beast products?

8         A.   I have some Thunder Beast syrup, which is

9    -- I believe it's nearing the end of its shelf life

10   and so I probably won't be selling it anymore, but

11   I'm not sure.

12        Q.   Does that syrup have a label on it?

13        A.   It has the same label as, I believe, the

14   old label that Appalachian has.  They were just

15   stuck on the bag and box syrup just to say what it

16   was.  I did not design a separate label for it.

17        Q.   Okay.  That has Fight Monsters on it, too,

18   right?

19        A.   Yes, it would.

20        Q.   Okay.  Does Thunder Beast sell any

21   apparel?

22        A.   Yes.  I sell T-shirts and tank tops.

Exhibit 6
-95-

Page 83

1    on the top with the stars and stripes, he also did

2    that.

3        Q.   The idea for Drink Thunder, Fight

4    Monsters, that was your idea?

5        A.   Yes.

6        Q.   The iteration before this label, there was

7    no Fight Monsters, correct?

8        A.   That's correct.

9        Q.   Okay.  What did it say?

10       A.   It was just Drink Thunder.  My slogan for

11   a long time was just Drink Thunder.

12       Q.   Okay.  Then you added Fight Monsters

13   later?

14       A.   That's correct.

15       Q.   And that was after the cancellation

16   proceedings brought by Monster?

17       A.   That's correct.

18       Q.   In 2016?

19       A.   Yes.  I added it, I believe, in 2016.

20           (Exhibit 54, TB181FED, marked for

21       identification.)

22       Q.   All right.  I marked as Exhibit 54 a

Exhibit 6
-96-

Page 98

1    Q.  So the image of Lincoln, is that some

2    stock image you took from anywhere?

3    A.  Yes.  And then I PhotoShopped it quite a

4    bit.

5    Q.  How did you PhotoShop it?

6    A.  It had a background in it and so I changed

7    the colors and got the background out and I may

8    have used some effects just to sharpen up the

9    image.

10    Q.  Did you modify the figure in any way?

11    A.  No.

12    Q.  So on what products have you used the mark

13    Fight Monsters?

14    A.  I've used that wording on my American Root

15    Beer, my American Root Beer Texas Edition and my

16    cream soda, American Cream Soda.

17    Q.  And those are each of the products we

18    looked at, the bottles we looked at today?

19    A.  Right.  So those four, the two different

20    variations of American Root Beer.  But yes, those

21    -- I believe those are the only products I've ever

22    used it on.

Exhibit 6
-97-

Page 194

1    Q.  Okay.  You mentioned it maybe a couple of

2    times already with respect to some other questions,

3    but I just wanted to get more directly to this line

4    of questioning, you added Fight Monsters to product

5    labels, correct?

6    A.  Yes.

7    Q.  Okay.  And the timing of that was after

8    January 22nd, 2016 when Monster initiated

9    cancellation proceedings, correct?

10   A.  Yes.

11   Q.  Okay.  So do you know the exact date that

12   your first product was sold that had Fight Monsters

13   on the label?

14   A.  I don't know the exact date.  I believe

15   the bottling run with the new labels with

16   Appalachian Brewing Company would have been in the

17   late summer or early fall of 2016.

18   Q.  Okay.  So then why did you decide to begin

19   using Fight Monsters?

20   A.  I thought that using Fight Monsters would

21   further my voice to achieve my new objectives with

22   Thunder Beast, which after receiving the bullying

Exhibit 6
-98-

Page 196

1   correct?

2       A.  It was less of a response and more of a

3   period of soul searching where I decided that I no

4   longer wanted my company to just be about making

5   really good craft soda.

6           I wanted it to be about inspiring and

7   helping people and making the world a better place,

8   which is why I announced that I was going to start

9   donating proceeds from all of my products to fight

10  monsters, which is why I started donating to like

11  anti-bullying organizations, anti-human trafficking

12  organizations.

13          This year the organization I'm going to be

14  donating to helps women who survive sexual assault

15  violence and provides them trauma therapy.

16          And I have very intentionally tried to

17  make my story visible and open so that other people

18  can feel a little bit of courage to charge into the

19  storm and face the monsters and the evil and hard

20  things that they come across.

21      Q.  So why did you pick the term "monster"?

22      A.  I think that the word "monster" most

**Exhibit 6**
**-99-**

Page 197

1    effectively encapsulates a shared experience that

2    most people have of facing something that is evil

3    and it is big and scary and hard and is primarily

4    based in fear.

5          It really resonates with me that many

6    children grow up in America hearing stories about

7    how there are monsters under the bed and there are

8    monsters hiding in the closet, and those kids

9    eventually grow up and realize that it was nothing

10   more than fear that they were afraid of.

11         And I believe that fear is one of the most

12   evil things in this world that is able to really

13   hold us back and keep us from achieving our dreams.

14   And if people can realize that they don't have to

15   be afraid anymore of the monsters and that they can

16   claim their stories boldly and in truth, then I

17   don't think that they will be held back anymore.

18       Q.  Why did you put Fight Monsters on the

19   product itself?

20       A.  I thought that was the most effective way

21   to get my message out, if it was front and center

22   to my labels, then when consumers saw it and they

**Exhibit 6**
**-100-**

Page 198

1  heard about my story, and they read that Thunder

2  Beast is getting bullied by this huge company, and

3  their response is to make it not about them, but to

4  make it about all the other people who are

5  struggling, I thought that would be the most

6  inspirational message that I could have.

7      Q.  So did you intend consumers to think of

8  Monster Energy when they saw Fight Monsters on the

9  label?

10     A.  No.  I did not want people to think about

11 Monster Energy directly, which is why I didn't say

12 Monster Energy or something more similar.  I

13 assumed that people would read my story and they

14 would hear about my bullying and think it's unfair,

15 but I would be happy if no one ever thinks of

16 Monster Energy ever again in connection with me,

17 and I would much rather them just see the monster

18 in whatever connotation that word has in their mind

19 from their life and their past experience, which I

20 think is just this kind of generic really evil

21 scary being, that that is what would inspire them.

22     Q.  But aren't you in fact trying to take

Exhibit 6
-101-

Page 210

1    to seek all the documents.

2          MS. BROWN:  You can preserve your right to

3    do whatever you'd like, Marko.

4          MR. ZORETIC:  Well, I usually do.

5          MS. BROWN:  I'm sure you do.

6      Q.  So when you started using Fight Monsters

7    on your product labels, you were aware of Monster

8    Energy and its marks and Monster Energy's use of

9    "beast" inclusive marks, such as Unleash the Beast,

10   right?

11     A.  Yes.

12     Q.  Okay.  So you added Fight Monsters to your

13   label despite knowing that, right?

14     A.  Yes.

15          (Exhibit 73, TB119FED, marked for

16      identification.)

17     Q.  All right.  I handed you a document marked

18   as Exhibit Number 73 with production number

19   TB119FED.

20          Do you recognize this document?

21     A.  Yes.

22     Q.  So this is an e-mail exchange between you

**Exhibit 6**
**-102-**

Page 253

1    anything to do with Monster Energy.  And I want to

2    take on things that I specifically say on the back

3    of my label, which are bullying and human

4    trafficking; I want to take on monsters like that

5    and I want to fight those monsters and inspire

6    people to fight those monsters.

7        Q.  Does the use of Fight Monsters on the

8    product label serve to compare Thunder Beast

9    products with any of Monster Energy's products?

10       A.  No, I don't want to compare my products

11   with Monster Energy.  I want to be as separate and

12   different from Monster Energy as possible.

13           MR. ZORETIC:  Okay.  We've been going for

14   a while.  Let's take a break.

15           THE VIDEOGRAPHER:  Time is 3:04.  Off the

16   record.

17           (Proceedings interrupted at 3:04 p.m. and

18       reconvened at 3:21 p.m.)

19           THE VIDEOGRAPHER:  Time is 3:21.  We're

20   back on the record.

21           (Exhibit 77, TB001FED- 015FED, marked for

22       identification.)

**Exhibit 6**
**-103-**

Page 286

1      identification.)

2      Q.  Okay.  I've marked as Exhibit Number 82 a

3   document with production number TB135FED.

4          Do you recognize this document?

5      A.  Yes, I do.

6      Q.  What is this?

7      A.  This is a flyer that I made for a couple

8   of events that I did in the last couple of years so

9   I could have a written sort of explanation of what

10   the Fight Monsters mission is all about.

11      Q.  So this would literally have been printed

12   out and handed out?

13      A.  I did not hand it out.  I had it framed on

14   my table at a booth so people could read it.

15      Q.  So as they approached your booth, it would

16   be there and they could read it?

17      A.  That's right.

18      Q.  Okay.  And where did you post this?

19      A.  This was at the South by Southwest

20   SouthBites Market in Austin, Texas in 2018 in the

21   spring.  I also had it in the fall of 2018 at the

22   D.C. State Fair.  And I may have done one or two

Exhibit 6
-104-

Page 287

1    other events with it in the past year.

2          I think there was a little event at a

3    barbecue place in Austin, Texas that I may have had

4    this and sold product, but I think that's the only

5    place.

6      Q.   Okay.   In the bottom you have, "We are

7    always looking for new partnerships and future

8    collaborations."

9          Do you see that?

10     A.   Yes.

11     Q.   What are you referring to there?

12     A.   One of the things I really enjoy doing is

13   partnering with other people or organizations to

14   further the mission of Fight Monsters, which is

15   taking on social injustice and encouraging people

16   to stand up against bullies and things that are

17   wrong.

18         And I am really hopeful that through my

19   stand, that I will just get more and more

20   individuals and organizations to network with me

21   who have a similar vision so we can work together

22   and collaborate together.

Exhibit 6
-105-

Page 357

1                        CERTIFICATE

2

3    Commonwealth of Massachusetts

     Suffolk, ss.

4

5         I, Dana Welch, Registered Professional

     Reporter, Certified Realtime Reporter and Notary

6    Public in and for the Commonwealth of

     Massachusetts, do hereby certify that STEPHEN

7    NORBERG, the witness whose deposition is

8    hereinbefore set forth, was duly sworn by me and

9    that such deposition is a true record of the

10   testimony given by the witness.

11        I further certify that I am neither related

12   to nor employed by any of the parties in or counsel

13   to this action, nor am I financially interested in

14   the outcome of this action.

15        In witness whereof, I have hereunto set my

16   hand and seal this 29th day of May 2019.

17

18

19   _____

20   Dana Welch

21   Notary Public

22   My commission expires:
     September 13, 2024

**Exhibit 6**
**-106-**