Page 1

```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA

_____
MONSTER ENERGY COMPANY,
a Delaware corporation,
         Plaintiff,           Case No.
 v.                           5:18-cv-01367-AB-AS
THUNDER BEAST LLC, a
District of Columbia
limited liability company,
and STEPHEN NORBERG,
an individual,
         Defendants.
_____


         VIDEO DEPOSITION of STEPHEN T. NORBERG
                  Boston, Massachusetts
            Friday, May 24, 2019 at 9:03 a.m.


Reported by:
Dana Welch, CSR, RPR, CRR, CRC


        Video deposition of STEPHEN T. NORBERG,
held at the offices of Barton Gilman, LLP, 160
Federal Street, Boston, Massachusetts 02110, before
Dana Welch, Certified Shorthand Reporter,
Registered Professional Reporter, Certified
Realtime Reporter and Notary Public of the
Commonwealth of Massachusetts.
_____
              DIGITAL EVIDENCE GROUP
           1730 M Street, NW, Suite 812
               Washington, D.C. 20036
                  (202) 232-0646
```

```
 1    APPEARANCES:

 2

 3    For the Plaintiff:

 4    KNOBBE MARTENS

 5    BY:  MARKO R. ZORETIC, ESQ.

 6    2040 Main Street, 14th Floor

 7    Irvine, CA  92614

 8    marko.zoretic@knobbe.com

 9

10    For the Defendant:

11    BARTON GILMAN LLP

12    BY:  EVE J. BROWN, ESQ.

13    10 Dorrance Street, Suite 800

14    Providence, RI  02903

15    ebrown@bglaw.com

16

17

18    Also Present:

19         Bob Giannini, Videographer

20         Amelia DeMelo (Summer Intern)

21

22
```

Page 4

1              P R O C E E D I N G S

2           THE VIDEOGRAPHER:  Good morning.  We are

3    on the record.  This is the videographer speaking,

4    Bob Giannini, with court reporter Dana Welch with

5    Digital Evidence Group.

6           Today's date is May 24, 2019, and the time

7    is 9:03 a.m.  We are here at the offices of Barton

8    Gilman, LLP, located at 160 Federal Street, Boston,

9    Massachusetts, to take the videotaped deposition of

10   Stephen Norberg in the matter of Monster Energy

11   Company versus Thunder Beast LLC, Case Number

12   5:18-cv-01367-AB-AS.

13           Will counsel please introduce themselves

14   for the record.

15           MR. ZORETIC:  Marko Zoretic of Knobbe

16   Martens, representing Monster Energy Company.

17           MS. BROWN:  Eve Brown of Barton Gilman,

18   representing Thunder Beast and Stephen Norberg.

19   And I have with me Amelia DeMelo, who is a legal

20   intern for Barton Gilman.

21           THE VIDEOGRAPHER:  Thank you.

22           Will the court reporter please swear in

1   the witness.

2                    STEPHEN NORBERG,

3        having been first duly sworn on oath,

4   was examined and testified as follows:

5                        EXAMINATION

6   BY MR. ZORETIC:

7        Q.   Good morning.

8        A.   Good morning.

9        Q.   Please state your full name for the

10  record.

11       A.   Stephen Timothy Norberg.

12       Q.   And yesterday you were deposed as a

13  30(b)(6) witness for Thunder Beast in this case,

14  correct?

15       A.   Yes.

16       Q.   Okay.  Did you talk to anyone after your

17  deposition yesterday?

18       A.   The question is did I talk to anybody

19  yesterday?

20       Q.   After your deposition.

21       A.   Yes.

22       Q.   Who did you talk to?

1        (Exhibit 97, TB503FED - 505FED, marked for
2    identification.)
3        Q.   I marked as Exhibit Number 97 a document
4    with production numbers TB503 through 505.
5             Do you recognize this document?
6        A.   Yes.
7        Q.   And what is this?
8        A.   This is a Thunder Beast product sheet.
9        Q.   Is this current?
10       A.   It still exists.
11       Q.   Is -- what do you mean by "it still
12   exists"?
13       A.   Because I see it, yes.
14       Q.   But what do you mean by that?
15       A.   So by "current," I haven't -- I'm not
16   quite sure what you mean.
17       Q.   Is this up-to-date and accurate?
18       A.   The information on here is accurate.
19       Q.   And up-to-date?
20       A.   Yes.
21       Q.   Okay.  So you call it a product sheet.
22   How is this available to anybody?

Page 58

1   A.   I don't think it's available unless I were
2   to send it to somebody or send them -- there may be
3   a link on my website, I don't remember, and if
4   there is, then I could send the link or an
5   attachment to somebody by e-mail.
6   Q.   Do you recall sending this to anybody?
7   A.   I have sent a product sheet to a number of
8   people.  I do not remember how many, if any, were
9   this one versus the one we discussed yesterday.
10  But it's possible that I used this one.
11  Q.   Okay.  So I see on the product sheet it
12  says -- it refers to "Their motto is Drink Thunder,
13  Fight Monsters."
14       Do you see that?
15  A.   Yes.
16  Q.   So when you're referring -- when you say
17  "their motto," you're referring to Thunder Beast's
18  motto?
19  A.   That's correct.
20  Q.   Okay.  So the motto is Drink Thunder,
21  Fight Monsters.  When did you first start using
22  that motto?

Page 59

1    A.   I don't remember the exact date.  It is
2    sometime in 2016 when I decided to make it my motto
3    and put it on the new labels.
4    Q.   And that motto also appears on your
5    website; is that right?
6    A.   That's correct.
7    Q.   Okay.  What's the difference between a
8    motto and a mark?
9    A.   I don't know the technical difference.
10   Q.   Do you -- do you have a difference in your
11   mind between a motto and a mark?
12   A.   In my mind, a mark would be a trademark,
13   something that would be trademarked legally,
14   whereas a motto is not necessarily something you
15   would trademark.  It's more of a slogan that might
16   be more interchangeable.  I think a mark is more
17   permanent.
18   Q.   So a motto can be a slogan?
19   A.   I think -- I think that a slogan could be
20   considered a motto, yes.
21   Q.   Do you consider this motto a slogan?
22   A.   Yes.

1               CERTIFICATE

Commonwealth of Massachusetts

2    Suffolk, ss.

3

4           I, Dana Welch, Registered Professional

Reporter, Certified Realtime Reporter and Notary

5    Public in and for the Commonwealth of

6    Massachusetts, do hereby certify that STEPHEN

7    NORBERG, the witness whose deposition is

8    hereinbefore set forth, was duly sworn by me and

9    that such deposition is a true record of the

10   testimony given by the witness.

11          I further certify that I am neither related

12   to nor employed by any of the parties in or counsel

13   to this action, nor am I financially interested in

14   the outcome of this action.

15          In witness whereof, I have hereunto set my

16   hand and seal this 29th day of May 2019.

17

18

19                    *Dana Welch* (signature)

20                    Dana Welch
21                    Notary Public
                      My commission expires:
22                    September 13, 2024