*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

| ESTTA Tracking number: | ESTTA722330 |
|---|---|
| Filing date: | 01/22/2016 |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| Name | Monster Energy Company | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | Delaware |
| Address | 1 Monster Way<br>Corona, CA 92879<br>UNITED STATES | | |

| Attorney information | Lynda Zadra-Symes, Jonathan Menkes<br>Knobbe Martens Olson & Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614<br>UNITED STATES<br>efiling@knobbe.com, francie.leonguerrero@knobbe.com Phone:949-760-0404 |
|---|---|

## Registration Subject to Cancellation

| Registration No | 4772758 | Registration date | 07/14/2015 |
|---|---|---|---|
| Registrant | Thunder Beast LLC<br>1110 Congress St NE<br>Washington, DC 20002<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| Class 032. First Use: 2012/04/09 First Use In Commerce: 2013/09/14<br>All goods and services in the class are cancelled, namely: Non-alcoholic beverages, namely, carbonated beverages |
|---|

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act section 2(d) |
|---|---|
| Other | Common law rights as asserted in the Petition for Cancellation |

## Marks Cited by Petitioner as Basis for Cancellation

| U.S. Registration No. | 2769364 | Application Date | 12/18/2002 |
|---|---|---|---|
| Registration Date | 09/30/2003 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE BEAST! | | |
| Design Mark | | | |
| Description of | NONE | | |

**Exhibit 8**
**-115-**

| Mark | |
|---|---|
| Goods/Services | Class 032. First use: First Use: 2002/04/16 First Use In Commerce: 2002/04/16 |
| | Fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs,[ aerated water, soda water and seltzer water ] |

| U.S. Registration No. | 4394044 | Application Date | 12/14/2010 |
|---|---|---|---|
| Registration Date | 08/27/2013 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE NITRO BEAST! | | |
| Design Mark | UNLEASH THE NITRO BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 032. First use: First Use: 2009/07/08 First Use In Commerce: 2009/07/08 | | |
| | Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients,proteins, amino acids and/or herbs; carbonated energy or sports drinks | | |

| U.S. Registration No. | 4336329 | Application Date | 11/03/2010 |
|---|---|---|---|
| Registration Date | 05/14/2013 | Foreign Priority Date | NONE |
| Word Mark | REHAB THE BEAST! | | |
| Design Mark | REHAB THE BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 030. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02 | | |
| | Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages | | |
| | Class 032. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02 | | |
| | Non-alcoholic beverages, namely, energydrinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, | | |

Exhibit 8
-116-

| | |
|---|---|
| | amino acids and/or herbs |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4292502 | Application Date | 02/15/2012 |
| Registration Date | 02/19/2013 | Foreign Priority Date | NONE |
| Word Mark | REHAB THE BEAST! WWW.MONSTERENERGY.COM | | |
| Design Mark | REHAB THE BEAST! WWW.MONSTERENERGY.COM | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 030. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02<br>Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages<br>Class 032. First use: First Use: 2011/03/02 First Use In Commerce: 2011/03/02<br>Non-alcoholic beverages, namely, energydrinks, sports drinks and fruit juice drinks, all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4371544 | Application Date | 11/19/2012 |
| Registration Date | 07/23/2013 | Foreign Priority Date | NONE |
| Word Mark | UNLEASH THE ULTRA BEAST! | | |
| Design Mark | UNLEASH THE ULTRA BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 032. First use: First Use: 2012/08/30 First Use In Commerce: 2012/08/30<br>Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients,proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4482659 | Application Date | 05/15/2013 |

Exhibit 8
-117-

| Registration Date | 02/11/2014 | Foreign Priority Date | NONE |
|---|---|---|---|
| Word Mark | PUMP UP THE BEAST! | | |
| Design Mark | PUMP UP THE BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 005. First use: First Use: 2013/03/18 First Use In Commerce: 2013/03/18 Nutritional supplements in liquid form;vitamin fortified beverages | | |

| U.S. Registration No. | 4482660 | Application Date | 05/15/2013 |
|---|---|---|---|
| Registration Date | 02/11/2014 | Foreign Priority Date | NONE |
| Word Mark | PUMP UP THE BEAST! | | |
| Design Mark | PUMP UP THE BEAST! | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 029. First use: First Use: 2013/03/18 First Use In Commerce: 2013/03/18 Dairy-based beverages; dairy-based energy shakes | | |

| Attachments | 85977331#TMSN.png( bytes )<br>85976727#TMSN.png( bytes )<br>85978208#TMSN.png( bytes )<br>85783008#TMSN.png( bytes )<br>85933255#TMSN.png( bytes )<br>85933264#TMSN.png( bytes )<br>2016-01-22-PETITION FOR CANCELLATION-HANBEV.4155N.pdf(80526 bytes )<br>EXHIBIT 01 REG NO 2769364.pdf(772901 bytes )<br>EXHIBIT 02 REG NO 4394044.pdf(868214 bytes )<br>EXHIBIT 03 REG NO 4336329.pdf(872235 bytes )<br>EXHIBIT 04 REG NO 4292502.pdf(871485 bytes )<br>EXHIBIT 05 REG NO 4371544.pdf(865124 bytes )<br>EXHIBIT 06 REG NO 4482659.pdf(855085 bytes ) |
|---|---|

Exhibit 8
-118-

|  | EXHIBIT 07 REG NO 4482660.pdf(853726 bytes ) |
|---|---|

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| Signature | /Lynda Zadra-Symes/ |
|---|---|
| Name | Lynda Zadra-Symes |
| Date | 01/22/2016 |

Exhibit 8
-119-

HANBEV.4155N                                                                                      TRADEMARK

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| MONSTER ENERGY COMPANY, | ) Cancellation No.: _____ |
| Petitioner, | ) Registration No.: 4,772,758 |
| v. | ) Mark: THUNDER BEAST |
| THUNDER BEAST, LLC, | ) |
| Respondent. | ) |

## PETITION FOR CANCELLATION

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA  22313-1451

Dear Sir:

Pursuant to Section 14(3) of the Trademark Act, 15 U.S.C. § 1064(3), and TBMP § 307, Petitioner, Monster Energy Company, a Delaware corporation, located and doing business at 1 Monster Way, Corona, California 92879, ("Petitioner"), believes that it has been and will continue to be damaged by the continued registration of the mark shown in U.S. Trademark Registration No. 4,772,758 (the "Subject Registration") for the mark THUNDER BEAST (the "Trademark") in International Class 32, registered by Thunder Beast LLC, a District of Columbia Limited Liability Company, located at 1110 Congress St NE, Washington, District Of Columbia 20002, ("Respondent") and hereby petitions to cancel the same.

As grounds for this Petition, it is alleged:

1.      Respondent obtained the Subject Registration for the mark THUNDER BEAST in connection with "Non-alcoholic beverages, namely, carbonated beverages" in International Class 32.  The Subject Registration issued July 14, 2015 and is based on an application filed in the United States Patent and Trademark Office ("PTO") on November 19, 2014.  The Respondent claims to have first used the mark shown in the Subject Registration at least as early as April 9, 2012 and to have first used the mark in interstate commerce at least as early as September 14, 2013.

2.      Since at least 2002, long before the filing date and the dates of first use listed in the Subject Registration, Petitioner has been, and still is, engaged in the development, marketing and sale of beverages bearing Petitioner's UNLEASH THE BEAST! mark and other BEAST inclusive marks in connection with its MONSTER ENERGY® line of beverages.

3.      Since the launch of Petitioner's MONSTER ENERGY® beverages in 2002, Petitioner has continuously used the UNLEASH THE BEAST! mark and/or related marks, including UNLEASH THE NITRO BEAST!, REHAB THE BEAST!, REHAB THE BEAST! WWW.MONSTERENERGY.COM, UNLEASH THE ULTRA BEAST!, and PUMP UP THE BEAST! (collectively, the "BEAST Marks") on almost all cans of its MONSTER™ line of beverages, including on Petitioner's original Monster Energy® and Lo-Carb Monster Energy® products, Petitioner's full line of Monster Rehab® drinks, Petitioner's full line of Monster Energy Extra Strength Nitrous Technology® drinks, Petitioner's full line of MUSCLE MONSTER® drinks, and Petitioner's Monster Energy® Zero Ultra drinks.

4.      Petitioner's BEAST Marks are the subject of substantial and continuous marketing and promotion by Petitioner in connection with its MONSTER™ line of beverages. Petitioner has and continues to widely market and promote its UNLEASH THE BEAST! mark in

the industry and to consumers by displaying the UNLEASH THE BEAST! mark on billions of cans; on promotional and point of sale materials; on product samplings, apparel and merchandise; in magazines and other industry publications; on the MONSTER ENERGY® website, the Monster Army website, and other Internet websites; at trade shows, concert tours and live events; and through sponsorship of athletes.

5. As a result, Petitioner's BEAST Marks have developed into well-known identifiers of Petitioner and its high-quality, premium energy beverages, as well as other items.

6. Petitioner is the owner of incontestable U.S. Trademark Registration 2,769,364 (the "'364 Registration") for the mark UNLEASH THE BEAST! for "Fruit juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs" in International Class 32, which registration issued September 30, 2003 and is based on an application filed in the PTO on December 18, 2002. The filing date of Opposer's '364 Registration is prior to the filing date of the Subject Registration. True and correct copies of the specifics of the '364 Registration obtained from the PTO's TSDR, TESS and Assignment databases are attached hereto as Exhibit 1 and made of record.

7. Petitioner is the owner of U.S. Trademark Registration No. 4,394,044 (the "'044 Registration") for the mark UNLEASH THE NITRO BEAST! for "Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs; carbonated energy or sports drinks" in International Class 32, which registration issued August 27, 2013 and is based on an application filed in the PTO on December 14, 2010. The filing date of Opposer's '044 Registration is prior to the filing date of the Subject Registration. True and correct copies of the specifics of the '044 Registration obtained from the PTO's TSDR and TESS databases are attached hereto as Exhibit 2 and made of record.

8. Petitioner is the owner of U.S. Trademark Registration No. 4,336,329 (the "'329 Registration") for the mark REHAB THE BEAST! for "Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and for "Non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks; all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32, which registration issued May 14, 2013 and is based on an application filed in the PTO on November 3, 2010. The filing date of Opposer's '329 Registration is prior to the filing date of the Subject Registration. True and correct copies of the specifics of Opposer's '329 Registration obtained from the PTO's TSDR and TESS databases are attached hereto as Exhibit 3 and made of record.

9. Petitioner is the owner of U.S. Trademark Registration No. 4,292,502 (the "'502 Registration") for the mark REHAB THE BEAST! WWW.MONSTERENERGY.COM for "Ready to drink tea, iced tea and tea based beverages; ready to drink flavored tea, iced tea and tea based beverages" in International Class 30 and for "Non-alcoholic beverages, namely, energy drinks, sports drinks and fruit juice drinks, all the foregoing enhanced with vitamins, minerals, nutrients, proteins, amino acids and/or herbs" in International Class 32, which registration issued February 19, 2013 and is based on an application filed in the PTO on February 15, 2012. The filing date of Opposer's '502 Registration is prior to the filing date of the Subject Registration. True and correct copies of the specifics of Opposer's '502 Registration obtained from the PTO's TSDR and TESS databases are attached hereto as Exhibit 4 and made of record.

10. Petitioner is the owner of U.S. Trademark Registration No. 4,371,544 (the "'544 Registration") for the mark UNLEASH THE ULTRA BEAST! for "Non-alcoholic beverages, namely, carbonated soft drinks; carbonated drinks enhanced with vitamins, minerals, nutrients,

proteins, amino acids and/or herbs; carbonated energy drinks and sports drinks" in International Class 32, which registration issued July 23, 2013 and is based on an application filed in the PTO on November 19, 2012.  The filing date of Opposer's '544 Registration is prior to the filing date of the Subject Registration.  True and correct copies of the specifics of Opposer's '544 Registration obtained from the PTO's TSDR and TESS databases are attached hereto as Exhibit 5 and made of record.

      11.    Petitioner is the owner of U.S. Trademark Registration No. 4,482,659 (the "'659 Registration") for the mark PUMP UP THE BEAST! for "Nutritional supplements in liquid form; vitamin fortified beverages" in International Class 5, which registration issued February 11, 2014 and is based on an application filed in the PTO on May 15, 2013.  The filing date of Opposer's '659 Registration is prior to the filing date of the Subject Registration.  True and correct copies of the specifics of Opposer's '659 Registration obtained from the PTO's TSDR and TESS databases are attached hereto as Exhibit 6 and made of record.

      12.    Petitioner is the owner of U.S. Trademark Registration No. 4,482,660 (the "'660 Registration") for the mark PUMP UP THE BEAST! for "Dairy-based beverages; dairy-based energy shakes" in International Class 29, which registration issued February 11, 2014 and is based on an application filed in the PTO on May 15, 2013.  The filing date of Opposer's '660 Registration is prior to the filing date of the Subject Registration.  True and correct copies of the specifics of Opposer's '660 Registration obtained from the PTO's TSDR and TESS databases are attached hereto as Exhibit 7 and made of record.

      13.    Petitioner's '364, '044, '329, '502, '544, '659, and '660 Registrations are valid, subsisting, unrevoked and uncancelled; as such they constitute *prima facie* evidence of (i) the validity of the registered marks and of the registrations thereof, (ii) Petitioner's ownership of the

**Exhibit 8**
**-124-**

marks shown therein and (iii) Petitioner's exclusive right to use the registered marks on the goods set forth in the registrations. Petitioner's registrations also constitute notice to Respondent of Petitioner's claim of ownership of the marks shown therein as provided in Sections 7(b), 22 and 33(a) of the Trademark Act.

14. Petitioner's '364 Registration is incontestable. As such, it constitutes conclusive evidence of the validity of the registered mark and of the registration of the mark, of Petitioner's ownership of its mark, and of Petitioner's exclusive right to use the registered mark in commerce as provided in Section 33 of the Lanham Act, 15 U.S.C. § 1115.

15. Since at least before the filing date of the Subject Registration, Petitioner has continuously used and promoted its UNLEASH THE BEAST!, UNLEASH THE NITRO BEAST!, REHAB THE BEAST!, REHAB THE BEAST! WWW.MONSTERENERGY.COM, UNLEASH THE ULTRA BEAST!, and PUMP UP THE BEAST! marks shown in its Registration Nos. '364, '044, '329, '502, '544, '659, and '660 Registrations in interstate commerce in connection with its goods. By virtue of Petitioner's continuous and substantial use, the BEAST Marks have become famous identifiers of Petitioner and its goods, and distinguish Petitioner's goods from the goods of others. As a result, Petitioner has built up, at great expense and effort, valuable goodwill in the BEAST Marks. In addition, Petitioner's BEAST Marks, or at the very least some of the BEAST Marks, were well established and famous long before Respondent filed its application for the THUNDER BEAST registration.

16. In addition to the protection afforded Petitioner by its federal trademark registrations, Petitioner has extensive common law rights in its BEAST Marks throughout the United States having sold billions of dollars worth of goods bearing Petitioner's BEAST Marks. Petitioner relies on its common law trademark rights in Petitioner's BEAST Marks.

**Exhibit 8**
**-125-**

17. Through Petitioner's extensive and continuous use of the BEAST Marks, the public has come to recognize use of the formative BEAST when applied to beverages, as a family of BEAST Marks uniquely associated with Petitioner. Petitioner has developed, at great effort and expense, exceedingly valuable goodwill with respect to the specific marks listed above, as well as for its entire family of BEAST Marks.

18. Respondent claims first use of the THUNDER BEAST mark as of April 16, 2012 and first use in commerce as of September 14, 2013. Petitioner's use of its BEAST Marks predates Respondent's filing date and claimed date of first use of the mark shown in the Subject Registration.

19. If the Subject Registration is permitted to remain on the Principal Register, Respondent's corresponding *prima facie* exclusive right to use the THUNDER BEAST mark in nationwide commerce will conflict with Petitioner's lawful and exclusive right to use its BEAST Marks nationwide.

20. Petitioner will be damaged by continued registration of Respondent's THUNDER BEAST mark in that the THUNDER BEAST mark is confusingly similar to Petitioner's BEAST Marks. Potential purchasers, upon seeing the distinctive formative BEAST in Respondent's THUNDER BEAST mark, are likely to mistakenly believe that such a term and the beverages offered thereunder originated with or are connected or associated with, or sponsored, licensed or approved by Petitioner. In addition, the goods covered by the Subject Registration are identical and/or related to Petitioner's goods in connection with which Petitioner uses its BEAST Marks throughout the United States. Thus, the registration and use by Respondent of the THUNDER BEAST mark in connection with Respondent's goods for all channels of trade is likely to cause

confusion, or to cause mistake or to deceive within the meaning of Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

21. In view of Petitioner's prior rights in BEAST Marks, Respondent is not entitled to maintain its registration for the THUNDER BEAST mark pursuant to Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

WHEREFORE, Petitioner prays that the within Petition be granted and U.S. Registration No. 4,772,758 be canceled in its entirety.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 22, 2016          By: /Lynda J. Zadra-Symes/
　　　　　　　　　　　　　　　　　　Steven J. Nataupsky
　　　　　　　　　　　　　　　　　　Lynda Zadra-Symes
　　　　　　　　　　　　　　　　　　Jonathan A. Menkes
　　　　　　　　　　　　　　　　　　2040 Main Street, Fourteenth Floor
　　　　　　　　　　　　　　　　　　Irvine, CA 92614
　　　　　　　　　　　　　　　　　　(949) 760-0404
　　　　　　　　　　　　　　　　　　efiling@knobbe.com
　　　　　　　　　　　　　　　　　　Attorneys for Petitioner,
　　　　　　　　　　　　　　　　　　MONSTER ENERGY COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that I served copies of the foregoing **PETITION FOR CANCELLATION** upon Registrant by depositing copies thereof in the United States Mail, first-class postage prepaid, on January 22, 2016, addressed as follows:

>Stephen Norberg
>Thunder Beast LLC
>1110 Congress St NE
>Washington, DC 20002

Signature: _[signature]_

Name: Francisca C. Leon Guerrero

Date: January 22, 2016

22501033
011916