IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THUNDER BEAST, LLC, and ) <br> STEPHEN NORBERG, ) <br> Defendants. ) <br> ) | Case No: 5:18-cv-01367-AB-AS |

**RESPONSES TO MONSTER ENERGY COMPANY'S
SECOND SET OF REQUESTS FOR ADMISSIONS (NOS. 17-25)**

Defendants Thunder Beast, LLC and Stephen Norberg ("Defendants") hereby responds to Plaintiff Monster Energy Company ("Plaintiff")'s Second Requests for Admission. These responses are based upon information and records presently available to Defendants. As discovery is ongoing, Defendants reserves their right to supplement these responses as necessary.

**GENERAL OBJECTIONS**

The following general objections are incorporated by reference into each and every response set forth below and are not waived with respect to any response.

1. Defendants object to Plaintiff's definitions to the extent they exceed the requirements of, or purport to create obligations greater than, those imposed by the Federal Rules of Civil Procedure.

2. Defendants object to the extent that any Request seeks information protected from disclosure by the attorney-client privilege, the work-product doctrine, or any other applicable privilege, immunity, or other limitation on discovery.

3. Defendants object to the extent that any Request seeks information not relevant to this proceeding or not reasonably calculated to the lead to the discovery of admissible evidence.

4. Defendants object to the extent that any Request seeks information not in Defendants' possession, custody, or control.

5. Defendants object to the extent that any Request is overbroad, lacks reasonable specificity, or seeks information that would be unduly burdensome for Defendants to provide.

## REQUESTS FOR ADMISSIONS AND RESPONSES

**REQUEST FOR ADMISSION NO. 17:**

Admit that Stephen Norberg is, and has always been, Thunder Beast, LLC's sole employee.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 18:**

Admit that Stephen Norberg is, and has always been, Thunder Beast, LLC's sole owner.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 19:**

Admit that Stephen Norberg is, and has always been, Thunder Beast, LLC's sole operator.

**RESPONSE:**

Admitted.

**REQUEST FOR ADMISSION NO. 20:**

Admit that Stephen Norberg is, and has always been, Thunder Beast, LLC's sole member.

**RESPONSE:**

Admitted.

**Exhibit 10**
**-137-**

**REQUEST FOR ADMISSION NO. 21:**

Admit that Stephen Norberg authorized and authorizes all activities of Thunder Beast, LLC.

**RESPONSE:**

Admitted that Stephen Norberg authorized and authorizes all activities of Thunder Beast, LLC in his capacity as its founder and owner. Denied to the extent that this Request implies any individual or personal action on the part of Mr. Norberg.

**REQUEST FOR ADMISSION NO. 22:**

Admit that Stephen Norberg directed and directs all activities of Thunder Beast, LLC.

**RESPONSE:**

Admitted that Stephen Norberg directed and directs all activities of Thunder Beast, LLC in his capacity as its founder and owner. Denied to the extent that this Request implies any individual or personal action on the part of Mr. Norberg. Also denied to the extent that "directed and directs" has any legal definition, meaning, or import.

**REQUEST FOR ADMISSION NO. 23:**

Admit that Stephen Norberg participated in and participates in all activities of Thunder Beast, LLC.

**RESPONSE:**

Admitted that Stephen Norberg participated in and participates in all activities of Thunder Beast, LLC in his capacity as its founder and owner. Denied to the extent that this Request implies any individual or personal action on the part of Mr. Norberg.

**REQUEST FOR ADMISSION NO. 24:**

Admit that Stephen Norberg filed the articles of incorporation for Thunder Beast, LLC in the District of Columbia.

**RESPONSE:**

Denied.

**REQUEST FOR ADMISSION NO. 25:**

Admit that Stephen Norberg is Thunder Beast, LLC's founder.

**RESPONSE:**

Admitted.

## VERIFICATION

The foregoing Responses are based on a diligent and reasonable effort by me to obtain information currently available.  I reserve the right to make changes in or additions to any of these answers if it appears at any time that errors or omissions have been made or if more accurate or complete information becomes available.  Subject to these limitations, these Responses are true to the best of my present knowledge, information, and belief.  **Subscribed and sworn to under the pains and penalties of perjury.**

Dated: April 26, 2019

/Stephen Norberg/
_____
Stephen Norberg, individually and
on Behalf of THUNDER BEAST, LLC
DEFENDANTS

As to objections:

/Eve J. Brown/_____
Eve J. Brown

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel for Plaintiff this 26th day of April, 2019.

/Eve J. Brown/
Eve J. Brown