## Created on 2019/07/26 17:03 GMT

## Strategy

|  |  |
|---|---|
| **Your Reference** | 2019/07/25 |
| **Selected Databases** | 2 |
| | **Trademark Databases (2);** |
| | **North America (1);** U.S. Federal; |
| | International (IR) trademarks with protection in selected countries/regions ONLY; |
| **Criteria** | **Options:** *Active Only: on , Plurals: off , Phonetics: off , Cross References: off* |
| | Q1 :   66578   -   International Classes : **32** |
| | Q2 :   1179   -   Trademark : **MONSTER** |
| | Q3 :   84   -   Trademark : **MONSTER**, International Classes : **32** |
| | Q9 :   63   -   **q3**, Goods : **soft adj drinks**, (Trademark : MONSTER, International Classes : 32), Goods : soft adj drinks |
| | Q10 :   2754091   -   Status : **registered** |
| | Q11 :   701219   -   Status : **renewed** |
| | Q12 :   2754091   -   Status : **registered or renewed** |
| | Q13 :   38   -   **q9**, Status : **registered or renewed**, ((Trademark : MONSTER, International Classes : 32), Goods : soft adj drinks), Status : registered or renewed |
| | Q14 :   7052   -   Goods : **soda\*** |
| | Q15 :   63   -   Trademark : **q3**, Goods : **soda\* or soft adj drinks**, Trademark : (Trademark : MONSTER, International Classes : 32), Goods : soda\* or soft adj drinks |
| | Q16 :   38   -   **q15**, Status : **registered or renewed**, (Trademark : (Trademark : MONSTER, International Classes : 32), Goods : soda\* or soft adj drinks), Status : registered or renewed |
| **Search Date** | 2019/07/26 17:00 GMT |
| | © 2019 CompuMark - All rights reserved. |

## Hits Overview

| Hit No. | Query | Trademark | Database | Status | International Class(es) | Owner Name |
|---|---|---|---|---|---|---|
| US-1 | Q16 | MONSTER DRAGON TEA | U.S. Federal | REGISTERED | 30 32 | MONSTER ENERGY COMPANY |
| US-2 | Q16 | MONSTER MULE | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-3 | Q16 | MONSTER MAXX NITROUS TECHNOLOGY | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-4 | Q16 | MONSTER MAXX | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-5 | Q16 | ESPRESSO MONSTER | U.S. Federal | REGISTERED | 30 32 | MONSTER ENERGY COMPANY |
| US-6 | Q16 | MONSTER HYDRO | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-7 | Q16 | MONSTER ENERGY ULTRA VIOLET | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-8 | Q16 | KHAOS M JUICE MONSTER | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-9 | Q16 | MONSTER GHOST | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-10 | Q16 | M MONSTER ENERGY ZERO ULTRA | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-11 | Q16 | M MONSTER ASSAULT ENERGY | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-12 | Q16 | M MONSTER REHAB | U.S. Federal | REGISTERED | 5 30 32 | MONSTER ENERGY COMPANY |
| US-13 | Q16 | M MONSTER REHAB | U.S. Federal | REGISTERED | 5 30 32 | MONSTER ENERGY COMPANY |
| US-14 | Q16 | M MONSTER REHAB | U.S. Federal | REGISTERED | 5 30 32 | MONSTER ENERGY COMPANY |
| US-15 | Q16 | M MONSTER REHAB | U.S. Federal | REGISTERED | 5 30 32 | MONSTER ENERGY COMPANY |
| US-16 | Q16 | M JAVA MONSTER | U.S. Federal | REGISTERED | 5 30 32 | MONSTER ENERGY COMPANY |
| US-17 | Q16 | M LO-CARB MONSTER ENERGY | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-18 | Q16 | M MONSTER ENERGY | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-19 | Q16 | M MONSTER ENERGY ULTRA BLUE | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-20 | Q16 | M MONSTER ENERGY ULTRA SUNRISE | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-21 | Q16 | M MONSTER ENERGY ULTRA RED | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-22 | Q16 | MONSTER ENERGY ABSOLUTELY ZERO | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-23 | Q16 | MONSTER ENERGY ZERO ULTRA | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-24 | Q16 | MONSTER ENERGY ULTRA | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-25 | Q16 | MONSTER ENERGY | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |

|       |     | ULTRA CITRON |             |                         |      |                        |
|-------|-----|--------------|-------------|-------------------------|------|------------------------|
| US-26 | Q16 | MONSTER ENERGY UNLEADED | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-27 | Q16 | MONSTER ENERGY ULTRA BLACK | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-28 | Q16 | PUNCH MONSTER | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-29 | Q16 | MONSTER ENERGY ULTRA RED | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-30 | Q16 | MONSTER ENERGY ULTRA BLUE | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-31 | Q16 | MONSTER UNLEADED | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-32 | Q16 | LOCA MOCA JAVA MONSTER | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-33 | Q16 | MONSTER ENERGY EXTRA STRENGTH NITROUS TECHNOLOGY | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-34 | Q16 | MUSCLE MONSTER | U.S. Federal | REGISTERED | 5 32 | MONSTER ENERGY COMPANY |
| US-35 | Q16 | JAVA MONSTER | U.S. Federal | REGISTERED | 32 | MONSTER ENERGY COMPANY |
| US-36 | Q16 | M MONSTER ENERGY | U.S. Federal | RENEWED (REGISTERED) | 32 | MONSTER ENERGY COMPANY |
| US-37 | Q16 | M MONSTER ENERGY | U.S. Federal | RENEWED (REGISTERED) | 32 | MONSTER ENERGY COMPANY |
| US-38 | Q16 | MONSTER ENERGY | U.S. Federal | RENEWED (REGISTERED) | 32 | MONSTER ENERGY COMPANY |