

Case 5:18-cv-01367-AB-AS   Document 55-12   Filed 07/26/19   Page 2 of 2   Page ID #:3259

