



☐ World Superbike

☐ Super Bike

NO LET-UP AS REA DOUBLES UP AGAIN

BROOKES ON COURSE FOR BSB GLORY

NEWS 3 DAYS AGO

NEWS 3 DAYS AGO

☐ #MonsterGirlMondays

☐ Speedway

MONSTER GIRL MONDAY - WEEK 41

TAI WOFFINDEN WINS TITLE #2

NEWS 3 DAYS AGO

NEWS 4 DAYS AGO

MORE POSTS ☐

☐ BACK TO TOP

| 12 Oct | **MONSTER OUTBREAK TOUR** Mercy Lounge - Nashville, TN |
| --- | --- |

☐ Details

| 13 Oct | **MONSTER OUTBREAK TOUR** The Daisy Theatre - Memphis, TN |
| --- | --- |

☐ Details

Expand

VIEW CHANNEL

FOLLOW ☐

TWITTER

RT @jonathanrea:   Just launched the 2016 Ninja ZX-10R in Barcelona. Follow all on #ninjagetcloser http://t.co/gslOcKXkWK





## Timeline Photos

Back to Album · Monster Energy's Photos · Monster Energy's Page                          Previous · Next



 **Monster Energy**
The moment of truth...

**Conor McGregor** is ready to **#UnleashTheBeast** as he steps into the **UFC** Octagon for **#UFC189**!

July 11

Album: **Timeline Photos**
Shared with: 🌐 Public

Open Photo Viewer
Download
Embed Post

👍 Miguel A. Elias, Xavier Gallegos, Pepe Sandoval and 1,045 others like this.                                  Most Relevant ▾

↪ 19 shares

**Gabe Chagolla** Darrell Montague from Millennia Mma tommorow
July 11 at 10:16pm

**Romulo C. Garcêz** Aldo the best!
👍 1 · July 13 at 4:25pm

**Ew Tal du Polis** ei connor leva uma surra tao grande do aldo ki vai so fazer filme c us comedia de holywood
July 14 at 6:51am

**Arthur Grimaux** Tu est amoureux de quelqu'un ?
1donne un bizoux à ta main gauche
2dite le nom de votre amoureux... See More
July 13 at 2:46pm

**Sebastian Hamdam** Mc Gregor was awesome last night!
July 12 at 8:45am

**J-pred Simo** 0659197766
July 12 at 6:36pm

**Frank Lucas** That tiger is roaring
July 12 at 1:38am

**John Martin** https://www.youtube.com/watch?v=A5Nf6UG3xug

