

**Exhibit 49**
**-152-**



**Exhibit 49**
**-153-**

Case 5:18-cv-01367-AB-AS Document 55-14 Filed 07/26/19 Page 3 of 3 Page ID #:3268



Exhibit 49
-154-