

Exhibit 50
-155-



Exhibit 50
-156-



**Exhibit 50**
**-157-**