

Exhibit 51
-158-



**Exhibit 51**
**-159-**



Exhibit 51
-160-