

Exhibit 52
-161-



**Exhibit 52**
**-162-**



Exhibit 52
-163-