# #FightMonsters

Thunder Beast makes very delicious root beer. We're not going to pretend like that's not part of this. But our **real mission** and true purpose is far greater than just crafting tasty drinks.

## Thunder Beast exists because we want to make our world a better place.

While we are all about chasing dreams and living passionately, our primary objective is to take a stand against the monsters out there oppressing and destroying the good things in life.

Everyone has a monster that they must overcome. For some it's a bully at school or work. For others, it's dealing with sexual harassment or discrimination in everyday life. And for far, far too many that monster is human trafficking.

There are more monsters and injustices in this world than we can count, but we are taking a stand. We are going to take them on, face them down, and fight it out to the end!

Join Thunder Beast in our mission: **Drink Thunder. Fight Monsters!**

# We Donate 10%

*Thunder Beast donates 10% of profits to causes that Fight Monsters, and we are always looking for new partnerships and future collaborations.*



TB135FED

Exhibit 82
-164-