# Thunder Beast Product Information

Thunder Beast is a craft soda company that makes delicious beverages and fights to make the world a better place. Their motto is ***"Drink Thunder. Fight Monsters!"*** and they donate 10% of profits to organizations that take on the real monsters of society like bullying and human trafficking.



### *American Root Beer*

A creamy and complex root beer sweetened with pure cane sugar and honey featuring notes of maple and butterscotch with some light botanicals on the finish.

### Ingredients:

*No artificial flavors, no corn syrup, and no preservatives*

Carbonated water, cane sugar, honey, maltodextrin, natural flavors, citric acid, gum arabic, yucca extract

# Packaging

*12 fl oz in amber glass bottle*
- *Twist off American flag cap*
- *24 bottles per case*
- *60 cases per pallet*

*UPC: 852667735548*

### Contact:

**Stephen Norberg**
Stephen@drinkthunderbeast.com
202.670.0065
*www.drinkthunderbeast.com*





**Thunder Beast LLC**   www.drinkthunderbeast.com   Drink Thunder. Fight Monsters!

TB503FED

Exhibit 97
-165-

# Thunder Beast Product Information

Thunder Beast is a craft soda company that makes delicious beverages and fights to make the world a better place. Their motto is *"Drink Thunder. Fight Monsters!"* and they donate 10% of profits to organizations that take on the real monsters of society like bullying and human trafficking.



## *Texas Root Beer*

With a flavor as big as the state that inspired it, this root beer has caramel tones and hints of cinnamon and honey

### Ingredients:
*No artificial flavors, no corn syrup, and no preservatives*

Carbonated water, cane sugar, honey, maltodextrin, natural flavors, citric acid, gum arabic, yucca extract

# Packaging

*12 fl oz in amber glass bottle*
- *Twist off American flag cap*
- *24 bottles per case*
- *60 cases per pallet*

*UPC: 680034745124*

# Contact:

**Stephen Norberg**
Stephen@drinkthunderbeast.com
202.670.0065
*www.drinkthunderbeast.com*



---

**Thunder Beast LLC**    www.drinkthunderbeast.com    Drink Thunder. Fight Monsters!    TB504FED

Exhibit 97
-166-

# Thunder Beast Product Information

Thunder Beast is a craft soda company that makes delicious beverages and fights to make the world a better place. Their motto is **"Drink Thunder. Fight Monsters!"** and they donate 10% of profits to organizations that take on the real monsters of society like bullying and human trafficking.



## *American Cream Soda*

This creamy delight takes you on a journey that starts strong with the rich taste of 100% natural vanilla and ends with an intriguing whisper of coconut

### Ingredients:

*No artificial flavors, no corn syrup, and no preservatives*

Carbonated water, cane sugar, natural flavors, citric acid

# Packaging

*12 fl oz in amber glass bottle*
- *Twist off American flag cap*
- *24 bottles per case*
- *60 cases per pallet*

*UPC: 680034745148*

# Contact

**Stephen Norberg**
Stephen@drinkthunderbeast.com
202.670.0065
www.drinkthunderbeast.com



**Thunder Beast LLC**   www.drinkthunderbeast.com   Drink Thunder. Fight Monsters!   TB505FED

Exhibit 97
-167-