Eve J. Brown (SBN 247051)
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, Rhode Island 02903
(401) 273-7171
ebrown@bglaw.com

ATTORNEY FOR DEFENDANTS

# IN THE UNITED STATES DISTRIT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>THUNDER BEAST, LLC and<br>STEPHEN NORBERG,<br><br>　　　Defendants. | Case No.: 5:18-cv-01367-AB-AS<br><br>**DEFENDANT STEPHEN NORBERG'S DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' FAIR USE DEFENSE**<br><br>Date: August 30, 2019<br>Time: 10:00 a.m.<br>Courtroom: 7B<br><br>Hon. André Birotte Jr. |

I, Stephen Norberg, declare and state as follows:

1. I am the sole owner and operator of Thunder Beast, LLC.

2. I have personal knowledge of the matters set forth herein, and if I am called upon to testify, I could testify competently thereto.

3. I added the call to action "FIGHT MONSTERS" to my website in March 2016 and to my labels in November 2016, while fighting a public battle against Monster Energy Company for my company name.

4. My legal battle against Monster Energy Company has received national attention and has shown that the issue of bullying is of great public concern and interest.

5. I have become widely recognized as a small business owner standing up to a challenge brought by Monster Energy Company, a mega corporation with resources much greater than my own.

6. I adopted the "FIGHT MONSTERS" slogan when I decided to make my own struggle to defend my brand about something much bigger than myself. I hoped that "FIGHT MONSTERS" would inspire and help other people who had heard the story of Thunder Beast versus Monster Energy, and who were facing their own adversity from powerful people and seemingly impossible situations.

7. I truly believe that the Thunder Beast story of one man with a root beer dream standing up for justice against Monster Energy Company — a vast

corporation worth billions of dollars — will empower other people to be able to face their own fears and take a stand against bullies. As I wrote on my website, "This isn't about root beer. This is about fighting for truth and justice. This is about inspiring others to chase their dreams and not to be afraid of the bullies standing in the way. This is about knowing there are very real monsters in this world oppressing and hurting people, and if we do nothing to fight them, then who will?"

8. The "MONSTERS" in my "FIGHT MONSTERS" slogan began as a reference to Monster Energy Company, and has grown into a broad movement to provide funding, education, resources, and support to those facing their own "monsters." While the largest of my personal "monsters" was the Plaintiff Monster Energy Company, others face "monsters" including sexual assault, cancer, discrimination, racism, mental illness, and countless other hurdles.

9. "FIGHT MONSTERS" is a show of solidarity and support meant to encourage and inspire others to stand up to whatever monster they face. Since choosing to be open about my struggles, I have been contacted by people from around the world telling me I'm an inspiration to them. Individuals and small businesses from Australia, the U.K., and all across the United States have expressed to me their appreciation for my encouragement because they were also sued by plaintiff Monster Energy Company in similarly aggressive manners. Those other defendants have been able to find hope in my story.

10. My use of "FIGHT MONSTERS" is explicitly intended to bring attention to the issue caused when powerful people choose to bully those they deem weaker than themselves. Each time someone tells me that the Thunder Beast story is an inspiration to them, I'm reminded of why I am fighting monsters. Because by boldly telling my story about fighting Monster Energy Company, I may be able to inspire children to intervene at school to prevent the bullying of their classmates, or perhaps co-workers will speak out against racism in the work place, or hopefully survivors of sexual violence will find the courage to tell their story and refuse to be defined by the abusive actions of others.

11. "FIGHT MONSTERS" has ultimately become a larger campaign against social injustice, which directly results from the exploitation of power. This is why I donate 10% of Thunder Beast profits to causes that fight monsters of all types, thus far including human trafficking, child abuse, sexual assault, and animal abuse.

12. Today, bullying in all its ugly forms is one of the most destructive forces for youth, and sexual violence is without a doubt one of the most evil and unconsciouably actions pervading society. My wife is the founder of Louder Than Silence, an organization that helps survivors of sexual violence. She has also led a number of support groups for women who have survived sexual violence. The name Louder Than Silence comes from the idea that sharing their own story is one

of the most powerful things survivors can do on their road to recovery and reclaiming their life from the fear and horror they faced.

13. I firmly believe that by telling my story and sharing my "FIGHT MONSTERS" slogan I am helping victims of all kinds find the power to tell their own story, the courage to keep moving forward, and the fearlessness to chase their dreams.

14. The word "FIGHT" in "FIGHT MONSTERS" indicates my extreme opposition to monsters of injustice, and to clearly show I am in no way similar to or affiliated with any kind of monster that bullies people, including Monster Energy Company. In the same way the United Nations has adopted the "Fight Racism" slogan because the U.N. opposes and seeks to end racism, so Thunder Beast is using the "FIGHT MONSTERS" slogan to oppose injustice. And I chose the word "MONSTERS" as the plural form of the noun "MONSTER" because this world is filled with a vast array of monsters that come in many different shapes and sizes. And although the word "MONSTERS" means something different to each person in light of their own personal struggles and fears, I believe that if we stand together we actually can overcome the bullies and injustice in our world.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 9, 2019                                By: /Stephen Norberg/