# Exhibit A





The Application for New Beverage Showdown 18 This December in Santa Monica is Open -- Apply to ...

# In the Courtroom: Craft Root Beer Maker Battles Monster

**Martín Caballero** | Apr. 4, 2017 at 3:35 pm

    

**23** SHARES

**BEAST MEETS MONSTER**

A story in *The Washingtonian* chronicles how a Washington, D.C.-based craft root beer brand is turning the tables on Monster Beverage Corp. after the energy drink giant accused them of trademark violations.





Thunder Beast, which offers root beer in classic and seasonal varieties, as well as a ginger beer, operates from the TasteLab food incubator in northeast Washington, D.C. According to the article, published March 28, the company received a cease and desist letter from Monster Beverage roughly a year ago objecting to Thunder Beast's use of the word "beast" in its name.

**EXHIBIT A   PAGE 13**

While Monster prepared for trial, its lawyers let slip that they didn't have a case, and finally presented Thunder Beast founder Stephen Norberg with reasonable settlement terms.

Yet in a surprise move, Norberg rejected the settlement on moral grounds, telling *The Washingtonian* he is eager to have his day in court.

"I wanted to publicly defend so that when other small businesses get harassed by Monster Energy, they will be able to research this issue and see that they have a history of doing this and that it's possible and fairly easy for the underdog to stand up to these big corporate bullies and defeat them if you're in the right," he said.

Thunder Beast is raising money for legal fees associated with the case on its website, which contains a description of the case framing it as the story of an upstart entrepreneur who invested his life savings into his company being squeezed by a "known fat cat corporation" and "corporate bully." In a particularly effusive passage, the litigation is described as "a showdown of epic proportions between two mythical creatures locked in a vicious struggle to claim ultimate beverage supremacy."

**COCONUT WATER OR "COCONUT" WATER?**

Unique Beverage Company, makers of Cascade Ice sparkling waters, is facing class action litigation over allegations its coconut flavored sparkling water is deceiving to consumers.

According to a lawsuit filed in U.S. District Court in Washington in March, Vicky Silva, a consumer in Oregon, claims she was tricked into buying the brand's coconut flavored sparkling water when the product did not actually contain any coconut. Silva filed the complaint on behalf of all others similarly situated.

When Silva e-mailed Unique Beverage with her complaint, the company responded that its sparkling water are flavored with "all natural fruit essences."

The complaint alleges that Unique Beverage featured the word "coconut" and images of coconuts on the product's label when it contained "no coconut, no coconut water, no coconut juice, no coconut pulp, no coconut jelly, no coconut natural flavor, has no coconut health qualities, and does not taste like coconut."

Attorneys are asking the court to file an injunction requiring Unique Beverage to change the labels on its coconut sparkling waters to clearly indicate that the beverage does not contain coconut, as well as monetary damages for Silva and restitution for anyone in Oregon who purchased the coconut flavor Cascade Ice in the past year.

| COMPANIES | UNIQUE BEVERAGE COMPANY, LLC |
|---|---|

Company:
Unique Beverage Company, LLC

No description provided.

# A Tiny DC Soda Company Is Taking on Monster Energy

**washingtonian.com**/2017/03/28/tiny-dc-soda-company-taking-monster-energy/

By Julie Strupp

March 28, 2017



Photo credit: Thunder Beast

Thunder Beast, a small DC root beer company, is fighting trademark violation allegations from California-based Monster Energy Corporation. About a year ago, Thunder Beast, which operates out of the TasteLab food incubator in Northeast, received a cease-and-desist letter from Monster over the use of the word "beast" in the company name.

In its letter, Monster argued customers might accidentally buy one of Thunder Beast's bison-emblazoned beverages when they intended to buy an energy drink. Monster claims Thunder Beast infringes on its brand, which includes trademarked slogans such as "PUMP UP THE BEAST" and "UNLEASH THE ULTRA BEAST," its petition for cancellation reads.

"I did some research and found out [Monster] is a corporate bully when it comes to small businesses and trademarks, so I hired an attorney who had dealt with them before," says Thunder Beast founder **Stephen Norberg**. "For a long time we did this dance where they would suggest fairly ridiculous terms. For example, they wanted me to agree that we would never use the color green again in any capacity."

Monster initially insisted on going to trial, until its attorneys let slip that they'd finally looked at the Thunder Beast website and realized it didn't commit copyright infringement. The lawyers proposed a settlement, but Norberg turned it down.

"At the end of this I'd already spent so much time and money and done so much discovery work … that when they finally got around to giving me a settlement offer that was reasonable I decided to reject it," says Norberg. "I wanted to publicly defend so that when other small businesses get harassed by Monster Energy, they will be able to research this issue and see that they have a history of doing this and that it's possible and fairly easy for the underdog to stand up to these big corporate bullies and defeat them if you're in the right."

Trademarkia, an online patent- and trademark-filing service, called Monster Energy the biggest trademark bully of 2014, when it objected to 60 trademark applications by other companies. Larger firms have more marks to defend than smaller businesses, so it follows they would likely file more oppositions.

Monster Energy did not respond to a request for comment on its suit with Thunder Beast. Many of the companies who settled other cases with Monster Energy also signed nondisclosure agreements.

Still, a small-batch beverage company can be easily outmatched by a corporation that sells its products around the world. Thunder Beast is raising money for legal fees on its website, advertising their struggle with funny graphics and proclaiming, "Forget being the underdog. We're going full #UnderThunder."

"I really want to make it the DNA of my company to fight monsters, which is something I'm putting on all my new labels: Fight Monsters," Norberg says. "I think that's something that resonates with every human being, and it's something I want to use my company to inspire people to do."

2/3

**EXHIBIT A   PAGE 16**

Monster Energy Attempts To Run From Laughable Trademark Spat It Started With Thunder Beast Root Beer | Techdirt



Follow Techdirt

Techdirt Gear

COPYING IS NOT THEFT — T-SHIRTS, HOODIES, MUGS & MUCH MORE FROM TECHDIRT — SHOP NOW

Advertisement

PODCAST ▶ Techdirt – Public Interest Tech, With Bruce Schneier    SOUNDCLOUD

« Pennsylvania Court Says Bloggers Protected By Journalist...    EU Plans To Weaken Encrypted Communications Despite ... »

# Monster Energy Attempts To Run From Laughable Trademark Spat It Started With Thunder Beast Root Beer



Trademark

from the *monster-hunting* dept
Thu, Mar 30th 2017 4:35pm — Timothy Geigner

Readers here will hear the name "Monster Energy Corporation", makers of the Monster Energy beverage, and likely immediately roll their collective eyes. Monster Energy has truly been a monster when it comes to trademark bullying over some of the most frivolous claims imaginable. From threats against breweries over location-based puns, to threats against beverage review sites it doesn't like, and even threats against an actor that featured in a *monster movie* over a photo he tweeted holding a Monster Energy drink, the company is something of a joke in trademark circles.

Which hasn't kept the company from continuing its bullying ways, of course. The latest version of its efforts concerns a startup root beer company in DC that dared to use the word "beast" in its name, with Monster Energy asserting that beast is too close to monster and oh my god why is this universe such a silly, silly place?

> Thunder Beast, a small DC root beer company, is fighting trademark violation allegations from California-based Monster Energy Corporation. About a year ago, Thunder Beast, which operates out of the TasteLab food incubator in Northeast, received a cease-and-desist letter from Monster over the use of the word "beast" in the company name.
>
> In its letter, Monster argued customers might accidentally buy one of Thunder Beast's bison-emblazoned beverages when they intended to buy an energy drink. Monster claims Thunder Beast infringes on its brand, which includes trademarked slogans such as "PUMP UP THE BEAST" and "UNLEASH THE ULTRA BEAST," its petition for cancellation reads.

Whereas many small companies might turn tail, Thunder Beast founder Stephen Norberg did his research and discovered that Monster Energy was a trademark bully of the silliest order. Instead of giving in, he hired a lawyer and decided to fight back. Monster didn't sue the company for infringement in federal court, but rather went to the US Patent & Trademark Office's Trademark Trial and Appeal Board (TTAB) seeking to get Thunder Beast's own trademark cancelled. Monster initially insisted it wanted a TTAB trial over all of this, but more recently said that looking at Thunder Beast's website showed that there was nothing about which to be concerned (seems a bit late to realize that). After stating that, Monster's lawyers reportedly *then* offered a settlement. Which doesn't make any sense, so Norberg's lawyer declined.

> "At the end of this I'd already spent so much time and money and done so much discovery work … that when they finally got around to giving me a settlement offer that was reasonable I decided to reject it," says Norberg. "I wanted to publicly defend so that when other small businesses get harassed by Monster Energy, they will be able to research this issue and see that they have a history of doing this and that it's possible and fairly easy for the underdog to stand up to these big corporate bullies and defeat them if you're in the right."

Oops. More than that, Norberg is using the company website to put all of this in front of its customers, to take donations for its legal defense fund, and to attempt to turn this whole ordeal into a positive by framing his business as one that "fights monsters." It's all actually fairly clever.

> Thunder Beast is raising money for legal fees on its website, advertising their struggle with funny graphics and proclaiming, "Forget being the underdog. We're going full #UnderThunder."
>
> "I really want to make it the DNA of my company to fight monsters, which is something I'm putting on all my new labels: Fight Monsters," Norberg says. "I think that's something that resonates with every human being, and it's something I want to use my company to inspire people to do."

Report this ad  |  Hide Techdirt ads

Essential Reading

Hot Topics

5.5   Elsevier Says It's Infringing To Link To Sci-Hub; Hypocrite Elsevier Links To Sci-Hub All The Time

5.4   Reaping What They Sowed: Recording Industry Now Quite Upset About Copyright Run Amok

5.2   White House Once Again Circulating A Draft Executive Order On Social Media Bias

New To Techdirt?

*Explore some core concepts:*

Saying You Can't Compete With Free Is Saying You Can't Compete Period

If Intellectual Property Is Neither Intellectual, Nor Property, What Is It?

How Being More Open, Human And Awesome Can Save Anyone Worried About Making Money In Entertainment

read all »

Techdirt Deals



9 COURSE BUNDLE    BUY NOW

It's the saga of many bullies: threats are made, the bully gets punched in the nose, then proceeds to run away. We'll see just how far Monster Energy elects to run from Thunder Beast, but if it's already proposing lenient settlements and even those aren't being accepted, a hasty retreat might be the best move.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

To print the document, click the "Original Document" link to open the original PDF. At this time it is not possible to print the document with annotations.

The Complete Learn to Code Master Class Bundle

Report this ad   |   Hide Techdirt ads

**Techdirt Insider Chat**

https://www.documentcloud.org/documents/6190005-
PALANTIR-Guide.html

https://mobile.twitter.com/VirtueSecurity/status/11511(

https://imgur.com/gallery/9Y8WLBf

**Jeffrey Nonken**:
https://www.theregister.co.uk/2019/07/19/slow_intern

**Mark Harrill**: as an AHL season ticket holder, I never ever thought I'd see the AHL mentioned here, thanks for writing up that debacle it was entertaining

**Dark Helmet**: Heh, that one was fairly fun to write up, actually

**BentFranklin**: More good work by Barrett Brown
https://www.counterpunch.org/2019/07/24/this-
london-firm-helps-the-wealthy-hide-assets-or-steal-
them-luckily-we-have-15-years-of-their-client-
communications/

Join the Insider Chat

**Advertisement**

Which would you cl

With Amazon     With V

$52     $

'prices found on 1/21

wikibuy.

Report this ad   |   Hide Techdirt ads

**Recent Stories**

**Friday**

09:41   Reaping What They Sowed: Recording Industry Now Quite Upset About Copyright Run Amok (13)

06:37   White House Once Again Circulating A Draft Executive Order On Social Media Bias (46)

03:33   AT&T Employees Took Bribes To Plant Malware On Company's Network (5)

**Thursday**

20:02   Consumer Reports Finds Numerous Home Routers Lack Even Basic Security Protections (18)

16:11   Oops: Japan Anti-Piracy Proposals Probably Violate Its Constitution (12)

14:14   NYPD, Prosecutors Illegally Using Expunged Criminal Records To Perform Investigations, Ask For Longer Sentences (17)

12:16   Ring Is Teaching Cops How To Obtain Doorbell Camera Footage Without A Warrant (5)

10:44   Elsevier Says It's Infringing To Link To Sci-Hub; Hypocrite Elsevier Links To Sci-Hub All The Time (25)

10:39   Daily Deal: The Complete Raspberry Pi & Alexa A-Z Bundle (1)

09:35   North Carolina Court Says Retaliatory Arrests For Protected Speech Are Cool And Legal (14)

More

Filed Under: **beast**, **monster**, **trademark**, **ttab**
Companies: **monster energy**, **thunder beast**

19 Comments | Leave a Comment



**Advertisement**

**EXHIBIT A   PAGE 18**

The lawsuit against Techdirt **has finally been settled.**

**Your contribution helps us recover from this legal battle.**

Donate to the **Techdirt Survival Fund**　$ ☐ 　 **DONATE**

Donations help us continue our reporting on First Amendment issues. Learn more about the Techdirt Survival Fund at
**fund.techdirt.com**

FEATURED VIDEOS

HUAWEI'S MARKET MOMENTUM
1Q 2019 global smartphone shipments
70.8M
59.1M
Samsung    Huawei    Apple    Oppo    Xiaomi
SOURCE: IHS MARKIT
Bloomberg

**Apple vs. Huawei: Who Is Winning the…**
Jul.29 -- Jun Zhang, managing director of Rosenblatt
Securities, discusses how Huawei Technologies Co….

Report this ad  |  Hide Techdirt ads

If you liked this post, you may also be interested in…

- Liverpool FC Also Apparently Attempted To Trademark Widely Used Chant By Football Fans
- The World's Most Ridiculous Trademark Dispute Is Now Over: Yosemite Gets Its Names Back
- Fans, Indie Soccer Clubs Slam Liverpool FC For Trying To Trademark 'Liverpool'
- Monster Energy Loses Trademark Opposition As UK IPO Mentions That The Letter 'M' Isn't Distinctive
- Monster Energy Loses Appeal On Monsta Pizza Trademark Ruling

## Reader Comments

View by: Time | Thread　　　　　　　　　　　　Subscribe: RSS

 **That Anonymous Coward** (profile), *30 Mar 2017 @ 5:01pm* 

If only attempts to abuse your Trademark could result in you losing it.
One does wonder if companies would be so eager to pay lawyers that promise them total control over everything, when the result could be losing the mark. It might even kill off some of the parasitic lawyers out there who file what they know are pointless lawsuits just to get paid. It would work better than the alleged oversight from inside the system.

[ reply to this | link to this | view in chronology ]

 **Roger Strong** (profile), *30 Mar 2017 @ 8:30pm* 

**Re:**

> *If only attempts to abuse your Trademark could result in you losing it.*

The test for that "abuse" is in losing the lawsuit. Think of what happens next.

Corporations (they're people too!) would demand equal treatment. Anyone suing them and losing is by definition abusing the legal system and subject to punishment beyond just the legal fees.

Corporations already have the upper hand through much larger legal funds. This would tip the balance further in their favor.

[ reply to this | link to this | view in chronology ]

 **TechDescartes** (profile), *30 Mar 2017 @ 5:05pm* 

**All-You-Can-Pay Justice Buffet**

Unfortunately, the question is not how much justice you deserve. It's how much can you afford? Good for him standing up to Monster.

[ reply to this | link to this | view in chronology ]

 **TechDescartes** (profile), *31 Mar 2017 @ 1:24pm* 

**Re: All-You-Can-Pay Justice Buffet**

BTW, Monster isn't proceeding on the basis of its "MONSTER" marks but on the basis of any entirely separate set of trademarks relating to the word "BEAST," as shown in the documents at the bottom of the post.

The only likelihood of confusion I see in this story is Tim's objection over "Monster Energy asserting **that beast is too close to monster** and oh my god why is this universe such a silly, silly place?" Might want to fix that.

[ reply to this | link to this | view in chronology ]

**EXHIBIT A   PAGE 19**

Case 5:18-cv-01867-AB-AS   Document 62-1   Filed 08/23/19   Page 9 of 21   Page ID #: 3411



**Anonymous Coward**, *30 Mar 2017 @ 5:31pm*

Remember people: Think before you sue.

[ reply to this | link to this | view in chronology ]

**orbitalinsertion** (profile), *30 Mar 2017 @ 7:42pm*

And Monster (Cable, etc.) didn't imagine a trademark violation? Color me shocked. Someone might confuse a beastly root beer with some overpriced braided wire.

Oh, but Monster (Power) has already been down that road with Monster Energy (Hansen/Monster Beverage). No go again? Awww.

[ reply to this | link to this | view in chronology ]

**Bergman** (profile), *31 Mar 2017 @ 12:59am*

**Re:**

Given how Monster Energy™ tastes, I could totally see customer confusion of their product with Monster Cable™.

[ reply to this | link to this | view in chronology ]

**orbitalinsertion** (profile), *31 Mar 2017 @ 5:27am*

**Re: Re:**

I have no idea, but it certainly seems like that "drink" could be a petrochemical resin precursor. Good point.

[ reply to this | link to this | view in chronology ]

**Avatar28** (profile), *31 Mar 2017 @ 5:52am*

**Re: Re:**

Well, yeah, they're both made of crap so it makes sense they would taste similar.

[ reply to this | link to this | view in chronology ]

**Anonymous Coward**, *31 Mar 2017 @ 4:19am*

**Re:**

And what about Monster Fishkeepers, an online forum for people who keep big aquarium fish?

[ reply to this | link to this | view in chronology ]

**orbitalinsertion** (profile), *31 Mar 2017 @ 5:40am*

**Re: Re:**

What? Bastards! You are so sued. I wanted to buy a drink and ended up lost in a forum full of nothing but fishwater. Damn this confusion.

[ reply to this | link to this | view in chronology ]

**Anonymous Coward**, *4 Apr 2017 @ 2:19pm*

**Re: Re:**

And Monstera deliciosa. They'd better sue that plant!!!!

[ reply to this | link to this | view in chronology ]

**Anonymous Coward**, *30 Mar 2017 @ 8:10pm*

Sad thing is unless Monster Energy truly does run with its tail between its legs so bad they pay up to make it go away, Thunder Beast is not going to see any of its costs for fighting this egregious bully recouped.

[ reply to this | link to this | view in chronology ]

**EXHIBIT A   PAGE 20**

8/9/2019                    Monster Energy Attempts To Run Laughable Trademark Spat It Started With Thunder Beast Root Beer | ... 

Case 5:18-cv-01367-AB-AS   Document 62-1   Filed 08/23/19   Page 10 of 21   Page ID #:3412



**Narcissus** (profile), *31 Mar 2017 @ 2:57am*

**Reason to buy?**

Perhaps Thunder Beast could release a special limited edition of their beverage and sell it at a high price to add to their defense fund.

I suggest they call it "Beast beats monster!"

[ reply to this | link to this | view in chronology ]

**Roger Strong** (profile), *31 Mar 2017 @ 5:58am*

A couple years ago Triple Crown hopeful American Pharoah signed a deal with Monster worth over $7 million. Perhaps that was the "Beast" connection that Monster wanted to protect.

(If the horse didn't win the Triple Crown, it had a back-up deal with Arby's.)

[ reply to this | link to this | view in chronology ]

**JustMe** (profile), *31 Mar 2017 @ 8:39am*

**Donated!**

[ reply to this | link to this | view in chronology ]

Anonymous Coward, *31 Mar 2017 @ 12:36pm*

**Hot story, sis.**

Or at least it's not cool and you're not my "bro".

[ reply to this | link to this | view in chronology ]

Anonymous Coward, *31 Mar 2017 @ 3:00pm*

Shouldn't we be more concerned about the poisonous illegal crap that a certain drinks company MONSTROUSLY added to their black and green cans and tried to pretend never happened?

Or the bright green carcinogenic colorants they use despite it being banned (bribery plays a big part here)

[ reply to this | link to this | view in chronology ]

Anonymous Coward, *31 Mar 2017 @ 3:02pm*

Still as long as they don't use the phrase 'MONSTROUSLY carcinogenic', thunder beast should be OK.

or possibly 'release the diabetes monster'

or 'My children's teeth are MONSTROUSLY rotted due to poisonous green water candy'

[ reply to this | link to this | view in chronology ]

**Add Your Comment**

Have a Techdirt Account? Sign in now. Want one? Register here

name

email

☐ Subscribe to the Techdirt Daily newsletter

url

subject

comment

Comment Options:

- ⦿ Use markdown. ⦾ Use plain text.
- Remember name/email/url (set a cookie) ☐

**EXHIBIT A   PAGE 21**

Submit    Preview

« Pennsylvania Court Says Bloggers Protected By Journalist... ⚏ EU Plans To Weaken Encrypted Communications Despite ... »



**Tools & Services**
Twitter
Facebook
RSS
Podcast
Research & Reports

**Company**
About Us
Advertising Policies
Privacy

**Contact**
Help & Feedback
Media Kit
Sponsor/Advertise
Submit a Story

**More**
Copia Institute
Insider Shop
Support Techdirt

Brought to you by Floor64

EXHIBIT A   PAGE 22

# Monster Energy Tries To Crush Small Business Brewery In DC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**dailycaller.com**/2016/03/12/monster-energy-tries-to-crush-small-business-brewery-in-dc/

Business



REUTERS/Sam Mircovich

- 
- 

- 

- _____

Steve Birr Vice Reporter
March 12, 2016 4:47 PM ET
Energy drink company Monster Energy is
suing a Washington, D.C.-based craft soda
brewery over trademark infringement in a
case the defendant says exposes the
corporation as a bully.

Thunder Beast, a root beer brewery owned and operated by D.C. resident Stephen Norberg,
is in a legal battle with Monster Energy over claims the craft brewery's trademark
encroaches on Monster's ownership of the word "beast." Monster Energy, known for the

**EXHIBIT A   PAGE 23**

1/3

slogan "Unleash the Beast," alleges Norberg's brand is too similar and might confuse shoppers looking for a Monster product.

"Monster Energy Co. is notorious for harassing small businesses with aggressive legal action that is nearly impossible to fight against because it is so expensive and time consuming," Norberg told The Daily Caller News Foundation. "The actions of bullies are frequently mean and unnecessary, which is what I consider the practice of attacking significantly more small businesses than anyone else over alleged trademark infringement."

The massive energy drink company is a regular aggressor in trademark suits, going after 50 businesses in similar cases since 2012, according to Norberg's lawyer Eve Brown. A Montana-based energy drink producer even preemptively sought a declaratory judgement that their Victory Energy LLC did not infringe on Monster Energy trademarks in 2014, after receiving a cease and desist letter from Monster. Victory Energy also referred to the national company as a "trademark bully" in legal documents, reports Law 360.

Norberg's Thunder Beast brand is not even in the energy drink business. The craft soda he brews out of a small location tucked between a dry cleaner and take-out food restaurant contains no caffeine or other popular energy ingredients. Norberg, a Harvard graduate, said he simply brews homemade root beer, the product of a childhood love affair with the beverage.

Thunder Beast, which Norberg operates by brewing, filling and personally distributing bottles to area restaurants and stores, does not have the resources to defend itself from a corporate behemoth like Monster, Norberg told TheDCNF. He sees Monster's lawsuit as a stretch that attempts to link his trademark with theirs in an effort to destroy his company, as Norberg said it has done to countless others.

TheDCNF reached out to the law firm representing Monster Energy, Knobbe Martens Olson & Bear LLP, for comment, but did not receive a response at the time of publication.

"Petitioner [Monster Energy] will be damaged by continued registration of Respondent's THUNDER BEAST mark in that the THUNDER BEAST mark is confusingly similar to Petitioner's BEAST Marks," Monster Energy's filing with the U.S. Patent and Trademark Office stated. "Potential purchasers, upon seeing the distinctive formative BEAST in Respondent's THUNDER BEAST mark, are likely to mistakenly believe that such a term and the beverages offered thereunder originated with or are connected or associated with, or sponsored, licensed or approved by Petitioner [Monster Energy]."

Norberg is fighting back with a public relations push he and his lawyer hope will bring attention to Monster Energy's actions. Norberg contracted Brown, who's law firm Bricolage Law, advocates for small businesses in trademark disputes that would otherwise not be able to afford defense. Brown explains that unlike in civil court, where aggressive legal actions

**EXHIBIT A   PAGE 24**

can be sanctioned, no such defense exists in trademark proceedings — small businesses are often left destroyed unless they have potentially hundreds of thousands of dollars in defense funds.

"The bottom line here is that Monster Energy Company has a long history of trying to block small and resource-strapped ventures from entering the market through what I see as the wrongful use of legal proceedings," Brown told TheDCNF. "We are hoping that, by enabling more challenged ventures to fight back, the practice of 'trademark bullying' that has gone unchecked for so long will become less and less attractive to the bullies, and allow more startups and entrepreneurs to thrive."

Norberg is hopeful that he can fight the lawsuit and grow the reach of his brand. The alleged infringement on Monster's "Unleash the Beast" trademark is, in his opinion, a weak argument that will not stand the test of public scrutiny.

"Thunder Beast is a craft beverage obsession," Norberg told TheDCNF. "We enjoy creating complex and intriguing products to delight consumers who are weary of the generic offerings of huge brands that use cheap and boring ingredients. Thunder Beast is an experience, not just something to drink."

_Follow Steve on Twitter_

Content created by The Daily Caller News Foundation is available without charge to any eligible news publisher that can provide a large audience. For licensing opportunities of our original content, please contact licensing@dailycallernewsfoundation.org.

**EXHIBIT A   PAGE 25**

# Monster Energy: The World's Biggest Bully When It Comes to Small Businesses

**energydrinkslawsuit.com**/monster-energy-worlds-biggest-bully/

Evan Allgood

March 23, 2016



Over the past several years, the Monster Beverage Corporation (formerly Hansen's Natural) has grown into a juggernaut, accumulating $2.72 billion in revenue and a market cap of $27.3 billion. Unfortunately, like a lot of powerful entities, Monster is also a merciless bully— one that bankrupts and squeezes out small businesses at every turn.

**EXHIBIT A   PAGE 27**

<u>Fight Back</u>

Monster now faces an antitrust lawsuit in California after allegedly influencing brokers not to work with its competition. The Hip Hop Beverage Corp., which produces Pit Bull Energy drinks, says that in 2013, its "master broker" Mid Valley Products cut ties with Hip Hop under pressure from Monster.

According to Hip Hop, its sales on military bases were picking up, and Monster felt threatened. (<u>Energy drinks are extremely popular among military personnel.</u>) When Hip Hop tried to go through another broker, Reese Group, Monster allegedly leaned on them as well. Reese also terminated its contract with Hip Hop.

The suit argues, "Monster's actions with Mid Valley and Reese Group evidence a pattern of conduct intended to keep competitors out of the military resale market—by not allowing competitors access through the normal supply channels."

Sadly, <u>this type of behavior is par for the course for Monster</u>.

## World's Biggest Bully for Past Two Years

The underhanded tactics alleged by Hip Hop would not be out of character for Monster, which was America's biggest trademark bully in 2015 (according to Trademarkia) and <u>2014</u>.

In just the past few months, Monster has gone after at least a dozen small businesses over

trademark infringement. Victims include the Monster Leadership Alliance, which produces books on leadership; Ice Monster, which sells flavored ice products to restaurants and cafes; and Baker Mills, which makes Kodiak Cakes bakery and pancake mixes under the slogan "Unleash Your Inner Bear."

**EXHIBIT A   PAGE 28**

Over the last four years, Monster has sued at least 50 small businesses (see a full list here) —and they don't appear to be stopping anytime soon.



## Monster Sues Brewery, Aquarium Website

Earlier this month, Monster sued Thunder Beast, a Washington, D.C.-based craft soda brewery, seeking to cancel Thunder Beast's existing "Thunder Beast" trademark.

Monster claims that Thunder Beast's use of the word "beast" would confuse consumers looking for Monster, whose slogan is "Unleash the Beast." Thunder Beast is a dark, caffeine-free root beer. Its colors are black, white, and red, and its slogan is "Drink Thunder."

 

Thunder Beast owner Stephen Norberg told *The Daily Caller News Foundation*, "Monster Energy Co. is notorious for harassing small businesses with aggressive legal action that is nearly impossible to fight against because it is so expensive and time consuming."

But Norberg's representation, Bricolage Law Firm, recently beat Monster in a similar case: last month, the U.S. Trademark Trial and Appeal Board ruled that businessman Li-Wei Chih was allowed to register the brand name MonsterFishKeepers.com for use on apparel. (Monster had claimed it owned a family of trademarks using the word "Monster.")

MonsterFishKeepers.com is a tropical aquarium website.

## Thunder Beast Suit Evokes Rock Art

Thunder Beast isn't the first craft brewer Monster has tried to run out of town. In 2009, Monster sued a small Vermont beer brewer called Rock Art, sending a cease-and-desist letter demanding that they stop selling their "Vermonster" beer. The public rallied around Rock Art, and in 2009 they reached an agreement with Monster allowing them to use the name on beer but not energy drinks. (Rock Art has never produced, sold, or had any other affiliation with energy drinks.)

Rock Art owner Matt Nadeau was happy with the outcome, but also called for trademark reform. "I understand big corporations have built their businesses," he said, "but the small guy needs to be able to fight a reasonable battle."



## No Stranger to Litigation

For all its bullying of others, Monster Energy has faced several high-profile—and much more serious—lawsuits of its own, most notably stemming from the deaths of two teenagers, Anais Fournier and Alex Morris.

Fourteen-year-old Anais Fournier suffered cardiac arrest and died in 2011 after drinking two 24-ounce Monsters in a 24-hour period. Shortly thereafter, her family filed a wrongful death suit against Monster for failing to warn consumers about its drinks' potential hazards. In 2013, the family of 19-year-old Alex Morris filed a similar suit.

In May 2013, the city attorney of San Francisco, Dennis Herrera, sued Monster Energy for targeting children in its marketing, calling it "the industry's worst offender."

Hold Them Accountable

Two years later, Monster reached confidential (and likely sizable) settlements with the Morrises and with the wife of Shane Felts, a 42-year-old Kansas City man who died in 2014 after drinking a can of Monster a day for just two weeks. (The wrongful death suit filed on

**EXHIBIT A   PAGE 31**

behalf of Anais Fournier was scheduled to go to trial in August 2015, but there has been no word on its outcome, so this suit too has presumably ended in settlement.)

Earlier this year, Morgan & Morgan joined forces with Maryland attorney Kevin I. Goldberg, who represented the Fournier family and other energy drink victims. We have already filed 13 lawsuits against Monster, and are now investigating claims for more than 100 people who have suffered significant injuries after consuming energy drinks.

We have gone up against one of the most infamous bullies in history, Big Tobacco, winning $90 million in settlements. This makes Morgan & Morgan the perfect firm to stand up to the new bully on the block: Monster.

**EXHIBIT A   PAGE 32**