# Exhibit B



EXHIBIT B   PAGE 34

**THUNDER BEAST**     Home     Epic Battle     Story     Fight     Order



[ OVERVIEW ]   [ CONTENDERS ]   [ TIMELINE ]   [ MONSTERS ]

## EPIC TRADEMARK BATTLE

Thunder Beast has been locked in an absurd legal battle with the billionaire bullies of Monster Energy Co. (MEC) for over 3 years now. MEC is notorious in the trademark world for starting more trademark disputes than any other US company over the last few years. They've filed over 1,000 claims since 2010.

**"Monster Energy has truly been a monster when it comes to trademark bullying over some of the most frivolous claims imaginable"** -Techdirt.com 3/30/2017

MEC has demonstrated a repeated pattern of bullying small businesses into changing their names and giving up their brands. There are hundreds of examples. The few small businesses willing and able to hire expensive legal representation are frequently silenced because MEC tends to offer to drop the case or "settle" in exchange for a Non-Disclosure Agreement that effectively silences the victims.



But not Thunder Beast. Thunder Beast has steadfastly stood their ground refusing to yield despite the settlement offers and absurd legal shenanigans. Thunder Beast is closing in on winning 2 major victories in 2019 to set powerful precedents to stop MEC from so easily bullying small businesses.

The actual lawsuit is laughable: MEC is claiming the Thunder Beast brand is so confusingly similar to their own that customers have been buying Thunder Beast root beer willy-nilly thinking it's somehow a Monster Energy product. And not only that, but MEC is claiming that Thunder Beast is dishonest, unfair, fraudulent, malicious, and oppressive!

In response to the lawsuit, Thunder Beast immediately released new labels with the slogan, "Are you afraid of monsters, or are monsters afraid of you?"

## WHY DOES THIS EVEN MATTER?

This isn't about root beer. This is about fighting for truth and justice. This is about inspiring others to chase their dreams, and to not be afraid of the bullies standing in the way. This is about knowing there are very real monsters in this world oppressing and hurting people, and if we do nothing to fight them, then who will?

Since our decision to fight back, we've received messages from many other small businesses who are also being bullied by MEC including a children's book author, car part manufacturers, a softball bat company, a mobile pizza stand in the UK, a chef promoting healthy living for kids, several beverages companies, and others. And we're fighting back for all of us.

We believe true success is sticking to your principles no matter the cost, and that the only way to overcome the bullies and injustice in this world is to be willing to face them head on. Thunder Beast is risking everything in this fight. And when we win, we know we'll be helping others. We're in it for that sweet taste of justice, and because bullying is NEVER okay.

Then what? The next step is winning our lawsuit, but that's not all. Our end game is establishing legal precedents so that other victims can fight back, getting some of the laws changed to prevent trademark bullying, and to help establish a non-profit to resource and protect other small businesses. And, of course, to make the most badass root beer the world has ever seen!

## WE'RE GOING TO LEAVE THIS WORLD A LITTLE SWEETER AND A LITTLE BETTER THAN WE FOUND IT

Read MEC's **lawsuit** in its laughable entirety, as MEC desperately begs the court to make Thunder Beast stop "oppressing" them!

Read Thunder Beast's epic **counterclaim** seeking truth and justice, and holding MEC accountable for their actions.



#ThunderFunder legal defense fund!

DONATE     SIGN UP

$8,305                              $50,000

Contributions: 68                   Total Raised: $8,305

| Home | Our Epic Battle | Ingredients |
| Order | Fight Monsters | Wholesale |
| Locations | Story | Privacy Policy |

**THUNDER BEAST**     Home     Epic Battle     Story     Fight     Order



**OVERVIEW**     **CONTENDERS**     **TIMELINE**     **MONSTERS**

## ARE YOU AFRAID OF MONSTERS?

Legend has it that the Thunder Beast (the American bison, which is the national mammal of the United States of America) is the *only* animal known to charge aggressively into storms. All the other animals flee from thunderstorms in fear and run in the opposite direction. Thunder Beasts are known for taking challenges head on and *never* EVER backing down.

Thunder Beasts are intrepid. They do not give up. They never surrender. They hurl themselves headlong into danger.



Common folklore says that MONSTERS are best known for hiding under beds and in closets so they can scare small defenseless children during the night. They prey on the weak. They attack the helpless. They're afraid of fair fights and prefer to operate from the shadows.

But as children grow up, they discover that monsters are not actually very scary. There is no reason to be afraid. Monsters are bullies that rely on intimidation and fear. Monsters are *only* as scary as you let them be.

If you think about it, each one of us has monsters in our lives that are bullying us and trying to keep us down. Eventually, we all have the same choice to make:

*Will we run in fear when life gets hard? Will we let bullies control our fate? Or will we stay true to ourselves, and fight the monsters in our path, and fearlessly face down every single challenge and obstacle keeping us from our dreams?!*

We hope that you will join us, and choose to live life the Thunder Beast way!

## DRINK THUNDER. FIGHT MONSTERS!

**THUNDER BEAST**    Home    Epic Battle    Story    Fight    Order



**OVERVIEW**    **CONTENDERS**    **TIMELINE**    **MONSTERS**

Many are already calling it the fight of the century! It's a showdown of epic proportions between two mythical creatures. Not only that, but it's the true story of a known fat cat corporation throwing their weight around, seeking to destroy the dream of a small business through unreasonable legal aggression.

**Thunder Beast** is a small craft soda company based on the dream of a man who bet his entire life savings on his love of root beer. He met his wife at a farmers market after she bought a float from him. It's run by a CEO who is also a brewer, bottler, inventor, friendly neighborhood root beer delivery guy, janitor, recipe creator, visionary, and professional root beer drinker. It's a company committed to donating 10% of their profits to charity. Thunder Beast is fighting this battle out of principle so truth can prevail, and to take a stand for the victims of bullying everywhere. Because bullying is never okay!

**Monster Energy Co.** is a corporation run by billionaires with an extensive record of taking aggressive legal action against small businesses. They are *the most* notorious **trademark bully**. They devote great amounts of time and money to try to prevent anyone else from using the generic words "Beast" and "Monster" narcissistically pretending to own a monopoly on that part of the English language. And they haven't exactly received glowing reviews from some of their own female employees **lately**.



#ThunderFunder legal defense fund!

**DONATE**    **SIGN UP**



$8,305                                                  $50,000

Contributions: 68                         Total Raised: $8,305

**THUNDER BEAST**     Home     Epic Battle     Story     Fight     Order



**OVERVIEW**     **CONTENDERS**     **TIMELINE**     **MONSTERS**

## EPIC BATTLE TIMELINE

Here's the Thunder Beast experience in all its glory with the Monster Energy Co. (MEC) trademark bullies. 2.5 years and counting, because Thunder Beast never gives up and never backs down. Bullying is *never* okay.

### 2016

*January*
MEC files a petition to revoke the already approved Thunder Beast Trademark, claiming that consumers will be wildly confused and will mistakenly purchase Thunder Beast products thinking they are getting MEC products.

*February*
Thunder Beast isn't scared. After discovering that most law firms offer extremely prohibitive rates for trademark defense, Thunder Beast lawyers up with Bricolage Law Firm, a boutique firm with flat rates seeking to empower entrepreneurs. Thunder Beast starts crowdfunding their campaign of justice.

*August*
After all their bluster, MEC admits they *finally* got around to looking at the Thunder Beast website only to discover that Thunder Beast actually just sells soda and uses a bison with non-conflicting colors (turns out, Thunder Beast products are not confusingly similar to MEC products at all). So MEC offers to "amicably resolve" the case. MEC asks Thunder Beast to grant EXTENSION #1. It seems clear that MEC aggressively bullies everyone, and then picks and chooses which fights are worth it.

*Late October*
After some back-and-forth about an agreement over the use of certain words, images, and colors, MEC attorneys agree to Thunder Beast terms and ask for ANOTHER week to get final approval from MEC's CEO.

*Late November*
MEC attorneys confirm they're willing to agree to terms and move forward, BUT still no word from the dilatory CEO of MEC who still needs to sign off with the final word and is apparently off galavanting who-knows-where and unable and/or unwilling to respond. MEC asks for EXTENSION #2.

### 2017

*January*
MEC attorneys report still NO RESPONSE from MEC's CEO. Asks Thunder Beast for EXTENSION #3.

*February*
Guess what? Still no response from MEC's CEO. So Thunder Beast notifies MEC that the discovery process has started, and MEC has to start turning over hoards of documents.

*Update: Several HOURS later*
Well, well, well! MEC responds immediately with a new and slightly different settlement offer that would require Thunder Beast to agree to never use the color green again! Then MEC asks Thunder Beast for EXTENSION #4. More negotiating. MEC requires Thunder Beast to turn over discovery documents and sift through all their emails and files.

*March*
MEC sends Thunder Beast an updated settlement proposal essentially offering to drop the case and walk away if Thunder Beast will agree to never talk about it again. Thunder Best says: NO, we're going to fight this out for the little guys everywhere who are being bullied and silenced and picked on. Thunder Beast isn't afraid of Monsters. Thunder Beast fights for truth and justice!

*Later in March*
MEC attorneys complain about "deficiencies" in Thunder Beast's answer to various ridiculous discovery requests and complain that without more information, they "will have no choice but to seek relief from the Board."

*End of March*
Junior MEC attorney deposes Stephen Norberg in DC for 2 days, and gets far more than she bargained for. Armed with ample delicious and refreshing Thunder Beast beverage to drink during the onerous time-wasting proceeding, he calmly dispenses the cold hard truth and squashes any remaining hope of the superfluous argument MEC thought they had.

*June*
Thunder Beast attorney deposes MEC's CEO for a day to see how he likes it.

*September*
It becomes apparent that MEC only has a single option left! They file a motion to strike all of Thunder Beast's evidence, whining about how it's unfair and Thunder Beast shouldn't be allowed to use it. Interestingly enough, most of the evidence came from MEC's deposition of Thunder Beast, where MEC's lawyer got to ask whatever questions she wanted. Oops!

## 2018

*January*
Coming off MEC's $400 million net sales increase in 2017, the billionaire bullies continue to complain to the government that Thunder Beast's name is so unfair and damaging it *must* be forcibly revoked. This has been going on for 2 years now!

*May*
MEC hires an expert witness to visit stores attempting to show the world how unfair Thunder Beast is being by somehow exploiting MEC's marketing and sales channels. It massively backfires! Not a single store investigated was shown to carry both MEC and Thunder Beast products. *Not a single store*.

*June*
In an act of sheer desperation, MEC attempts to *block* the extremely damaging

ruling from the US Patent and Trademark Office from coming out that would protect Thunder Beast's trademark and set an important legal precedent against the bullies. MEC attempts to suspend that ruling at the last minute by filing a lawsuit in federal court against Thunder Beast claiming:

*"Defendants have irreparably injured Monster ... for which Monster has no adequate remedy ..."*

MEC begs the court to forcibly remove Thunder Beast's trademark, give Thunder Beast's money to MEC, stop Thunder Beast from selling Thunder Beast products, and literally DESTROY everything bearing the Thunder Beast name. MEC accuses Thunder Beast of "fraud, oppression, and malice" seeking "exemplary damages."

*August*
After asking for 4 extensions and drawing a simple trademark case out as long as possible spanning 2.5+ years, MEC suddenly has an extreme amount of urgency. They desperately plead for a default judgement against Thunder Beast, seeking to unfairly end the lawsuit before Thunder Beast can even respond. Obviously, this impetuous ploy fails and Thunder Beast is more than happy to have their day in court. Thunder Beast fights for truth and justice!

*August*
Thunder Beast responds by printing, "Are you afraid of Monsters, or are the Monsters afraid of you?" on all their new products, and files a counterclaim against Monster Energy. Thunder Beast will have their day in court, and some lucky jury is going to have the story of a lifetime!





© 2013 – 2018 Thunder Beast LLC   |   AMERICA   |   info@drinkthunderbeast.com

**THUNDER BEAST**     Home     Epic Battle     Story     Fight     Order

## Fight Monsters

Thunder Beast makes delicious root beer. We're not going to pretend like that's not part of this. But our real mission and true purpose is far greater than just crafting tasty drinks.

### LET'S MAKE OUR WORLD A BETTER PLACE.

We are all about chasing dreams and living passionately, but our primary objective is to take a stand against the monsters out there oppressing and destroying the good things in life.

Everyone has a monster that they must overcome. For some, it's a bully at school or work. For others, it's dealing with sexual harassment or discrimination in everyday life. And for far, far too many that monster is human trafficking.

There are more monsters and injustices in this world than we can count, but we are taking a stand. We are going to take them on, face them down, and fight it out to the end!

That's why we are committed to donating a minimum of 10% of our profits to causes that Fight Monsters, and we are always looking for new partnerships and future collaborations with large and small organizations.

| Home | Our Epic Battle | Ingredients |
| Order | Fight Monsters | Wholesale |
| Locations | Story | Privacy Policy |

© 2013 – 2018 Thunder Beast LLC   |   AMERICA   |   info@drinkthunderbeast.com