# Exhibit C

EXHIBIT C   PAGE 43

Page 83

1   on the top with the stars and stripes, he also did

2   that.

3       Q.  The idea for Drink Thunder, Fight

4   Monsters, that was your idea?

5       A.  Yes.

6       Q.  The iteration before this label, there was

7   no Fight Monsters, correct?

8       A.  That's correct.

9       Q.  Okay.  What did it say?

10      A.  It was just Drink Thunder.  My slogan for

11  a long time was just Drink Thunder.

12      Q.  Okay.  Then you added Fight Monsters

13  later?

14      A.  That's correct.

15      Q.  And that was after the cancellation

16  proceedings brought by Monster?

17      A.  That's correct.

18      Q.  In 2016?

19      A.  Yes.  I added it, I believe, in 2016.

20          (Exhibit 54, TB181FED, marked for

21      identification.)

22      Q.  All right.  I marked as Exhibit 54 a

EXHIBIT C   PAGE 44

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 95

1    all three of these.  I have them for -- I recently

2    made this document and I don't recall which I've

3    shared because they're for different situations.

4    But I believe I've shared this one.

5          (Exhibit 62, TB149FED, marked for

6       identification.)

7      Q.  I've marked as Exhibit 62 a document with

8    production number TB149FED.

9          Do you recognize this document?

10     A.  Yes, I do.

11     Q.  What is this?

12     A.  This is a Fight Monsters banner that I

13   created myself; and I don't recall how I used it,

14   but probably either on social media or my website

15   at one time, or possibly both.

16     Q.  When did you create this?

17     A.  It would have been 2016 or later.

18     Q.  And what do you mean by "Monsters"?

19     A.  To me the term "Fight Monsters" is a

20   deliberate choice of words.  I did it for two

21   reasons:  One is I wanted to be clear that I don't

22   agree with Monster Energy's allegations that

Page 96

1    Thunder Beast is confusingly similar to their

2    brand, and by putting Fight Monsters on my

3    products, I thought it was effective in making that

4    clear that I am as distinguished as possible --

5    those two brands are as different as possible.

6          And I have taken up the use of the word

7    "monster" or "monsters" specifically to call out

8    injustices I see in the world that are based in

9    bullying.

10         And so monsters are different for

11   different people, but I believe that everyone has a

12   monster in their life, and that it is something

13   that is very challenging or hard, so it could be

14   cancer or an illness for one person.  It could be

15   bullying at school for a child.  It could be

16   assault or abuse or human trafficking for somebody.

17   It really depends on the person, but it is whatever

18   people are afraid of.

19        Q.  So what's shown in Exhibit 62, you don't

20   know if you've used this anywhere?

21        A.  I'm pretty sure I have.  I don't recall

22   the specific use of it or where.  I remember making

EXHIBIT C   PAGE 46

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 173

1        A.  Two people had made videos just about my

2   hand-bottling process and I had copies of those, so

3   I sent them in case he wanted to know more about

4   them.

5        Q.  Any other videos other than just

6   hand-bottling process?

7        A.  No.

8        Q.  No.

9            So what did you tell him in terms of why

10   you put Fight Monsters on the website?

11        A.  I don't remember my exact words, but I've

12   been very consistent and open with sharing that the

13   reason why I put Fight Monsters on my logo, on my

14   bottles is because I believe that everyone has a

15   monster in their life that they have to stand up

16   to.

17            And my hope is that by me personally and

18   my company being egregiously bullied by Monster

19   Energy through this trademark proceeding, that I am

20   a victim of bullying, and so I'm trying to spin it

21   in a positive way to give hope and inspiration to

22   people who are facing really hard challenges, and

Page 174

1   so the theme is that everybody has a monster in

2   their life, something unfair or hard or oppressive,

3   and I want my message to get to them and say, stand

4   up to the bullies, stand for what you believe,

5   charge into the storms of life and don't back down.

6        Q.   So that's what you told him or are you

7   just kind of --

8        A.   Something along those lines.

9        Q.   Something along those lines.

10        A.   It's not word for word, but that's the

11   message I've been consistent in trying to repeat.

12        Q.   So what was the conclusion of your meeting

13   with Nathan?

14        A.   He said he would be in touch if, you know,

15   he wanted more information.

16        Q.   So was he planning to make a film about

17   Thunder Beast?

18        A.   I think so, but he didn't -- I didn't sign

19   anything, we didn't have any, you know, definitive

20   details of what was happening.  I'm not sure if

21   I'll ever see anything from that.  He didn't offer

22   to give me any footage or payment or give me

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 175

1    anything out of it.

2        Q.  Did he -- is there some agreement to touch

3    base at a certain point in time?

4        A.  No.  I assumed that we would be in touch,

5    but I've not been in touch with him since then.

6            MR. ZORETIC:  So you say that you did

7    produce the e-mails?

8            MS. BROWN:  I believe we did.  But if you

9    don't have them, let me know and we can find them.

10           MR. ZORETIC:  Okay.  I'll check.

11       Q.  Okay.  So back to Exhibit 68, you have a

12   line under Sales Tax that says "Donations."

13           Do you see that?

14       A.  Yes.

15       Q.  And what is that?

16       A.  Those are donations I made in the Thunder

17   Beast name to organizations that I believe fight

18   monsters and I did it to support them.

19       Q.  Okay.  So I don't see a donations line in

20   your 2017 P&L.

21           Am I right?

22       A.  That's right.  I didn't keep track of it

Page 197

1  effectively encapsulates a shared experience that

2  most people have of facing something that is evil

3  and it is big and scary and hard and is primarily

4  based in fear.

5      It really resonates with me that many

6  children grow up in America hearing stories about

7  how there are monsters under the bed and there are

8  monsters hiding in the closet, and those kids

9  eventually grow up and realize that it was nothing

10  more than fear that they were afraid of.

11      And I believe that fear is one of the most

12  evil things in this world that is able to really

13  hold us back and keep us from achieving our dreams.

14  And if people can realize that they don't have to

15  be afraid anymore of the monsters and that they can

16  claim their stories boldly and in truth, then I

17  don't think that they will be held back anymore.

18      Q.  Why did you put Fight Monsters on the

19  product itself?

20      A.  I thought that was the most effective way

21  to get my message out, if it was front and center

22  to my labels, then when consumers saw it and they

Page 198

1  heard about my story, and they read that Thunder

2  Beast is getting bullied by this huge company, and

3  their response is to make it not about them, but to

4  make it about all the other people who are

5  struggling, I thought that would be the most

6  inspirational message that I could have.

7      Q.  So did you intend consumers to think of

8  Monster Energy when they saw Fight Monsters on the

9  label?

10      A.  No.  I did not want people to think about

11  Monster Energy directly, which is why I didn't say

12  Monster Energy or something more similar.  I

13  assumed that people would read my story and they

14  would hear about my bullying and think it's unfair,

15  but I would be happy if no one ever thinks of

16  Monster Energy ever again in connection with me,

17  and I would much rather them just see the monster

18  in whatever connotation that word has in their mind

19  from their life and their past experience, which I

20  think is just this kind of generic really evil

21  scary being, that that is what would inspire them.

22      Q.  But aren't you in fact trying to take

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 199

1      advantage of the lawsuit for marketing purposes?

2          A.   I'm not trying to take advantage of it.

3      I'm trying to survive, and in my survival of

4      raising the tens of thousands of dollars that I've

5      so far had to pay for my legal expenses that I

6      would like to recoup and eventually be able to turn

7      a profit again, like I used to turn before Monster

8      Energy came after me, I think that would be great.

9              But more than anything, I want to help

10     other people and I want to make the world a little

11     bit better.

12         Q.   Well, before Monster initiated its

13     cancellation proceedings, did you want to help

14     other people or did you care about other people?

15         A.   I did.   I think as a -- as a vision of

16     Thunder Beast, I would say I started it primarily

17     as a passion for craft soda, and secondarily,

18     because I think it's really cool when people chase

19     their dreams and make things that they're

20     passionate about.

21             But after a couple of years -- you know, I

22     met my wife at a farmers' market, she bought a root

**EXHIBIT C   PAGE 52**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 200

1    beer float from me, and I really do feel like I

2    achieved my initial primary dream of creating a

3    product that was delicious and it was really good

4    and I'm proud of the products I made.

5              And so there came a point where I wanted

6    to be much more than that.  And so to loop back to

7    your original question, I have always taken it very

8    seriously personally to try to make the world a

9    better place and help people, which is why when I

10   graduated from Harvard, I interned with a number of

11   different campus ministries, I started my own

12   church.

13             I worked in some areas where I really

14   didn't make very much money, when many of my

15   classmates made a lot of money.  I mean, Mark

16   Zuckerberg was a classmate of mine and obviously I

17   didn't expect to be like that.  But we were the

18   same year at Harvard and I knew a lot of people

19   that made a lot of money.

20             And I made a promise to myself when I

21   graduated that it was more important to me to stay

22   true to myself and make the world a better place

**EXHIBIT C   PAGE 53**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 201

1    than just to capitalize on whatever abilities and

2    skills that I had.

3            And when I get to the end of my life and I

4    look back, I want to be proud of that choice and

5    I'm not going to have any regrets and I feel good

6    about that.

7       Q.   So instead of the term "monsters" did you

8    consider any other terms to use?

9       A.   I did.   I've thought about using "bullies"

10   because I think bullies also encapsulates some of

11   the things that I want to do, but ultimately, I

12   thought that "monsters" had a better -- better ring

13   to it, thinking especially about how kids grow up

14   hearing about monsters under their bed, I thought

15   that really resonated with me, with everyone who

16   had had that experience.

17           And also the way that Hollywood has made a

18   whole bunch of monster movies and it's kind of a

19   known genre and it's a creature that has a

20   legendary being, a creature that's existed for

21   probably since the beginning of time, and so I

22   think that resonates with people even more than

Page 202

1    bullies.

2        Q.   Did you consider any other terms other

3    than "bullies"?

4        A.   No, I don't think so.

5        Q.   How much time did you spend thinking about

6    other terms other than "monster" and "bullies"?

7        A.   Not a lot.  It was pretty immediate.

8        Q.   Do you believe that adding Fight Monsters

9    to the label was a poke in the face to Monster

10   Energy?

11       A.   I saw it not as a poke in the face to

12   Monster Energy.  I saw it as a kind of a signal to

13   other people who were being bullied by Monster

14   Energy.

15            I know there have been over a thousand

16   lawsuits filed against many small businesses or

17   other companies by Monster Energy, and I think that

18   number is really high and really unfair.

19            And so I thought with all these other

20   victims out there, if I can put a message on my

21   bottle saying, look, you're not alone, you can

22   stand up to bullies, you don't have to be afraid, I

EXHIBIT C   PAGE 55

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 203

1    felt like that was really powerful.

2        Q.   So you are intending for it to refer to

3    Monster Energy then?

4        A.   I think it -- I think that Monster Energy

5    falls under the category of monsters I want to

6    fight against, but ultimately, I don't expect that

7    to always be the case.

8            And it's up to Monster Energy to choose

9    whether or not they want to behave like a monster

10   by my definition, and it certainly would not apply

11   to them if they were to make a few adjustments and

12   stop being so egregious in their aggressive

13   unreasonable legal pursuit of destroying people's

14   lives.

15       Q.   But you did intend for people to recognize

16   when they saw Fight Monsters on your bottle that

17   some of them would think of Monster Energy, and you

18   intended that, right?

19       A.   I expected that some people would read the

20   story about me and that they would see that there's

21   a connection.  I intentionally chose the word

22   "Fight Monsters" rather than "monsters" or

**EXHIBIT C   PAGE 56**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 204

1    something that was positive monsters because I

2    wanted my label to show that I was in no way

3    affiliated with Monster Energy.

4            If their claim was that I was confusingly

5    similar, I thought putting Fight Monsters would be

6    the way to be the maximum amount of not confusing.

7        Q.  Did you ask any attorneys whether it would

8    be appropriate for you to put Fight Monsters on

9    your label?

10       A.  Before I put it on my label, I talked to

11   my attorney about it.

12       Q.  Which attorney did you talk to?

13       A.  Eve Brown.

14       Q.  And did she give you an opinion?

15       A.  She did, yes.

16       Q.  And what was her opinion?

17       A.  I don't recall the specifics of the

18   conversation, but I remember feeling like it was

19   something that I wanted to do and was a good

20   choice.

21       Q.  Did she provide you a written opinion as

22   to whether it would be appropriate or not, legally?

Page 211

1    and somebody by the name of Nick Desper; is that

2    right?

3         A.   Yes.

4         Q.   Do you know Nick?

5         A.   No.

6         Q.   Is this the only communications you've had

7    with him?

8         A.   I believe so.

9         Q.   Okay.  So he wrote to you on April 30th,

10   2018, correct?

11        A.   Yes.

12        Q.   Okay.  And you responded to his e-mail on

13   May 1st, 2018; is that right?

14        A.   Yes.

15        Q.   So in the second paragraph, you say,

16   "We're getting ready to launch our new Fight

17   Monsters campaign, obviously inspired by the case

18   and start donating ten percent of our profits to

19   organizations that fight the monsters of society,

20   specifically donating to anti-bullying groups for

21   children and organizations fighting human

22   trafficking."

Page 212

1          Do you see that?

2      A.  Yes.

3      Q.  And what did you mean by "obviously

4   inspired by the case"?

5      A.  The case has really inspired me to do some

6   soul searching and think about what I'm doing, why

7   I'm doing and my response to the hard things I've

8   faced.

9          And in concluding that what I am facing is

10  very unfair, it inspired me to take action to help

11  other people and make my injustice about something

12  much bigger than myself.

13     Q.  But why do you say "obviously inspired by

14  the case," why do you mean what by that?

15     A.  I think anyone who reads my story will see

16  a one-man company standing up to a $35 billion

17  company and say that's really inspiring.

18     Q.  So you don't think "obviously inspired by

19  the case," you're actually referring to Fight

20  Monsters campaign, the name?

21     A.  I think that people would hear that and

22  say, oh, yeah, Monster Energy is being a complete

5/23/2019            Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 213

1    monster in this case and that I think the meaning

2    would be Monster Energy is being really obnoxious

3    and egregious and awful and would be strong enough

4    to inspire this consumer of Monster Energy products

5    to stop drinking it, I think that's pretty

6    powerful.

7         Q.  But isn't it true that when you say

8    "obviously inspired by the case," you're saying

9    it's obvious because you have the word "monster" in

10   Fight Monsters, correct?

11        MS. BROWN:  I object to how leading your

12   question is.  Can you rephrase?

13        MR. ZORETIC:  I'm allowed to ask leading

14   questions.  Please.

15        Q.  Go ahead.  You can answer.

16        A.  I did not name Fight Monsters after

17   Monster Energy, trying to get people to think about

18   Monster Energy.  I took my situation of being

19   bullied and what I felt was harassment against me

20   and I turned it into a campaign to inspire other

21   people to help them.

22             And I'm not the one who chose to name

**EXHIBIT C   PAGE 60**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 215

1    monster, but if they stop -- stop doing what

2    they're doing, I would no longer consider them a

3    monster as is the label on my case -- on my

4    bottles.

5        Q.  Is it your -- sorry.

6            Is it your testimony that you're not

7    referring to Monster Energy when you say "Fight

8    Monsters"; that's your testimony?

9        A.  Monster Energy is a subset of the monsters

10   that I'm referring to, but it is completely

11   dependent on the actions of Monster Energy as to

12   whether or not they would fall under that category.

13       Q.  But you've put them under that category,

14   right?

15       A.  They've put themselves under that

16   category.  There's a website talking about the

17   worst trademark bullies, and I reference this on my

18   website, and they call Monster Energy a complete

19   monster for how they have been bullies.

20           I think many people would recognize that

21   Monster Energy is living up to their name in this

22   case of being something that is a force of bullying

**EXHIBIT C   PAGE 61**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 216

1    and maybe even evil or malice and going a little

2    above and beyond what's necessary to aggressively

3    try to stop people and even maybe ruined their

4    lives or livelihood.

5          I think they're being monstrous in this

6    case and that the word is a great choice of words.

7    Q.  Was it necessary for you to put Fight

8    Monsters on your labels?

9    A.  It wasn't necessary to do it.  It wasn't

10   necessary to choose the word "Thunder Beast" as my

11   brand, but I think Thunder Beast is an awesome

12   brand and I chose it of all the other options as my

13   favorite and best, and that's the same reason I put

14   Fight Monsters on my labels is I thought that was

15   the best slogan to add to my bottles.

16   Q.  You like monsters -- the word "monsters"

17   being on your bottle, it helps your brand?

18   A.  I like the symbolism of standing up to

19   something that's evil and wrong.  And to me the

20   word "monsters" encapsulates that.

21         I do not want to be seen as a monster or

22   compared to a monster or for anyone to ever think

**EXHIBIT C   PAGE 62**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 218

1    specifically monetarily, I have donated to a

2    number of organizations over the course of my life

3    and donated a lot of my own time.

4        Q.  So isn't it true that you're using Monster

5    Energy and its lawsuit to build your brand?

6        A.  I'm using the lawsuit to try to survive

7    and recoup the legal fees.  I think a lot of people

8    have been very sympathetic to me about my story and

9    when they hear about what I've faced, I've raised

10   almost $10,000 of my legal fees from people who

11   just think it's unfair and they want to support it.

12          And the reason why I started donating

13   money is I wanted it to be clear that I'm not

14   trying to benefit or profit off of this as much as

15   I'm trying to help other people make this about

16   something bigger than myself.

17       Q.  Could you make it about something bigger

18   than yourself without using the word "monster"?

19       A.  I think I could, but I don't think it

20   would be as effective.  I think the word "monster"

21   really is -- if you look at all the other possible

22   words, I don't think there would be a better one.

Page 220

1    Q.  So before you met your wife, did you ever

2    look at another girl?

3    A.  Yeah, for sure.

4    Q.  Okay.  But you don't want to look at other

5    words besides "monsters"?

6    A.  I think this is a great analogy.  In the

7    same way that I had been on some dates and I had

8    looked at other women, when I met my wife, I knew

9    that she was a keeper and she was really great.

10    I have encountered a number of words in my

11    life as an educated human being and when I found

12    one that fit what I wanted, I just knew it was a

13    good one.

14    And I'm serious, if I find a word or

15    slogan that I think better furthers my mission, I

16    will change it.

17    Q.  And you said trying to survive and recoup

18    legal fees.  What do you mean by that?

19    A.  I think Monster Energy's primary tactic is

20    to try to exhaust and destroy small businesses by

21    dragging cases on as long as possible, sometimes

22    unfairly, maybe even unethically, and I think that

**EXHIBIT C   PAGE 64**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 221

1    for me to just be able to stay in business and keep

2    fighting is a huge sign of success and something

3    I'm really proud of because I think probably anyone

4    else in my position would have given up long ago

5    and I'm proud of the fact that I've been able to

6    make it so far with so few resources and it's

7    because a lot of people believe in me and are

8    willing to give me money to support me.

9         Q.   So this is part of your brand; is that

10   what you're saying?

11        A.   Yeah, a part of my brand is that I'm not

12   afraid to stand up to the billionaires who are

13   bullies and who are doing wrong and I think a lot

14   of people will appreciate that.

15        Q.   Uh-huh.  So the lawsuit is like help

16   building your brand; is that what you're saying?

17        A.   I believe that the lawsuit is a very good

18   test to my character, and if I can come out on the

19   other side victorious, then it will be a true David

20   and Goliath story, and I think that will a really

21   great thing.

22        Q.   But to date, are you saying that the

5/23/2019        Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 221

1    for me to just be able to stay in business and keep

2    fighting is a huge sign of success and something

3    I'm really proud of because I think probably anyone

4    else in my position would have given up long ago

5    and I'm proud of the fact that I've been able to

6    make it so far with so few resources and it's

7    because a lot of people believe in me and are

8    willing to give me money to support me.

9        Q.  So this is part of your brand; is that

10   what you're saying?

11       A.  Yeah, a part of my brand is that I'm not

12   afraid to stand up to the billionaires who are

13   bullies and who are doing wrong and I think a lot

14   of people will appreciate that.

15       Q.  Uh-huh.  So the lawsuit is like help

16   building your brand; is that what you're saying?

17       A.  I believe that the lawsuit is a very good

18   test to my character, and if I can come out on the

19   other side victorious, then it will be a true David

20   and Goliath story, and I think that will a really

21   great thing.

22       Q.  But to date, are you saying that the

5/23/2019          Monster Energy Company v. Thunder Beast, LLC   Stephen Norberg 30(b)(6)

Page 224

1    created something very distinct and different.  And

2    it was personally insulting to me when Monster

3    Energy came after me and said that I created a

4    brand that was confusingly similar to their own

5    because if I really were to be compared to Monster

6    Energy and their values and their products, while

7    they may be a successful company by some metrics,

8    by my metrics, they're a failure and they're not

9    something I would want to be associated with.

10       Q.  Do you think the lawsuit with Monster

11   Energy is an excellent and positive thing?

12       A.  In my darker times, it is soul crushing

13   and it is full of hopelessness and despair.  And in

14   my brighter moments, it is one of the things I

15   think I'll be most proud of in my life, of standing

16   up out of faith and principle more than anything

17   else to take what is unjust and hard for me and to

18   turn it into something so much bigger than me that

19   it can inspire and help other people.

20       Q.  You mentioned a thousand lawsuits brought

21   by Monster Energy.

22       A.  Yeah.

5/23/2019        Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 248

1    and that's kind of the timeline, and I'm hopeful to

2    be able to win the trial and prove that I am not

3    guilty and I am in the right and I'm justified in

4    what I've done.

5        Q.   So going back to the product labels, does

6    the use of Fight Monsters on your product label

7    serve to identify the Monster Energy Company?

8        A.   I think, as I said before, that the word

9    "monsters" is a very descriptive word that includes

10   a whole bunch of different things and that Monster

11   Energy, based on their actions, falls under that

12   purview.

13           If Monster Energy were to change their

14   actions and not be so aggressive and be what I

15   consider to be unfair and take part in bullying

16   action, then they would no longer qualify under

17   that definition.

18       Q.   So then you're saying it does serve to

19   identify Monster Energy Company?

20       A.   I'm saying that Monster Energy, based on

21   their actions, would definitely be defined as the

22   kind of monster that my term on the label is

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page  249

1    talking about.

2          But it's purely based on their actions and

3    if they stop being bullies and stop the things I

4    think that are wrong, then they would no longer be

5    classified by that word.

6      Q.  Are you trying to explicitly identify

7    Monster Energy on your labels by the use of Fight

8    Monsters?

9      A.  I'm trying to identify a broader class of

10   things that I think are wrong.  I really am

11   trying -- I'm trying hard to call out the injustice

12   and the bullies and the things that I think are

13   wrong.

14         And my sights are set on far bigger things

15   than a company in California that is just bullying

16   people and doing unfair things.  I really want to

17   take on bigger injustices and bigger problems with

18   my labels and my cause.

19     Q.  So when you say "a broader class," within

20   that broader class that you're defining, you're

21   trying to identify Monster Energy Company?

22     A.  I am trying to identify the character and

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 250

1    values that it seems like Monster Energy espouses

2    through the bullying that they are doing.   To me,

3    the word "monsters" is really all about what the

4    concept of a monster conjures up, as something that

5    is really big and kind of evil and dark and mean,

6    and I think that Monster Energy has a choice of

7    whether or not they want to fall under that

8    category or not, and it's really up to them.

9         And I don't think people would read Fight

10   Monsters and think of Monster Energy normally, but

11   in this case, if Monster Energy is being a bully

12   and hurting people, then people might see that, oh,

13   that could be one of the monsters that falls under

14   that category.

15        Q.  But what's your intent?  Is your intent

16   to -- to serve -- is your intent that Fight

17   Monsters on your products, is it to serve to

18   identify Monster Energy Company, is that your

19   intent?

20        A.  It's not specifically for Monster Energy.

21   I remember having conversations with my wife and

22   other people about this, and when I first found out

Page 251

1   about the lawsuit, I was angry and I had a lot of

2   strong emotions and I had to process those things

3   to figure out if I wanted to just become a bitter,

4   vengeful person, or if I wanted to make this about

5   something bigger than me.

6         And I decided that I didn't want to let

7   something unfair that happened to me turn me into

8   someone I did not want to become.  And one of the

9   hardest things that I've done is my wife and I have

10  specifically tried to be true to our faith as

11  Christians, which says you should bless those who

12  hurt you and pray for your enemies, and we've spent

13  time together praying and blessing on Monster

14  Energy and asking that good things would happen

15  intentionally so I don't become bitter or angry or

16  upset.

17        And I really don't want to damage or

18  injure Monster Energy through anything that I do.

19  I simply want Monster Energy to recognize that what

20  they're doing is wrong and I want them to change

21  their ways and stop doing what they're doing, that

22  I consider to be bullying and wrong.

**EXHIBIT C   PAGE 71**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page  252

1          And if Monster Energy stops bullying and

2     oppressing small businesses, then I really do wish

3     them the best and hope that they're successful and

4     do all the things that they want.

5          But if they continue to hurt and oppress

6     people, I have a problem with that and that's why

7     I'm standing up in this lawsuit and I'm not backing

8     down.

9     Q.   And that's why you put Fight Monsters on

10    your product label?

11    A.   The reason I put Fight Monsters on my

12    product label was to take a stand against the

13    greater injustices.

14    Q.   Which you include Monster Energy in?

15    A.   I would consider Monster Energy a -- one

16    of the smaller minor monsters in the world of

17    injustices, and I want to go after the big monsters

18    in this world, the really evil things.

19          And to me, it's just kind of a -- it's the

20    start of this, you know, vision and goal for

21    Thunder Beast is me winning this lawsuit.  But

22    ultimately, I don't really want to ever have

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 253

1    anything to do with Monster Energy.  And I want to

2    take on things that I specifically say on the back

3    of my label, which are bullying and human

4    trafficking; I want to take on monsters like that

5    and I want to fight those monsters and inspire

6    people to fight those monsters.

7        Q.  Does the use of Fight Monsters on the

8    product label serve to compare Thunder Beast

9    products with any of Monster Energy's products?

10       A.  No, I don't want to compare my products

11   with Monster Energy.  I want to be as separate and

12   different from Monster Energy as possible.

13       MR. ZORETIC:  Okay.  We've been going for

14   a while.  Let's take a break.

15       THE VIDEOGRAPHER:  Time is 3:04.  Off the

16   record.

17       (Proceedings interrupted at 3:04 p.m. and

18       reconvened at 3:21 p.m.)

19       THE VIDEOGRAPHER:  Time is 3:21.  We're

20   back on the record.

21       (Exhibit 77, TB001FED- 015FED, marked for

22       identification.)

5/23/2019        Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 253

1   anything to do with Monster Energy.  And I want to

2   take on things that I specifically say on the back

3   of my label, which are bullying and human

4   trafficking; I want to take on monsters like that

5   and I want to fight those monsters and inspire

6   people to fight those monsters.

7       Q.   Does the use of Fight Monsters on the

8   product label serve to compare Thunder Beast

9   products with any of Monster Energy's products?

10      A.   No, I don't want to compare my products

11  with Monster Energy.  I want to be as separate and

12  different from Monster Energy as possible.

13          MR. ZORETIC:   Okay.  We've been going for

14  a while.  Let's take a break.

15          THE VIDEOGRAPHER:   Time is 3:04.  Off the

16  record.

17          (Proceedings interrupted at 3:04 p.m. and

18      reconvened at 3:21 p.m.)

19          THE VIDEOGRAPHER:   Time is 3:21.  We're

20  back on the record.

21          (Exhibit 77, TB001FED- 015FED, marked for

22      identification.)

5/23/2019          Monster Energy Company v. Thunder Beast, LLC     Stephen Norberg 30(b)(6)

Page 287

1    other events with it in the past year.

2          I think there was a little event at a

3    barbecue place in Austin, Texas that I may have had

4    this and sold product, but I think that's the only

5    place.

6        Q.  Okay.  In the bottom you have, "We are

7    always looking for new partnerships and future

8    collaborations."

9          Do you see that?

10       A.  Yes.

11       Q.  What are you referring to there?

12       A.  One of the things I really enjoy doing is

13   partnering with other people or organizations to

14   further the mission of Fight Monsters, which is

15   taking on social injustice and encouraging people

16   to stand up against bullies and things that are

17   wrong.

18         And I am really hopeful that through my

19   stand, that I will just get more and more

20   individuals and organizations to network with me

21   who have a similar vision so we can work together

22   and collaborate together.

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 325

1   We're off the record.

2          (Proceedings interrupted at 4:50 p.m. and

3   reconvened at 4:58 p.m.)

4          THE VIDEOGRAPHER:  Time is 4:58.  We're

5   back on the record.

6   BY MR. ZORETIC:

7      Q.  Do you have any intention of removing

8   Fight Monsters from your products?

9      A.  That depends largely on what Monster

10  Energy does and how I feel about other issues.

11     Q.  So what do you mean by that, on what

12  Monster Energy does and how you feel about other

13  issues?

14     A.  So if I come up with a better term that I

15  like better and the case is no longer going on --

16  actually, that's not true.  I think that I will

17  continue using Fight Monsters for the foreseeable

18  future.

19     Q.  Have you considered removing the Fight

20  Monsters mark from your products?

21     A.  Recently in thinking about the lawsuit and

22  what concessions I would make to settle, like

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 326

1   through mediation and other settlement offers, I

2   was thinking about whether or not I would do it and

3   I have decided that I don't think I want to.

4          I think that the word is too powerful and

5   the message is too powerful and that I'll -- for

6   the foreseeable future I'll continue with Fight

7   Monsters.

8      Q.  Do you agree that you're using Fight

9   Monsters as a mark to identify the -- to identify

10  your product?

11         MS. BROWN:  Objection to the extent you're

12  asking for a legal definition of mark.

13     A.  Could you rephrase -- or re-ask the

14  question?

15     Q.  Sure.

16         Are you using Fight Monsters on your

17  product as a trademark to help identify your

18  products?

19     A.  No.  I don't know that I would ever want

20  the trademark Fight Monsters as part of Thunder

21  Beast.  I suppose I might.  But I don't have plans

22  to trademark Fight Monsters.

**EXHIBIT C   PAGE 77**

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 327

1          I see it less of something that is

2     definitively tied to my brand and more of a call to

3     action that I -- a message I want to get out and

4     call to action for people to take up.

5          Q.  So using -- are you using Fight Monsters

6     to help people associate with your brand?

7          A.  I really don't see it that way.  I see the

8     Fight Monsters as something that is a call to

9     action and an act of inspiration that I want to get

10     people to take up and claim for themselves.

11          And I want them to take that phrase and

12     apply it to whatever it means for them.

13          Q.  Has anyone communicated to you about

14     whether there was any relation or affiliation

15     between Thunder Beast and Monster?

16          A.  I have never had someone come up to me and

17     say that there was any -- that they thought there

18     was an affiliation or a connection.  I've never had

19     someone confuse my products with the Monster Energy

20     product.

21          And I've never had someone come up and ask

22     me if the Fight Monsters was because I was somehow

5/23/2019          Monster Energy Company v. Thunder Beast, LLC    Stephen Norberg 30(b)(6)

Page 327

1       I see it less of something that is

2   definitively tied to my brand and more of a call to

3   action that I -- a message I want to get out and

4   call to action for people to take up.

5       Q.  So using -- are you using Fight Monsters

6   to help people associate with your brand?

7       A.  I really don't see it that way.  I see the

8   Fight Monsters as something that is a call to

9   action and an act of inspiration that I want to get

10  people to take up and claim for themselves.

11      And I want them to take that phrase and

12  apply it to whatever it means for them.

13      Q.  Has anyone communicated to you about

14  whether there was any relation or affiliation

15  between Thunder Beast and Monster?

16      A.  I have never had someone come up to me and

17  say that there was any -- that they thought there

18  was an affiliation or a connection.  I've never had

19  someone confuse my products with the Monster Energy

20  product.

21      And I've never had someone come up and ask

22  me if the Fight Monsters was because I was somehow

**EXHIBIT C   PAGE 79**