UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | ED CV 18-01367-AB (ASx) | Date: | August 30, 2019 |

Title: Monster Energy Company v. Thunder Beast LLC et al

Present: The Honorable  **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Matthew Scott Bellinger | Amanda V Dwight |

**Proceedings:** PLAINTIFF MONSTER ENERGY COMPANY'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANTS' FAIR USE AFFIRMATIVE DEFENSE [52]

The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motion under submission.

00 : 45

CV-90 (12/02)          **CIVIL MINUTES - GENERAL**          Initials of Deputy Clerk CB