# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-01367-AB (ASx) | Date | September 17, 2019 |
|---|---|---|---|
| Title | Monster Energy Company v. Thunder Beast, LLC, et. al., | | |

Present: The Honorable    Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| **Attorneys for Plaintiff:** | **Attorneys for Defendant:** |
| N/A | N/A |

**Proceedings:**        **(In Chambers) Order Re: Preparation for Settlement Conference**

In preparation for the settlement conference which has been scheduled for October 24, 2019, at 1:00 p.m., a telephone conference call for attorneys only will be held on September 25, 2019 at 10:00 a.m. Counsel for all parties shall participate in the telephone conference and be prepared to discuss the following matters with the Court during the call:

The case status: trial date, status conference, and upcoming events

The status of discovery and motions

The effect of any previous settlement discussions

Are there any issues to which there is agreement

What are the primary areas of disagreement

Does the dispute encompass more than the parties to this case

The names and title (if applicable) of all parties and client representatives who will attend the settlement conference

Whether there are there any persons who should attend the settlement conference in addition to the parties and counsel

Should the settlement conference begin in joint session

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-01367-AB (ASx) | Date | September 17, 2019 |
|----------|---------------------|------|--------------------|
| Title | Monster Energy Company v. Thunder Beast, LLC, et. al., | | |

 

 

**Counsel are directed to consult with their clients, participants and decision makers prior to the telephonic conference regarding their availability for the settlement conference on October 24, 2019, and determine whether there are any time constraints for any lawyer, client and participant on that date.**

Following the telephone conference, the Court will issue a separate order directing the parties to submit confidential settlement conference statements and any necessary documents to the Court prior to the settlement conference.

IT IS SO ORDERED.

cc: André Birotte Jr.
    United States District Judge

0 : 00

Initials of Preparer         AF