Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404  Facsimile: (949) 760-9502

Attorneys for Plaintiff MONSTER ENERGY COMPANY

Eve J. Brown (SBN 247051)
ebrown@bglaw.com
C. Alexander Chiulli (*pro hac vice*)
achiulli@bglaw.com
BARTON GILMAN LLP
10 Dorrance Street, Suite 800
Providence, RI 02903
Phone: (401) 271-7171  Facsimile: (401) 273-2904

Daniel J. Kessler (SBN 173710)
dkessler@bkcglaw.com
Amanda V. Dwight (SBN 187028)
adwight@bkcglaw.com
BURKHALTER, KESSLER, CLEMENT & GEORGE LLP
2020 Main Street, Suite 600
Irvine, CA 92614
Phone: (949) 975-7500  Facsimile: (949) 975-7501

Attorneys for Defendants
THUNDER BEAST LLC and STEPHEN NORBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**SECOND STIPULATION TO MODIFY THE SCHEDULING ORDER** |

Plaintiff Monster Energy Company ("Monster") and Defendants Thunder Beast LLC and Stephen Norberg (collectively "Thunder Beast"), by and through their undersigned counsel, jointly stipulate and respectfully request that the Court modify the current case schedule (Dkt. 48) by extending the current dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Trial | 1/28/2020 at 8:30 a.m. | No Change |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine | 1/10/2020 at 11:00 a.m. | No Change |
| **Trial Filings (first round)**<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only)<br>• Declarations containing Direct Testimony, if ordered (court trial only) | 11/08/2019 | 11/20/2019 |
| **Trial Filings (second round)**<br>• Oppositions to Motions In Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire | 11/15/2019 | 12/11/2019 |

| Questions, if any (jury trial only) • Evidentiary Objections to Decls. of Direct Testimony (court trial only) | | |
|---|---|---|

Good cause exists to extend the deadlines for the "first round" and "second round" of trial filings—the parties do not seek to extend the dates for trial and the final pretrial conference.  A settlement conference is set for November 5, 2019 before Magistrate Judge Alka Sagar (Dkt. 70), which may dispose of this action in its entirety.  Extending the "first round" and "second round" filing dates may therefore allow the parties to avoid unnecessary expenses related to such filings.  This extension is not sought for the purpose of delay.  This is the second request to extend the deadlines in this case.  *See* Dkt. 47 (April 2, 2019 Stipulation to Modify the Scheduling Order) and Dkt. 48 (Order Granting Stipulation of Modify the Scheduling Order).

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  October 29, 2019        By:  */s/ Marko R. Zoretic*
                                         Steven J. Nataupsky
                                         Lynda J. Zadra-Symes
                                         Matthew S. Bellinger
                                         Marko R. Zoretic

                                         Attorneys for Plaintiff,
                                         MONSTER ENERGY COMPANY

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARTON GILMAN LLP

Dated:  October 29, 2019

By:  */s/ Eve J. Brown (with permission)*
      Eve J. Brown
      C. Alexander Chiulli

Attorneys for Defendants,
THUNDER BEAST LLC and
STEPHEN NORBERG

31594537