Steven J. Nataupsky (SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (SBN 153467)
paul.stewart@knobbe.com
Matthew S. Bellinger (SBN 222228)
matt.bellinger@knobbe.com
Marko R. Zoretic (SBN 233952)
marko.zoretic@knobbe.com
Daniel C. Kiang (SBN 307961)
daniel.kiang@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404  Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Eve J. Brown (SBN 247051)
ebrown@bglaw.com
BARTON GILMAN LLP
One Financial Plaza, 18th Floor
Providence, R.I. 02903
Phone: (401) 273-7171 Facsimile: (401) 273-2904

Attorneys for Defendants
THUNDER BEAST LLC
and STEPHEN NORBERG

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>THUNDER BEAST LLC, a District of Columbia limited liability company, and<br><br>STEPHEN NORBERG, an individual,<br><br>Defendants. | Case No. 5:18-cv-01367-AB-AS<br><br>Hon. André Birotte Jr.<br><br>**STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company and Defendants Thunder Beast LLC and Stephen Norberg hereby stipulate to a dismissal with prejudice of all claims, counterclaims, and defenses in this case. The parties agree to bear their own attorneys' fees and costs for this case.

**IT IS SO STIPULATED.**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 7, 2019    By: */s/ Matthew S. Bellinger*
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Paul A. Stewart
    Matthew S. Bellinger
    Marko R. Zoretic
    Daniel C. Kiang

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY

BARTON GILMAN LLP

Dated: November 7, 2019    By: */s/ Eve J. Brown (with permission)*
    Eve J. Brown

Attorneys for Defendants,
THUNDER BEAST LLC and
STEPHEN NORBERG

30193178

-1-