UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 18-01367-AB (ASx) | Date | November 5, 2019 |
|---|---|---|---|
| Title | Monster Energy Company v. Thunder Beast, LLC., et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | CS 11/05/19 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| **Attorneys for Plaintiffs:** | **Attorneys for Defendant:** |
|---|---|
| Lynda J. Zadra-Symes<br>Matt Bellinger | Eve Joy Brown |

**Proceedings:**     **Settlement Conference**

A settlement conference was conducted on November 5, 2019. Plaintiff was represented by Greg Gabriel, Senior Legal Counsel for Monster Energy Company. Defendant Stephen Norberg appeared on behalf of himself and Thunder Beast LLC.

The settlement conference was conducted off the record.

A settlement has been reached pursuant to a confidential written settlement agreement executed by the parties. Certain terms of the settlement were recited on the record. The parties are directed to meet and confer regarding the filing of a stipulation for dismissal and notify Carla Badirian, Courtroom Deputy to Judge Birotte Jr., at 213-894-2833, of the date by which they will file a stipulation for dismissal.

The Court will make itself available to resolve any issues relating to the finalization of the settlement. The parties shall notify the Court by contacting Judge Sagar's courtroom deputy, Alma Felix, at (213) 894-1587, to schedule a telephonic conference if necessary.

The parties are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

IT IS SO ORDERED.

cc: André Birotte Jr.
    United States District Judge

| | Initials of Preparer | AF |
|---|---|---|
| | | 06 : 00 |